# EXHIBIT A
# PART 1

# COMPLAINT TRANSMITTAL COVERSHEET

Attached is a Complaint that has been filed against you with the World Intellectual Property Organization (**WIPO**) Arbitration and Mediation Center (the **Center**) pursuant to the Uniform Domain Name Dispute Resolution Policy (the **Policy**) approved by the Internet Corporation for Assigned Names and Numbers (**ICANN**) on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**) approved by ICANN on September 28, 2013, and in effect as of July 31, 2015, and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules** in effect as of July 31, 2015.

The Policy is incorporated by reference into your Registration Agreement with the Registrar(s) of your domain name(s), in accordance with which you are required to submit to a mandatory administrative proceeding in the event that a third party (a **Complainant**) submits a complaint to a dispute resolution service provider, such as the Center, concerning a domain name that you have registered. You will find the name and contact details of the Complainant, as well as the domain name(s) that is/are the subject of the Complaint in the document that accompanies this Coversheet.

Once the Center has checked the Complaint to determine that it satisfies the formal requirements of the Policy, the Rules and the Supplemental Rules, it will forward an official copy of the Complaint, including annexes, to you by email as well as sending you hardcopy Written Notice by post and/or facsimile, as the case may be. You will then have 20 calendar days from the date of Commencement within which to submit a Response to the Complaint in accordance with the Rules and Supplemental Rules to the Center and the Complainant. You may represent yourself or seek the assistance of legal counsel to represent you in the administrative proceeding.

- The **Policy** can be found at:
  www.icann.org/resources/pages/policy-2012-02-25-en

- The **Rules** can be found at:
  www.icann.org/resources/pages/udrp-rules-2015-03-11-en

- The **Supplemental Rules**, as well as other information concerning the resolution of domain name disputes can be found at:
  www.wipo.int/amc/en/domains/supplemental/eudrp/newrules.html

- A **model Response** can be found at:
  www.wipo.int/amc/en/domains/respondent/index.html

Alternatively, you may contact the Center to obtain any of the above documents. The Center can be contacted in Geneva, Switzerland by telephone at +41 22 338 8247, by fax at +41 22 740 3700 or by email at domain.disputes@wipo.int.

You are kindly requested to contact the Center to provide an alternate email address to which you would like (a) the Complaint, including Annexes and (b) other communications in the administrative proceeding to be sent.

A copy of this Complaint has also been sent to the Registrar(s) with which the domain name(s) that is/are the subject of the Complaint is/are registered.

By submitting this Complaint to the Center the Complainant hereby agrees to abide and be bound by the provisions of the Policy, Rules and Supplemental Rules.

*Before the:*

## WORLD INTELLECTUAL PROPERTY ORGANIZATION
## ARBITRATION AND MEDIATION CENTER

*RITZIO PURCHASE LIMITED*
Corporate ID: 144533
Diagorou Street 4, Kermia building          **Disputed Domain Name(s):**
6th floor, Office 601, P.C.1097,
Nicosia, Cyprus
(**Complainant**)

                    -v-

                                            [a] vulcan-club-online.com
                                            [b] vulcan-online-club.com
                                            [c] volcanozal.com
[1] *WHOISGUARD PROTECTED,*                  [d] wulkancasino.com
*WHOISGUARD, INC.*                           [e] volcan24.com
*P.O. BOX 0823-03411, PANAMA,*               [f] 1vulcano.com
*00000, PA*                                  [g] 2vulcano.com
(**Respondent**)                            [h] 3vulcano.com
                                            [i] 5vulcano.com
                                            [j] 7vulcano.com
                                            [k] vulcano7.com
                                            [l] online-volcano.com
                                            [m] vulcan-club-online.top

_____

## COMPLAINT
(Rules, Paragraph 3(b);  Supplemental Rules, Paragraphs 4(a), 12(a), Annex E)

### I. Introduction

[1.]    This Complaint is hereby submitted for decision in accordance with the Uniform
        Domain Name Dispute Resolution Policy (the **Policy**), approved by the Internet
        Corporation for Assigned Names and Numbers (**ICANN**) on October 24, 1999,
        the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**),
        approved by ICANN on September 28, 2013, and in effect as of July 31, 2015,
        and the WIPO Supplemental Rules for Uniform Domain Name Dispute
        Resolution Policy (the **Supplemental Rules**) in effect as of July 31, 2015

## II.  The Parties

### A.  The Complainant
(Rules, Paragraphs 3(b)(ii) and (iii))

[2.]    The Complainant in this administrative proceeding is Ritzio Purchase Limited.

[3.]    The Complainant's contact details are:

| | |
|---|---|
| Registered Address: | Ritzio Purchase Limited Diagorou Street 4, Kermia building 6th floor, Office 601, P.C.1097, Nicosia, Cyprus |

[4.]    The Complainant's authorized representative in this administrative proceeding is:

[a.] Name: MAPA TRADEMARKS SL
[b.] Address: C/Henao Nº 7, 5ª Planta, Dpto 8; E-48009 Bilbao (Bizkaia); Spain
[c.] Telephone: +34.944019133
[d.] Fax: +34.944104765
[e.] E-Mail: info@mapasl.com

[5.]    The Complainant's preferred method of communications directed to the Complainant in this administrative proceeding is:

Electronic-only material

| Electronic-only material | |
|---|---|
| Method: | E-mail |
| Address: | info@mapasl.com |
| Contact: | Sandra Santos |

### B.  The Respondent
(Rules, Paragraph 3(b)(v))

[6.]    According to the WhoIs database, Respondents in this administrative proceeding are:

| | |
|---|---|
| Name: | WHOISGUARD PROTECTED |
| Organization: | WHOISGUARD, INC |
| Address: | P.O. BOX 0823-03411, PANAMA, 00000, PA |
| Telephone: | +507.8365503 |

Copy of the printouts of the WhoIs database search conducted on September 9th, 2016 is provided as **Annex 1**.

[7.]  All information known to the Complainant regarding how to contact Respondents is as follows:

  [7.1] E-mails from WhoIs:

**For domain** [a] <vulcan-club-online.com> **:**
  E-mail: 1F2C26EC93C64598B46CE77E5D8F3886.PROTECT@WHOISGUARD.COM

**For domain** [b] <vulcan-online-club.com>**:**
  E-mail: 227FF9BE9A9541F39B805912FA1233E9.PROTECT@WHOISGUARD.COM

**For domain** [c] <volcanozal.com> **:**
  E-mail: CC0CAF5DBE244E4CAB3DBC9B4F0FFB42.PROTECT@WHOISGUARD.COM

**For domain** [d] <wulkancasino.com> **:**
  E-mail: A63D0C0FB25B4C08823E4267F1D18BDA.PROTECT@WHOISGUARD.COM

**For domain** [e] <volcan24.com> **:**
  E-mail: 0FC4690C642D4A979F9EEBE33C455CCB.PROTECT@WHOISGUARD.COM

**For domain** [f] <1vulcano.com> **:**
  E-mail: E888EA0DEC23400DB4518ED871A4CB51.PROTECT@WHOISGUARD.COM

**For domain** [g] <2vulcano.com> **:**
  E-mail: 30552DB344DC42559BC0AB2C5A1B344D.PROTECT@WHOISGUARD.COM

**For domain** [h] <3vulcano.com> **:**
  E-mail: ADFC4D491B6B49E5BBCD0A949BBC5631.PROTECT@WHOISGUARD.COM

**For domain** [i] <5vulcano.com> **:**
  E-mail: 8116CD4DA6DA426B90FEC456EFF0842A.PROTECT@WHOISGUARD.COM

**For domain** [j] <7vulcano.com> **:**
  E-mail: CFF39F78768148448787BCB3B094F21C.PROTECT@WHOISGUARD.COM

**For domain** [k] <vulcano7.com> **:**
  E-mail: 2B59D2EEAB3F4260A4E7A624B4CDAA3D.PROTECT@WHOISGUARD.COM

**For domain** [l] <online-volcano.com>**:**
  E-mail: BC31231D891F4627A5C5777053A471DA.PROTECT@WHOISGUARD.COM

**For domain:** [m] <vulcan-club-online.top>
  E-mail:   f65a9d742987462cbceaaf897d67fb4d.protect@whoisguard.com

  [7.2] On the "support"-pages of all of the disputed domains  (See <vulcan-club-online.com/support> as an example), the same additional contact details are listed:
Telephone:  +7-499-999-1234,  +38-044-594-6939
E-mail: support@vlk-mail.com

Registrars, upon request of WIPO provided the following information for the
Registrants of domains in dispute:
For <vulcan-club-online.top>:
Registrant Name: Alex Boolop
Registrant Organization:
Registrant Street: Somewere
Registrant City: Kiev
Registrant State/Province: NA
Registrant Postal Code: 0000000
Registrant Country: UA
Registrant Phone: +380.968517401
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: alexboolop@gmail.com


For  <1vulcano.com>,  <2vulcano.com>,  <3vulcano.com>,  <5vulcano.com>,
<7vulcano.com> and <vulcano7.com>:
Organization Name: CAMELOT
First Name: DAVY
Last Name: KIBA-GASTE
Address 1: SUITE 1, 2F, SOUND VISION HOUSE
Address 2:
City: VICTORIA
StateProvince: MAHE
Postal Code: 000000
Country: SC
Phone: +7.9214303025
Fax:
Email Address: HOSTING@ACEM.PW


For     <wulkancasino.com>,     <volcan24.com>,     <vulcan-online-club.com>,
<volcanozal.com>, <online-volcano.com> and <vulcan-club-online.com>:
First Name: ZHOSELIN-PATRICK
Last Name: MANDZELA
Address 1: 19BD JULIEN DEVOS
Address 2:
City: VERNON
StateProvince: HAUTE-NORMANDIE
Postal Code: 27200
Country: FR
Phone: +33.667410100
Fax: +1.5555555555
Email Address: BAIT0OT@GMAIL.COM

[8.]                           **Request for consolidation**

Following the criteria of the WIPO Center case-law (Case No D2015-0066), *"As stated in prior UDRP decisions, a consolidation of multiple respondents in a single proceeding may be appropriate, under paragraphs 3(c) and 10(e) of the Rules, where the circumstances of a given case indicate that common control is being exercised over the disputed domain names or the web sites to which the domain names resolve and the consolidation would be fair and equitable to all parties. See Speedo Holdings B.V. v. Programmer, Miss Kathy Beckerson, John Smitt, Matthew Simmons, <u>WIPO Case No. D2010-0281</u> and <u>paragraph 4.16 of the WIPO Overview of WIPO Panel Views on Selected UDRP Questions</u>, Second Edition ("WIPO Overview 2.0").*

Notwithstanding the fact, that according to WhoIs data we might have different respondents in this dispute, Complainant strongly believes that there is only one real Respondent who controls all domains in dispute, due to the following:

(a) All websites that are located at domains in dispute have <u>absolutely identical</u> design, graphics, layout, text, the same set of games, and all other instruments. Everything is <u>absolutely</u> the same.

(b) On the «Support-page» <u>of all 13 websites</u> at domains in dispute one can see that contact information is also same. See screenshot below (previously translated with Google Translate):



(c) One Registrar for 12 out of 13 domains, most of the domains registered on the same day (See Section III below). These are the domains:

> - [a], [b] - reg. date: 18-sep-2014;
>
> - [d], [e], [l] - reg. date: 07-mar-2013; and
>
> - [f], [g], [h], [i], [j] - reg. date: 11-may-2016.

(d) The owner of <u>all domains</u> is hidden behind Privacy services;

(e) After WIPO's request, Registrar disclosed names of domain-holders and according to this information they are: (a) One nickname with non-existing Ukrainian street address "somewere", (b) Seychelles legal entity which are commonly used to

hold domains' holder hidden and (c) Zhoselin-Patrick Mandzela of Vernon who has already been a Respondent in same UDRP case D2015-0295 with the same web-site and same Trademark infringement…

Thus, since there are no other distinctive criteria applicable, all websites look the same, work the same and are connected with each other by same network, Complainant believes that there is only one same owner\person who controls the websites.

Given that this case can be reviewed on the basis of any of the disputed domain names and it would be appropriate for all others and that it would be "*fair and equitable to all parties*" and "*circumstances of a given case indicate that common control is being exercised over the disputed domain names or the web sites*" Complainant requests consolidation of the Respondents in this one proceeding.

### III.  The Domain Name(s) and Registrar(s)
(Rules, Paragraphs 3(b)(vi), (vii))

[9.]    This dispute concerns the domain names identified below:

[a] vulcan-club-online.com
    Updated Date: 22-aug-2016
    Creation Date: **18**-sep-2014
    Expiration Date: 18-sep-2016

[h] 3vulcano.com
    Updated Date: 25-jul-2016
    Creation Date: **11**-may-2016
    Expiration Date: 11-may-2017

[b] vulcan-online-club.com
    Updated Date: 22-aug-2016
    Creation Date: **18**-sep-2014
    Expiration Date: 18-sep-2016

[i] 5vulcano.com
    Updated Date: 25-jul-2016
    Creation Date: **11**-may-2016
    Expiration Date: 11-may-2017

[c] volcanozal.com
    Updated Date: 08-sep-2016
    Creation Date: 26-mar-2013
    Expiration Date: 26-mar-2017

[j] 7vulcano.com
    Updated Date: 25-jul-2016
    Creation Date: **11**-may-2016
    Expiration Date: 11-may-2017

[d] wulkancasino.com
    Updated Date: 25-jul-2016
    Creation Date: *07*-mar-2013
    Expiration Date: 07-mar-2017

[k] vulcano7.com
    Updated Date: 25-jul-2016
    Creation Date: 06-jun-2016
    Expiration Date: 06-jun-2017

[e] volcan24.com
    Updated Date: 25-jul-2016
    Creation Date: *07*-mar-2013
    Expiration Date: 07-mar-2017

[l] online-volcano.com
    Updated Date: 25-jul-2016
    Creation Date: *07*-mar-2013
    Expiration Date: 07-mar-2017

[f] 1vulcano.com
    Updated Date: 25-jul-2016
    Creation Date: **11**-may-2016
    Expiration Date: 11-may-2017

[m] vulcan-club-online.top
    Updated Date: 2016-07-22
    Creation Date: 2016-07-15
    Expiration Date: 2017-07-15

[g] 2vulcano.com
    Updated Date: 25-jul-2016
    Creation Date: **11**-may-2016
    Expiration Date: 11-may-2017

[10.]    Registrars for domain names are:

**For domains:**
[a] vulcan-club-online.com ; [b] vulcan-online-club.com ; [c] volcanozal.com ;
[d] wulkancasino.com ; [e] volcan24.com ; [f] 1vulcano.com ; [g] 2vulcano.com ;
[h] 3vulcano.com ; [i] 5vulcano.com ; [j] 7vulcano.com ; [k] vulcano7.com ;
[l] online-volcano.com:
    Registrar Name:        ENOM, INC.
    Registrar's Address:    5808 Lake Washington Blvd. NE, Ste. 300
                        Kirkland, WA 98033, USA
    Telephone Number: +1.4252982646
    Fax:               +1.425.974.4791
    E-Mail Address:      abuse@enom.com ,  legal@enom.com

**For domain:**
[m] vulcan-club-online.top:
    Registrar Name:        NameCheap, Inc.
    Registrar's Address:  NameCheap, Inc c/o Legal Dept. 11400 W. Olympic Blvd.
                        Suite 200 Los Angeles, CA 90064 US
    Telephone Number:  +1.6613102107

Fax:                    +1.6613102107
E-Mail Address:         legal@namecheap.com


## IV. <u>Language of Proceedings</u>
(Rules, Paragraph 11)

[11.]   To the best of the Complainant's knowledge, the language of the Registration Agreement is English, a copy of a copy of which are provided as **Annexes 2** and **3** to this Complaint for **ENOM, INC.** and **NameCheap, Inc.** respectively and also can be found at:

· ENOM, INC. - www.enom.com/terms/agreement.aspx

· NameCheap, Inc - www.namecheap.com/legal/domains/registration-agreement.aspx

The Complaint has been submitted in English and, given the above, Complainant requests that the language of proceeding be English.


## V. <u>Jurisdictional Basis for the Administrative Proceeding</u>
(Rules, Paragraphs 3(a), 3(b)(xiv))

[12.]   This dispute is properly within the scope of the Policy and the Administrative Panel has jurisdiction to decide the dispute. The Registration Agreements, pursuant to which the domain names that are the subject of this Complaint are registered, incorporates the Policy.  That is clearly stated in:

- Section 17  of the Registration Agreement with **ENOM, INC.,** and

- Sections 1 and 9  of the Registration Agreement with **NameCheap Inc.**

A true and correct copy of these Registration Agreements are provided as **Annexes 2** and **3** to this Complaint and can be found at:

· ENOM, INC. - www.enom.com/terms/agreement.aspx

· NameCheap, Inc - www.namecheap.com/legal/domains/registration-agreement.aspx

## VI. **Factual and Legal Grounds**
(Policy, Paragraphs 4(a), (b), (c); Rules, Paragraph 3)

[13.]    This Complaint is based on the following grounds:

This Complaint is based on the Вулкан[1], Вулкан (& Design), Vulkan and Volcano trademarks, among other Вулкан, Vulcan, Vulkan and Volcano composite marks (hereinafter the "Vulcan Marks") owned by a Complainant in numerous countries around the world and which Complainant have been continuously using since at least as early as 1992—long before Respondent's registration of the subject domain names in 2013 (four domains), 2014 (two domains) and 2016 (seven domains). Complainant is the owner of registrations for the Vulcan Marks in numerous countries around the world, including but not limited to the below registrations in Russia, which are the most relevant in the case, since overwhelming majority of users is from Russia and Ukraine (according to information of Web-Service at www.similarweb.com).    Copies of trademark records for a representative samples of the Vulcan Marks are attached hereto as **Annex 4** (Translated with Google Translate from Russian to English).

Not to overload the case, Complainant decided not to attach Vulcan Marks that are owned by companies which are a part of Ritzio Group, like Bartlett Corporation' Vulkan Trademarks #s: 216203; 257824; 307722; 307880; 361357 registered in period 2000-2005 and valid until 2022.

In addition, we are providing the internet links corresponding to these TM from the official database of the Russian Federation (ROSPATENT), also attached as **Annexes 5-8** (Translated with Google Translate from Russian to English).

 (a)  TM — "Вулкан" (Russian Federation), Reg. number: 342290:
      http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=342290&TypeFile=html"

 (b)  TM — "Вулкан" (Russian Federation), Reg. number:342291
      http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=342291&TypeFile=html

 (c)  TM — "Вулкан" (Russian Federation), Reg. number: 307879:
      http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=307879&TypeFile=html

 (d)  TM – VULKAN (Russian Federation), Reg. number 353692:
      http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=353692&TypeFile=html

Furthermore, **Annexes 9-17** consists of some of the TM duly registered by the Complainant Worldwide.

---

[1] The English translation of Вулкан is "Volcano" or "Vulcan". The transliteration of this trademark in Roman letters is "Vulkan" since Cyrillic has no equivalent of the letter "C," only "K," for the "K" sound.

Furthermore, Complainant does not include in Annexes, not to make the size of complaint huge, other Vulcan Marks, which are registered Worldwide. These are trademarks:

1) M 66 719 http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-327
2) M 65 242 http://databases.lrpv.gov.lv/databases/en/trademark/details/M-12-397
3) M 66 718 http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-326
4) 30738661 https://register.dpma.de/DPMAregister/marke/register/307386619/DE?lang=en
5) 307377903 https://register.dpma.de/DPMAregister/marke/register/307377903/DE?lang=en
6) 307579271 https://register.dpma.de/DPMAregister/marke/register/307579271/DE?lang=en
7) 200702888
   http://reg.zis.gov.rs/regis/detail.php?entity=mark&lang=en&file_nbr=200702888
8) Z20080152A http://it-app.dziv.hr/Pretrage/en/z/Detaljno.aspx/Z20080152A
9) 200702970
   http://reg.zis.gov.rs/regis/detail.php?entity=mark&lang=en&file_nbr=200702970
10) 0001288221
    http://www.uibm.gov.it/uibm/dati/Tmview.aspx?load=tmview&ApplicationNumber=TO2007C002582&table=TradeMark
11) 0001288220
    http://www.uibm.gov.it/uibm/dati/Tmview.aspx?load=tmview&ApplicationNumber=TO2007C002581&table=TradeMark
12) 352257
    http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=352257&TypeFile=html
13) 989103
    http://www.wipo.int/romarin//searchAccess.xhtml?act=on&del=no&pen=no&searchString=+%28%2FMARKGR%2FINTREGN+contains+++989103%29+

 All these Vulcan Marks are duly registered, valid and belong to Complainant. Furthermore, **Annexes 9-12** consists of some of the Vulcan Marks duly registered by the Complainant worldwide with basic registrations in Russia but currently independent due to Article 6.2 on the Protocol (period of 5 years from registration passed), such as:

**791038** – EE (ESTONIA) – GE (Georgia) – LT (Lithuania) – TM (Turkmenistan) – UZ (Uzbekistan) – AM (Armenia) – AZ (Azerbaijan) – BY (Belarus) – KG (Kyrgyzstan) – KZ (Kazakhstan) – LV (Latvia) – MD (Republic of Moldova) – TJ (Tajikistan) –UA (Ukraine);

**992196** – BY (Belarus) – KZ (Kazakhstan) – UA (Ukraine);

**977713** – BY (Belarus) – KZ (Kazakhstan) – UA (Ukraine);

**984297** – EM (OHIM) – BY (Belarus) – HR (Croatia) – KZ (Kazakhstan) – RS (Serbia) – UA (Ukraine).

For more than 20 years, Ritzio has been in the business of providing high-quality gaming, casino and entertainment products and services, including but not limited to the operation and management of gaming halls, the design, development, provision and maintenance of games of chance, including betting bingo and slot machines, the provision of interactive real-money games through a computer network, and other related products and services under the well-known Вулкан and Vulkan brands.

Today, Ritzio is one of the leading gaming operators and its business continue to expand far beyond Russia.  With more than 2,000 employees, more than 230 Вулкан and/or Vulkan branded gaming clubs and more than 6300 gaming machines deployed throughout Europe. Ritzio's company overview and photographs of Вулкан and Vulkan branded gaming halls, are attached here to as **Annex 18**.

Ritzio has developed a global reputation as a high-quality, technologically advanced, multi-national gaming operator. A summary of Ritzio's operations and locations, and a collection of press releases reflecting Ritzio's growth, are attached hereto as **Annex 19** containing detailed information on the development of Ritzio's key brand VULKAN in the following countries respectively: Germany, Italy, Croatia, Romania, Belarus, Latvia.

Russia and former CIS countries is where Ritzio began the creation of the Vulkan brand which has always been and still is - a flagship of the Complainant' games of chance business. That is why Respondent-like persons find it extremely profitable to act on these territories. While Russian legislative changes from time to time, switching the schematics and business models of all business holders in this field, it requires colossal efforts to continue work, expand Vulkan brand and modify business models for every particular region of the World, where Vulkan brand is presented.

For example, Russian gambling law, particularly – legal act "*On state regulation of activities for the organization and conduct of gambling and on amending some legislative acts of the Russian Federation*" http://pravo.gov.ru/proxy/ips/?docbody=&nd=102111150&rdk=&backlink=1   (Official governmental resource) dated 29.12.2006 with current edition dated 01.05.2016 regulates all types of games of chance, their positioning, reporting system and all other aspects of how gaming services can be provided, where can they be provided and what needs to be done to provide them. At the same time, this legal act imposes a lot of difficulties, which are extremely difficult to overcome for such persons like Respondent. Thus, while Complainant makes efforts, invest human and financial resources to hold positions and weight of the Vulkan brand by creating Licensing programs, Social networks programs with partners, advertising, expanding the brand internationally or providing services from abroad, **Respondent chooses the way to *parasitize* on the famous Vulkan Brand!** Respondent **didn't even bother** to receive authorization from Ritzio to use Vulcan Marks!

Since at least as early as 1992, Ritzio has expended significant resources to promote its products and services using the Vulcan Marks through various media outlets.  As a result, Ritzio has developed significant goodwill in the Vulcan Marks and

has grown the Vulcan Marks into one of the most recognized and well-known brands in Europe, Eastern Europe. In fact, between 2006 and 2010, Ritzio's operating revenue was in excess of USD \$5.5 billion. Ritzio has expended significant time, money and resources to build goodwill in the Vulcan Marks, and as a result, the Vulcan Marks have become famous and are extremely valuable trademarks. **Annex 20** consist of excerpts from different independent sources that prove Ritzio's growth and the success of Vulkan/ Вулкан chain of gaming clubs widely spread in several countries.

Ritzio has also been recognized by the International Gaming Awards for its commitment to corporate social responsibility providing since 2005 active support to the Paralympic movement and sportsmen with disabilities. A long-term partnership between Ritzio and the Russian Paralympic Committee began with the company's sponsorship of the Russian national team at the 2006 Winter Paralympic Games in Turin (see **Annexes 21-22).**

As demonstrated above, the Vulcan Marks are famous and enjoy a **worldwide** reputation in connection with high quality products and services in the gaming and entertainment industries.

Complainant, being a giant group of companies in huge number of Countries, provides services in gambling for more than twenty years and bears **legal, reputational and financial risks and loss** because of Respondent-like persons who expressly refer to Complainant' Vulcan Marks. For example: Complainant owes a number of nearly **129** gaming halls in Germany where huge reputational and financial damage is dealt because of Respondent. People playing online believe that Respondent's fake websites belong to Complainant, while they are not.

Yet, not only is Respondent using the Vulcan Marks without authorization, but in an effort to illicitly profit off the goodwill and reputation of the Vulcan Marks, it has copied the look and feel of Ritzio's gaming clubs, intentionally used Vulkan brand in the domain name, copied not only one, but several registered "Вулкан" and "Vulkan" trademarks exactly, created "copycat" websites, and is intentionally misrepresenting in the descriptions of the web-sites that the disputed domain names (and the content associated therewith) is directly connected to, and/or affiliated with, Ritzio's land-based gaming clubs. This issue is being reviewed in details in Section C.

Complainant draws attention of the Panel that unfortunately there are a lot of infringers who are parasitizing on Вулкан\Vulkan brand and there have been already cases under UDRP Process in WIPO where there were almost identical infringements and Panel decided that all those domains are to be transferred to Complainant. These are the cases:

1) **D2015-1182** *Ritzio Purchase Limited v. Legato LLC / V. Zaharchenko / Jimmy McColin / Chernovsky Vladimir Sergeevich / Domain Admin, PrivacyProtect.org* (See **Annex 32**)

   www.wipo.int/amc/en/domains/search/text.jsp?case=D2015-1182

2) **D2015-0875** *Ritzio Purchase Limited v. Domain Admin, PrivacyProtect.org / Timur Ziganshin / Lianna Tall, Escave Ltd / Private Whois, Global Domain Privacy Services Inc / Moniker Privacy Services* (See **Annex 33**)

   www.wipo.int/amc/en/domains/decisions/text/2015/d2015-0875.html

3) **D2015-1106** *Ritzio Purchase Limited v. Private Whois, Global Domain Privacy Services Inc. / Sergey Budusov, Infostar Management Ltd* (See **Annex 34**)

   www.wipo.int/amc/en/domains/decisions/text/2015/d2015-1106.html

4) **D2016-0633** *Ritzio Purchase Limited против Andrey Lykov / Rosalinda Corporation / Roy Delcy, COUNTSIDE Holding Corp / Registration private, Domains By Proxy, LLC* (See **Annex 35**)

   www.wipo.int/amc/en/domains/search/text.jsp?case=D2016-0633

5) **D2016-0967** *Ritzio Purchase Limited v. Twist Services LTD, Twist International* (See **Annex 36**)

   www.wipo.int/amc/en/domains/decisions/text/2016/d2016-0967.html

What is probably **most** important here is that <u>exactly the same</u> case and Complainant <u>strongly believes that against exactly the same Respondent</u> has been already reviewed in WIPO according to UDRP Procedure:

6) **D2015-0295** *Ritzio Purchase Limited v. Whoisguard Protected, Whoisguard, Inc / Zhoselin-Patrick Mandzela* (See **Annex 31**)

   www.wipo.int/amc/en/domains/search/text.jsp?case=D2015-0295

Complainant believes so due to **absolute identity** of the websites on domains in dispute to the website which was on the domain from case D2015-0295: the same design, layout, games, pictures, contact information, buttons, functionality and even style of infringement of the Trademark – everything, except for maybe some new games added. Also hard to miss the same name of the Respondent - *Zhoselin-Patrick Mandzela, Vernon, France.* Hardly a coincidence.

This is a print screen of the website from case D2015-0295:



And this is a print screen from one of the domains in dispute of the current proceeding:



All the misrepresentation texts contained on the web-sites which are the same, along with contact telephone numbers on the bottom of the page. Annex 23(bis) shows the complete page of the website from case 2015-0295 and its easy to see how identic it is.

Given the above Complainant is asking the Panel to review this case according to consensus view stated in paragraph 4.1of WIPO Overview 2.0, where

> *"The UDRP does not operate on a strict doctrine of precedent. However, panels consider it desirable that their decisions are consistent with prior panel decisions dealing with similar fact situations. This ensures that the UDRP system operates in a fair, effective and predictable manner for all parties, while responding to the continuing evolution of the domain name system."*

16

**A.** **The domain name(s) is(are) identical or confusingly similar to a trademark or service mark in which the Complainant has rights;**
(Policy, Paragraph 4(a)(i);  Rules, Paragraphs 3(b)(viii), (b)(ix)(1))

| Country | Trademark | Reg. No./ Reg. Date | Goods/Services | Registrant |
|---|---|---|---|---|
| Armenia Azerbaijan Belarus Estonia Georgia Kyrgyzstan Kazakhstan Lithuania Latvia Moldova Tajikistan Turkmenistan Ukraine Uzbekistan | Вулкан (& design)  | 791038 03.09.2002 | gaming; recreational information; entertainment information; club services (entertainment or education); night clubs; game services provided on-line (from a computer network); providing recreational facilities; organisation of competitions (entertainment); lotteries; holiday camp services (entertainment); organisation of shows (impresario services); television entertainment; bookmobile services; providing karaoke services; providing golf facilities; providing amusement arcade services; providing cinema facilities; presentation of live performances; theatre productions; videotape film production; film production; radio entertainment; entertainer services;; news reporters services; party planning (entertainment); music composition services; subtitling; providing of casino facilities (gambling); providing museum facilities (presentation, exhibitions); educational services; orchestra services; translation; scriptwriting services; recording studio services; digital imaging services; circuses; production of shows. | Ritzio Purchase Limited |
| Russia | VULKAN | 353692 18.11.2005 | Automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket machines; automatic equipment for monitoring and control of electronic machinery; computer and computer game programs; computer programs [downloadable software]; betting; gaming devices with mandatory use of television sets; devices for electronic games; providing access and telecommunications connections to the Internet; casino games; information on recreation, entertainment, and clubs; providing interactive games through a computer network; provision of gaming halls; organizing lotteries; casino services; design of computer systems; and the arrangement of websites. | Ritzio Purchase Limited |

| Country | Trademark | Reg. No./ Reg. Date | Goods/Services | Registrant |
|---|---|---|---|---|
| Russia | Вулкан (& design)  | 342290 28.01.2008 | Entertainment; providing an interactive game [through a computer network], providing interactive, organization of lotteries, organization of entertainment recreation, provision of gaming halls, rental of slot machines, [Entertainment] casino services. | Ritzio Purchase Limited |
| Belarus European Community Croatia Kazakhstan Serbia Ukraine | VULKAN | 984297 11.08.2008 | Automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket machines; automatic equipment for monitoring and control of electronic machinery; computer and computer game programs; computer programs [downloadable software]; betting; gaming devices with mandatory use of television sets; devices for electronic games; providing access and telecommunications connections to the Internet; casino games; information on recreation, entertainment, and clubs; providing interactive games through a computer network; provision of gaming halls; organizing lotteries; casino services; design of computer systems; and the arrangement of websites. | Ritzio Purchase Limited |
| Belarus European Community Croatia Kazakhstan Serbia Ukraine | VOLCANO | 989103 11.08.2008 | Automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket machines; automatic equipment for monitoring and control of electronic machinery; computer and computer game programs; computer programs [downloadable software]; betting; gaming devices with mandatory use of television sets; devices for electronic games; providing access and telecommunications connections to the Internet; casino games; information on recreation, entertainment, and clubs; providing interactive games through a computer network; provision of gaming halls; organizing lotteries; casino services; design of computer systems; and the arrangement of websites. | Ritzio Purchase Limited |

| Country | Trademark | Reg. No./ Reg. Date | Goods/Services | Registrant |
|---|---|---|---|---|
| Latvia |  | M 65 021 | games of chance; casinos and amusement arcades services | Ritzio Purchase Limited |
| Germany |  | 302008017 149 24.02.2009 | (Translated)<br>Class 38:<br>Providing access to games including gambling, sweepstakes, lotteries and quizzes and competitions and bets in computer networks<br><br>Class 41:<br>arranging and conducting of games and lotteries, operation and services of a casino, operation and services of casinos, operation and services of online casinos or a casino via electronic networks and the Internet, operation and services of a gambling hall including a play-hall and a slot machine hall, installation of play equipment and slot machines, arranging and conducting of games including gambling, raffles, lotteries and quizzes and competitions in the field of education and entertainment and of bets, also electronic media and electronic networks such as the Internet, operation and services of gambling clubs, operation and services of an amusement park, services of an entertainer, organization of entertainment shows, booking service for entry and entry cards (included in class 41); | Ritzio Purchase Limited |

| Country | Trademark | Reg. No./ Reg. Date | Goods/Services | Registrant |
|---------|-----------|---------------------|----------------|------------|
| Russia | Вулкан (& Design)  | 342291 28.01.2008 | Entertainment; sporting and cultural activities, including rental of tennis courts, billiard halls, ticket booking for shows, video, disco, casino games, book publishing, information on recreation, information on entertainment, clubs, cultural and educational and entertaining, Clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, recreation, organization of workshops [training] organization of competitions education or entertainment, organization of lotteries, organization of entertainment recreation, organizing sports events, amusement parks, providing sports equipment, provision of gaming halls, cinemas services, programming, sports, movies and film production, rental of sound recordings and audio , rental of audio equipment and video recorders, rental of slot machines, rental movies, equipment rental stadiums, using desktop publishing electronic publishing, interactive publication of books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings [Entertainment] casino services, translation services, photography, shows, music halls. | Ritzio Purchase Limited |

| Country | Trademark | Reg. No./ Reg. Date | Goods/Services | Registrant |
|---------|-----------|---------------------|----------------|------------|
| Russia | Вулкан (& Design)  | 353694 25.06.2008 | Automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket machines; automatic equipment for monitoring and control of electronic machinery; computer and computer game programs; computer programs [downloadable software]; betting; gaming devices with mandatory use of television sets; devices for electronic games; providing access and telecommunications connections to the Internet; casino games; information on recreation, entertainment, and clubs; providing interactive games through a computer network; provision of gaming halls; organizing lotteries; casino services; design of computer systems; and the arrangement of websites. | Ritzio Purchase Limited |
| Belarus Kazakhstan Ukraine | Вулкан (& Design)  | 992196 October 17, 2008 | automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits). Entertainment; gaming, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment), organization of sports competitions, providing amusement arcade services, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, | Ritzio Purchase Limited |

| | | | entertainer services, party planning (entertainment), providing casino facilities (gambling), production of shows. | |
|---|---|---|---|---|
| **Country** | **Trademark** | **Reg. No./ Reg. Date** | **Goods/Services** | **Registrant** |
| Belarus Kazakhstan Ukraine | Вулкан (& Design)  | 977713 12.08.2008 | automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits). Entertainment; gaming, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment), organization of sports competitions, providing amusement arcade services, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, entertainer services, party planning (entertainment), providing casino facilities (gambling), production | Ritzio Purchase Limited |

Copies of the registration certificates and the corresponding translation into English are attached in **Annexes 4-17**.

**Complainant here expressly states that all the mentioned in this complaint Vulcan Marks are valid and there are no requests for cancellation or any opposition approved against any of the Vulcan Marks whatsoever**. That information is proven by each and all Governmental and\or International Registers and extracts provided therefrom.

We emphasize that because of the previous experience when Respondents' representative in absolutely similar cases tried hard to mislead the Panel by creating artificial complexity of the case, submitting fake documents and once they've filed a suit for cancellation of Vucan marks. They've lost it of course.

22

As stated above, the disputed domain names were created in year 2013 (4 domains), 2014 (2 domains) and 2016 (7 domains) and currently are being used to offer the same services (online gambling and casino services) which Complainant provides under the Вулкан\Vulcan trademarks.

The disputed domain names are basically identical to English translation of the registered internationally "Вулкан"\Vulcan[2] marks and sound identical to "Vulkan" trademarks (IR984297, IR353692 and M 65 021 and 302008017149 and other Complainant' Vulcan Marks). Disputed domain <wulkancasino.com> has been created by the same principle: Russian letter "В" sound as "V" in English, although in the disputed domain it is written as "W". Why? Simple - since Russian language has no equivalent of sound "W" so it sounds as "V". Thus, in Russian, for whom the services on disputed domains are mostly provided, the word "wulkan" is pronounced as "Vulkan".

As such, the mark and the domain names are virtually identical, which render them confusingly similar. *See e.g., NH Hoteles, S.A. v. Will Eom,* WIPO Case № D2010-0227,

> "noting that confusing similarity can exist if the trademark and the disputed domain name contain word elements of different languages and a considerable part of the public understands the meaning of the translation";

Further, a user encountering Respondent's domain names is likely to be confused into believing that any websites associated with the domain names are owned by, affiliated with, or sponsored by Complainant.

Here, the disputed domain names incorporate and completely corresponds the Complainant's Vulcan Marks (including the English translation thereof), adding only the generic terms "club", "online", "casino" and "zal" (word "Zal" is a transliteration of Russian word «зал» and it means "hall") and mixing some of them with Arabic numerals, that are considered irrelevant under Policy and do not affect the confusing similarity of domain names and trademarks. See *Dr. Ing. h.c. F. Porsche AG v Vasiliy Terkin,* WIPO Case No. D2003-0888:

> "In numerous cases, it has been held that a domain name that wholly incorporates a Complainant's registered mark may be sufficient to establish confusing similarity for purposes of the UDRP."

---

[2] The English translation of Вулкан is "Volcano" or "Vulcan". The transliteration of this trademark in Roman letters is "Vulkan" since Cyrillic has no equivalent of the letter "C," only "K," for the "K" sound.

See also *Hoffmann-La Roche Inc. v. Wei-Chun Hsia*, WIPO Case No. D2008-0923:

> "The mere addition of words "your" and "shop" before and after the Complainant's mark does little to avoid the conclusion that the contested domain name is confusingly similar to the Complainant's TAMIFLU mark."

and

> "In the circumstances of this case wrapping a well-known mark with merely descriptive or generic words is a doomed recipe for escaping a conclusion that the domain name is confusingly similar to the well-known mark."

Moreover, words (terms) "club", "casino", "online" and "zal" even create extra confusion effect, due to direct association with the main and well known reputation of Vulcan Marks - operation and management of casinos and gaming halls, the design, development, provision and maintenance of games of chance, including betting bingo and slot machines, and the provision of interactive real-money games through a computer network. As a result, the disputed domain names will mislead consumers into believing that the domain names are either owned by or associated with Complainant. See *Scholastic Inc. v. 366 Publications*, D2000-1627 (WIPO Feb. 21, 2001).

> *"The addition of a generic term is not a distinguishing feature.... In fact, it may increase the likelihood of confusion if it is an apt term for the Complainant's business"*

Additionally, because: (1) Respondent's sites copy the look-and-feel of Ritzio's gaming clubs; (2) provide online gaming services that are competitive to those offered in connection with the Vulcan Marks; and (3) the domain names are expected to attract consumers interested in Ritzio's products and services, (4) Complainant' trademarks are used all over the websites and (5) Reference to a goodwill of Vulcan brand created and maintained by Complainant can be seen **everywhere** on Respondents' websites - confusion is likely.

Furthermore, it is important to pay attention to the **fact that the disputed domain names copy completely Vulcan Marks, including design and wording that are registered and owned by the Complainant**. As pictured on printout (translated with Google services) of Respondents' websites that is attached as **Annex 23** (main-page of <vulcan-club-online.com> same at all the other disputed domains), Vulcan Marks are the "face" of Respondent's gaming halls. It is shown below, that Respondent uses the exact copy of Vulcan Marks on all of the disputed domain names to maximize the effect of confusion and misrepresentation.

Main-page of <vulcan-club-online.com> (same at all the other disputed domains):



To enhance a confusion effect, Respondent adds a red stripe on the Trademark with signature "Настоящий" which is translated as "Genuine".

It should be considered that reproduction of Vulcan Marks can be found <u>on all pages of all of the disputed domains</u>, so this is not a single case and will be reviewed in details in section C. All the websites at the domains in dispute are absolutely identical, so this screenshot refers to a respective main-page of any web-site at any domain in dispute.

*Note:* two of the disputed domains are used to redirect users from one disputed domain to another e.g.:

- [b] vulcan-online-club.com and [l] online-volcano.com are used to redirect users to [a] <u>vulcan-club-online.com</u>

It seems pretty obvious that Respondent tries his best to create **maximum** confusion for users with Complainants' Vulcan Marks using not only direct wording in the domain name, but also the trademarks all over the websites and lots of false information stating own association with Complainant.

Based upon the virtual identity between Respondent's domain names and the Vulcan Marks, Internet users and consumers are of an opinion that there is some relation, affiliation, connection, approval or association between Respondent and Complainant when, in fact, no such affiliation exists.

**B.**   **The Respondent has no rights or legitimate interests in respect of the domain name(s);**
(Policy, Paragraph 4(a)(ii); Rules, Paragraph 3(b)(ix)(2))

Following the decision in Charles Jourdan Holding AG v. AAIM, D2000-0403 (WIPO June 27, 2000), Respondent has no legitimate rights or interests in the domain name if (i) it is not a licensee of Complainant, nor has it received any permission or consent to use Complainant's trademark; (ii) Complainant has prior rights in that trademark which precedes Respondent's registration of its domain name; and (iii) Respondent is not commonly known by the trademark.

In this case, the Respondent is not a licensee of Complainant, nor has the Complainant authorized or consented to Respondent's use of any of the Vulcan Marks. The complainant has provided extensive evidence of its rights to the registered Vulcan Marks, use of which commenced more than 20 years before the creation and registration of the disputed domain names in year 2013 (4 domains), 2014 (2 domains) and 2016 (7 domains). In fact, it is Complainant's position, as supported by the evidence of record, that Respondent simply acquired the domain name registrations in hope of intentionally attracting, for commercial gain, Internet users to Respondent's website by creating a likelihood of confusion.

As noted above, the Complainant is the owner of numerous active trademark registrations for Вулкан, Вулкан (& Design), Vulkan, and Vulcano trademarks, among other Вулкан, Vulkan, and Volcano composite marks around the world. Aside from the rights derived from its registrations, Ritzio has also acquired a substantial reputation under common law by virtue of its extensive and significant advertising of the Vulcan Marks, and its substantially exclusive and continuous use of the Vulcan Marks since at least as early as 1992.

Paragraph 4(c) of the Policy provides that a respondent may demonstrate rights or legitimate interests in a domain name by establishing that: (1) prior to the dispute, it used, or made demonstrable preparations to use a domain name in connection with a bona fide offering of goods or services; (2) it has been commonly known by the domain names, even if it has not acquired any trademark or service mark rights; or (3) it is making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.  Respondent cannot satisfy **any** of these factors.

In this case, the **disputed domain names bear no relationship to any legitimate business of Respondent nor has Respondent shown any demonstrable preparations to use the domain names in connection with any bona fide offering of goods or**

**services**.   In fact, to the best of Complainant's knowledge, Respondent has not developed any legitimate business relating to or incorporating the Vulcan Marks.  *See e.g., E. J. McKernan Co. v. Texas International Property Associates*, D2007-1499 (WIPO Dec. 17, 2007) (citing *Disney Enters., Inc. v. Dot Stop,* FA 145227 (NAF March 17, 2003)

> "finding that Respondent's diversionary use of Complainant's mark to attract Internet users to its own website was not a bona fide offering of goods or services".

Nor has Respondent ever been commonly known by the disputed domain names. Rather, as **Annex 1** shows, Respondent has purposely hidden itself from the public by using the privacy services to register all of the disputed domains. Furthermore, Respondent uses many ways to assure users, that the disputed domain names belong to or associated with Complainant. This issue is described in details below in Section C.

As it has been already reviewed in basically identical case (D2015-1182 *Ritzio Purchase Limited v. Legato LLC / V. Zaharchenko / Jimmy McColin / Chernovsky Vladimir Sergeevich / Domain Admin, PrivacyProtect.org*):

> *"Further, so far as paragraph 4(c)(i) is concerned, it appears to be undisputed that the Respondent was aware of the Complainant's claimed rights when it registered and started to use the disputed domain names. Accordingly, it is highly questionable whether the Respondent's use was before notice of the relevant dispute. Further and in any event, the Panel is of the view that the use of a name or trademark so as to impersonate another does not constitute a bona fide offering of goods or services under the Policy. Indeed, such activity is usually seen as an indicator that rights or legitimate interests do not exist"*

Furthermore, **the commercial use to which the disputed domain name has been put, because it trades on the Complainants fame, is not bona fide, and because it is commercial is not a fair or non-commercial use**. *See Consitex S.A., Lanificio Ermenegildo Zegna & Figli S.p.A., Ermenegildo Zegna Corporation v. LaPorte Holdings, Inc.*, D2005-0030 (WIPO Feb. 25, 2005) (citing Bank of Am. Corp. v. Nw. Free Cmty. Access, FA 180704 (NAF Sept. 30, 2003)

> "*Respondent's demonstrated intent to divert Internet users seeking Complainants' website to a website of Respondent and for Respondent's benefit is not a bona fide offering of goods or services" under Policy 4(c)(i) and it is not a legitimate noncommercial or fair use under Policy 4(c)(iii);*

See also *America Online, Inc. v. Xianfeng Fu*, D2000-1374 (WIPO Dec. 11, 2000)

"It *would be unconscionable to find a bona fide offering of services in a respondent's operation of its website using a domain name which is confusingly similar to the complainant's mark and for same business*".

Eventually, we would like to quote a recent Decision issued by the Center in the case Paddy Power PLC v. Oded Keinan, Winning Partner Traffic Label Limited, D2014-1192 (WIPO Sep. 09, 2014)

"*First, the Complainant never authorized the Respondent to utilize any of the PADDY POWER Marks nor does the Complainant apparently have any relationship or association whatsoever with the Respondent. Furthermore, given the exclusive trademark rights that reside in the Complainant, the Respondent could not legitimately acquire any public association between itself and the mark PADDY POWER or even any mark similar thereto such as a mark containing PADDY with a generic gambling-related term(s) appended thereto, at least for the goods and services provided by the Complainant under its marks.*

*The Respondent once used the disputed domain name <paddybingo.com> to address a guide/review site with links to various bingo websites but now uses it as an address of a "pay to play" bingo site. The Respondent uses the disputed domain name <paddyscasino.com> as an address of an online gambling site. The Respondent's evident purpose behind choosing <paddybingo.com> and <paddyscasino.com> and continuing to use those names is to exploit the ensuing source confusion of Internet users in order to divert traffic away from the Complainant's competing gambling sites to the Respondent's sites instead and hence commercially benefit the Respondent to the detriment of the Complainant. Neither of these uses constitutes a bona fide offering of goods or services consistent with paragraph 4(c)(i) of the Policy, nor a legitimate noncommercial or fair use under paragraph 4(c)(iii) of the Policy*".

Given the above Complainant asserts that Respondent has no rights or legitimate interest in respect of domain names in dispute.

**C.**   **The domain name(s) was/were registered and is/are being used in bad faith.**
   (Policy, paragraphs 4(a)(iii), 4(b);  Rules, paragraph 3(b)(ix)(3))

Given the reputation and widespread use of the Vulcan Marks that is described above in details, any use by the Respondent of the domain name in dispute would constitute an infringement of the Complainant's trademark rights.

*"For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:*

>   *(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location."*

All the disputed domain names are operating as full-functional online-casinos. All the web-sites are identical and include the following pages:

- *"Gaming Hall"* with a set of casino-games;
- *"Points"* page where one can exchange points (credits) for real money or for real goods in a special Shop page. Currency exchange rate depends on the level of the player;
- *"Lottery"* page with ongoing lottery with **prize found** of RUR 2,000,000 (which is an equivalent of about **USD 31,000**) and ***total amount of already won money by users***: *RUR 39,000,000* (which is an equivalent of about ***USD 600,000***);
- *"Jackpots"* page with RUR *8,667,785 at stake* (which is an equivalent of about ***USD 133,000***. The page shows us that ***total amount of already won money by users*** within less than two years is RUR 102,454,227 (which is an equivalent of about ***USD 1,580,000***);
- *"Bonuses"* page, with generous bonuses for users;
- *"Shop"* page where you can exchange points (credits);
- *"Cashbox"* section showed on each page with numbers of cash-in and cash-out methods presented;
- *"News"* page with information of ongoing events and all other classic attributes of online-casino from which one can see unimpeachable facts of huge losses incurred by the Complainant due to fraudulent activity of the Respondent.

See them attached as **Annexes 24-29** translated with Google Translate. Respective pages of disputed domain names show us that they are created for obvious commercial gain (not to overload the case, we provide the examples of <vulcan-club-online.com> main web-site sections, but all the other the web-sites with disputed domain names are absolutely identical and have all these elements).

The Respondent has acted in bad faith by using domain name that incorporates the Vulcan Marks and by using Complainant' trademarks in content to intentionally attract, for commercial gain, Internet users to Respondent's website by creating a likelihood of confusion. This fraudulent activity in creating "copycat" websites and directly attempting to deceive consumers is clearly bad faith. As noted above, the Vulcan Marks are well-known and have a global reputation. To maximize the effect of confusion Respondent uses the Vulkan trademark on all the pages of the disputed domain names, all the advertising materials etc.

As it has been established in numerous cases: if a domain incorporates someone else's trademark without any authorization to divert and lure users to the competitor's web-site in order to gain profits from misrepresentation – it cannot be presumed as registration and use in good faith.

The Respondent has obviously attempted to capitalize prestigious reputation by purchasing the domain names in dispute which has nothing to do with Respondent, and trading off the goodwill that Ritzio has established over the past 20 years. In fact, as noted above, Respondent has solely *used* the disputed domains names which completely correspond with the Vulcan Mark to attract consumers from Complainants authorized partners and to profit from competitive online gaming and casino services conduct that WIPO has routinely ruled constitutes bad faith. *See e.g., The Knot, Inc. v. Alex Luongo*, D2006-0296 (WIPO Apr. 15, 2006)

> *"When typosquatting is done by a competitor or for competitive services, the evidence is conclusive. A close misspelling of a competitor's mark betrays both knowledge of the mark and an intentional attempt to use that mark to divert Internet users to competitors for profit, taking advantage of whatever goodwill attaches to the mark and bringing the circumstances within paragraph 4(b)(iii) and 4(b)(iv) of the Policy."*

Furthermore, **Respondent is not only very well aware of Complainants' trademarks, but also demonstrates that disputed domains are associated with Complainant in text descriptions on the pages of the respective websites**!

For example, on the main page of all of the disputed domain names where Respondent describes its services and "own history", users see not only unauthorized use of Vulkan trademark but also the following texts that clearly refer to Complainant's history and reputation while distorting facts to emphasize own "cleanness" (quotes are from translated by Google Chrome web-pages of disputed domain names. **See Annex 23**):

> *"Casino Volcano is undoubtedly the best brands in the gambling business. During the existence of the gaming club Volcano acquired a firm reputation as a reliable playground, loyal to the players and providing permanent access to the highest quality gaming slot.*
>
> *The famous brand has earned popularity during the time fixed gaming establishments, winning the hearts of millions of gamblers all over the world. After the volcano became available on the Internet, its range of offered entertainment has become much wider, which attracted a new audience.*
>
> *The official representative of the brand casino volcano on the worldwide web is the site vulcan-club-online.com . He has a license of the famous places the game, which is an excellent indicator of the quality of services and the guarantee of fair play."*

The Respondent deceives Internet users by presenting himself as the licensee of the Complainant, this is clearly stated in the abovementioned last line of the Respondent's "history description". The adaptive translation from Russian would be: - *"He (the respondent) is authorized as a licensee by famous gaming institution and that fact is an excellent indicator of quality of the rendered services and guarantee of the fair play."* But this Respondent's statement is nothing else but blatant lie. The Complainant has never authorized the Respondent for anything.

Moreover, the Respondent places the warning that the used marks on his web-sites are duly registered for obvious reason – so that users once again see and believe in Respondent's legitimate use of Vulcan trademarks. Such warnings are placed at the bottom of each page of all the web-sites with disputed domain names, see print screen below (translated with Google services):



Sadly, but this is how Respondent-like entities work: *they parasitize on Complainant' brands while spreading false and fabricated information about*

*association with Ritzio everywhere where its possible and impossible.* By this moment we've seen numerous variations of fabricated information, but when it comes to arbitrations – the decisions are always based on facts and fake "stories" don't work.

Complainant also draws attention of the Panel to the fact that Respondent has another notice on the so called "plug-ins" page at all of the disputed domains. **Annex 30** (also translated by Google translate) shows the example of "plug-ins" page of one of the disputed domain (here is the link: https://vulcan-club-online.com/client), but it is the same for all of the disputed domains:

> *If you can not go to the casino site Volcano, the special plug-in for the browser will solve this problem in a jiffy.*
>
> *See detailed instructions for installing the plugin, who painted all popular browsers. Installation takes less than a minute.*
>
> *Also, for stable access to slot machines, you can use one of the following options:*
>
> - *activate the special regime "Turbo" in Yandex browser and Opera;*
> - *use a new user-friendly browser Tor.*

To visit the "plug-ins" page of any of the disputed domain, you just have to add "/client" to any of the domain names (e.g. https://vulcan-club-online.com/client, https://volcanozal.com/client, etc. ).

The fact that Respondent has created a by-pass instrument to overcome Internet Service Provider's or local Regulators' block for intellectual property infringements or other legal abuses and as stated in this sign: this is a common and well known "problem" - is another argument to prove that Respondent acts in bad faith.

Moreover, Respondent conceals its identity using the Privacy services for all of the disputed domains. See *Telstra Corporation Limited v. Nuclear Marshmallows,* D2000-0003 (WIPO Feb. 18, 2000)

> "noting that a respondent's concealment of its true identity as domain name holder strongly indicates a bad faith intention".

Also see *The American Automobile Association, Inc. v. aaaaautoinsurance.com Privacy--Protect.org, aaa-netaccess.com Privacy--Protect.org, aaanetacceess.com Privacy--Protect.org, Isaac Goldstein,* D2011-2069 (WIPO Feb. 8, 2012)

> "Further evidence of bad faith use can be inferred from the choice to register the    Disputed    Domain    Names    <aaaaautoinsurance.com>,

<aaanetacceess.com>, and <aaa-netaccess.com> using a privacy service. Whereas the Panel accepts that use of a privacy or proxy registration service is not in and of itself an indication of bad faith, it notes that the manner in which such service is used can in certain circumstances constitute a factor indicating bad faith, for example use of a privacy service in combination with provision of incomplete contact information or continued concealment of the "true" or "underlying" registrant (see paragraph 3.9 of the WIPO Overview 2.0 and Fifth Third Bancorp v. Secure WhoIs Information Service, WIPO Case No. D2006-0696). Given that certain registrant contact information provided, per the relevant WhoIs records, is inaccurate (for example the telephone number provided for each of the three Disputed Domain Names is for a number located in Brazil rather than Shanghai, China, which is the location of the stated address) and given the elaborate attempts to conceal what the Panel considers to be at least an association between the Respondent Privacy--Protect.org, the registrar, and the alleged new registrant of the three Disputed Domain Names, Milan Kovac, with the Respondent Isaac Goldstein (as discussed under Proper Respondents above), the Panel considers that an inference of bad faith use on the basis of the Respondents' use of a privacy registration service to be appropriate in the present case".

We find it necessary to point out that previously, Complainant had the identical dispute in which web-sites of that respondent used to look <u>absolutely identical</u> to the websites with the domain names of ongoing dispute. In fact, as we have been informed by Registrar after WIPO request – it is the same Respondent Zhoselin-Patrick Mandzela of Vernon, France. The design, graphics, layout, text, the same set of games, and all other instruments, everything was <u>absolutely</u> <u>identical.</u> See *Ritzio Purchase Limited v. Whoisguard Protected, Whoisguard, Inc / Zhoselin-Patrick Mandzela,* WIPO Case No **D2015-0295** (See the case attached as **Annex 31**), where the Panel in its decision (in favor of Complainant) found that:

"*The disputed domain name is linked to a website that offers online gaming services which are not authorized by the Complainant. The Respondent's website copies the look and feel of the Complainant's gaming clubs, copies exactly the ВУЛКАН ("VULKAN" in Latin transliteration) trademark with a lightning bolt logo, and on top of this does not feature a disclaimer for the lack of relation with or endorsement by the Complainant. The Panel does not*

*regard such conduct as being made in good faith. Rather, it appears that the Respondent, by using the disputed domain name, attempts to attract to its own website for commercial gain the consumers that are looking for the online gaming services offered by the Complainant by creating a likelihood of confusion with the Complainant's VOLCANO trademark as to the source or affiliation of the Respondent's website."*

Therefore, Complainant believes that in the ongoing case the disputed domains are owned/controlled or associated with the respondent indicated in WIPO Case No. D2015-0295, who after losing the case had no other legitimate options but to register new domains and to use some of the previously registered domains (the disputed domains) in order to keep going on illegal business.

Eventually, we would like to quote a recent decision of the Center in case No D2014-0787:

*"The examples of bad faith registration and use set forth in paragraph 4(b) of the Policy are not meant to be exhaustive of all circumstances from which such bad faith may be found. See Telstra Corporation Limited v. Nuclear Marshmallows, WIPO Case No. D2000-0003. The overriding objective of the Policy is to curb the abusive registration of domain names in circumstances where the registrant seeks to profit from and exploit the trademark of another. Match.com, LP v. Bill Zag and NWLAWS.ORG, WIPO Case No. D2004-0230.*

*(...) The Panel concludes that the Respondent was aware of the Complainant and the Complainant's marks when registering the disputed domain names. In the absence of any reply by the Respondent, the Panel considers that the Respondent's primary motive in relation to the registration and use of the disputed domain names was to capitalize on, or otherwise take advantage of, the Complainant's trademark rights through the creation of Internet user confusion. The record reflects that the Respondent has registered and is using the disputed domain names in bad faith to intentionally attract for commercial gain Internet users to the Respondent's websites, by creating a likelihood of confusion with the Complainant's marks as to source, sponsorship or affiliation. See Edmunds.com, Inc. v. Ult. Search Inc., WIPO Case No. D2001-1319"*.

Basically, as it has been very good reviewed and analyzed in previous identical case (D2015-0875 Ritzio Purchase Limited v. Domain Admin, PrivacyProtect.org / Timur Ziganshin / Lianna Tall, Escave Ltd / Private Whois, Global Domain Privacy Services Inc / Moniker Privacy Services):

> *"At its heart, therefore, and despite the extensive argument and submissions filed by both the Parties, ultimately this is a relatively simple case of impersonation. The Respondent (or at least persons on behalf of whom the Respondent has registered the Domain Names) has registered and is using the Domain Names in order to pass themselves off as the Complainant (or in some way authorised by the Complainant) when it is not, in order to thereby draw Internet users to gambling websites for commercial gain. Registration and use of a domain name for such a purpose is a classic example of registration and use in bad faith. So far as use is concerned it is activity that falls within the scope of paragraph 4(b)(iv) of the Policy"*

Accordingly, the disputed domain names are confusingly similar to Complainant's registered Vulcan Marks and were registered without the Complainant's consent, the Respondent has no legitimate interests in the domain name and is not making any legitimate non-commercial or fair use of the domain name, and the domain name are registered and are being used in bad faith as evidenced by the Respondent's hidden identity, typosquatting, and absolutely obvious attempt to attract users by creating likelihood of confusion to trade off the fame and goodwill of the Vulcan Marks.

## VII.  Remedies Requested
(Rules, Paragraph 3(b)(x))

[14.]      In accordance with Paragraph 4(i) of the Policy, for the reasons described in Section VI. above, the Complainant requests the Administrative Panel appointed in this administrative proceeding that <vulcan-club-online.com>; <vulcan-online-club.com>; <volcanozal.com>; <wulkancasino.com>; <volcan24.com>; <1vulcano.com>; <2vulcano.com>; <3vulcano.com>; <5vulcano.com>; <7vulcano.com>; <vulcano7.com>; <online-volcano.com>; <vulcan-club-online.top> *be transferred to the Complainant.*

## VIII.  Administrative Panel
(Rules, Paragraph 3(b)(iv);  Supplemental Rules, Paragraph 8(a))

[15.]   The Complainant elects to have the dispute decided by a single-member Administrative Panel.

## IX.  Mutual Jurisdiction
(Rules, Paragraph 3(b)(xii))

[16.]   In accordance with Paragraph 3(b)(xii) of the Rules, the Complainant will submit, with respect to any challenges that may be made by the Respondent to a decision by the Administrative Panel to transfer or cancel the domain name(s) that is/are the subject of this Complaint, to the jurisdiction of the courts at the location of the principal office of the concerned registrars.

Mutual jurisdiction is selected for all domains in dispute.

## X.  Other Legal Proceedings
(Rules, Paragraph 3(b)(xi))

[17.]   **D2015-0295** *Ritzio Purchase Limited v. Whoisguard Protected, Whoisguard, Inc / Zhoselin-Patrick Mandzela* (See **Annex 31**)

www.wipo.int/amc/en/domains/search/text.jsp?case=D2015-0295

1)  **D2015-1182** *Ritzio Purchase Limited v. Legato LLC / V. Zaharchenko / Jimmy McColin / Chernovsky Vladimir Sergeevich / Domain Admin, PrivacyProtect.org* (See **Annex 32**)

www.wipo.int/amc/en/domains/search/text.jsp?case=D2015-1182

2) **D2015-0875** *Ritzio Purchase Limited v. Domain Admin, PrivacyProtect.org / Timur Ziganshin / Lianna Tall, Escave Ltd / Private Whois, Global Domain Privacy Services Inc / Moniker Privacy Services* (See **Annex 33**)

   www.wipo.int/amc/en/domains/decisions/text/2015/d2015-0875.html

3) **D2015-1106** *Ritzio Purchase Limited v. Private Whois, Global Domain Privacy Services Inc. / Sergey Budusov, Infostar Management Ltd* (See **Annex 34**)

   www.wipo.int/amc/en/domains/decisions/text/2015/d2015-1106.html

4) **D2016-0633** *Ritzio Purchase Limited против Andrey Lykov / Rosalinda Corporation / Roy Delcy, COUNTSIDE Holding Corp / Registration private, Domains By Proxy, LLC* (See **Annex 35**)

   www.wipo.int/amc/en/domains/search/text.jsp?case=D2016-0633

5) **D2016-0967** *Ritzio Purchase Limited v. Twist Services LTD, Twist International* (See **Annex 36**)

   www.wipo.int/amc/en/domains/decisions/text/2016/d2016-0967.html

## XI.  Communications
(Rules Paragraph 3(b), Supplemental Rules, Paragraphs 3, 4, 12)

[18.]  A copy of this Complaint has been transmitted to the concerned registrar(s) on October 16, 2016  in electronic form in accordance with paragraph 4(c) of the Supplemental Rules.

## XII.  Payment
(Rules, Paragraph 19;  Supplemental Rules Paragraph 10, Annex D)

[20.]  As required by the Rules and Supplemental Rules, payment in the amount of USD 2500 has been made by transfer to WIPO account (Annex 37)

## XIII.  Certification
(Rules, Paragraph 3(b)(xiii);  Supplemental Rules, Paragraph 15)

[21.]  The Complainant agrees that its claims and remedies concerning the registration of the domain name(s)*,* the dispute, or the dispute's resolution shall be solely against the domain name holder and waives all such claims and remedies against (a) the WIPO Arbitration and Mediation Center and Panelists, except in the case of deliberate wrongdoing, (b) the concerned registrar(s), (c) the registry administrator, (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

[22.] The Complainant certifies that the information contained in this Complaint is to the best of the Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under the Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully submitted,

Sandra Santos

_____

*[Name/Signature]*

Date: October 16, 2016

## XIV.   List of Annexes
(Rules, Paragraph 3(b)(xiv);  Supplemental Rules, Paragraphs 4(a), 12(a), Annex E)

1)   Annex 1 - WhoIs LookUp for all the disputed domain names

2)   Annex 2 - Registration Agreement between ENOM, INC**.** and the Respondent

3)   Annex 3 - Registration Agreement between NameCheap Inc. and the Respondent

4)   Annex 4 - Translated excerpts from the Russian Trademark Registry for representative Trademarks

5)   Annex 5 - Excerpt from the Russian Trademark Registry TM №342290

6)   Annex 6 Excerpt from the Russian Trademark Registry TM №342291

7)   Annex 7 - Excerpt from the Russian Trademark Registry TM №307879

8)   Annex 8 - Excerpt from the Russian Trademark Registry TM №353692

9)   Annex 9 - Excerpt from the ROMARIN Trademark Registry TM 992196

10)   Annex 10 - Excerpt from the ROMARIN Trademark Registry TM 977713

11)   Annex 11 - Excerpt from the ROMARIN Trademark Registry TM 984297

12)   Annex 12 - Excerpt from the ROMARIN Trademark Registry TM 791038

13)   Annex 13 - Translated Excerpt from Czech Trademark Registry TM 308351

14)   Annex 14 - Excerpt from the OHIM Trademark Registry CTM №014193544

15)   Annex 15 - Translated Excerpt from German Trademark Registry TM 302008017149

16)   Annex 16 - Excerpt from the Latvian Trademark Registry TM M 65 021

17)   Annex 17 - Translated Excerpt from the Hungarian Trademark Registry TM Z20080153

18)   Annex 18 - Ritzio Presentation and Photos of Vulkan branded gaming halls

19)   Annex 19 - Ritzio International

20)   Annex 20 -  Information about Ritzio from independent sources

21)   Annex 21 – Ritzio's social activity

22)   Annex 22 – Ritzio's social activity

23)   Annex 23 - Main page of Respondent's web-sites

24)   Annex 23(b) – Excerpt of the webpage operated by the disputed domain name in case D2015-0295

25)   Annex 24 - Gaming Hall of Respondent's web-sites

26)   Annex 25 - Points page of Respondent's web-sites

27)   Annex 26 - Lotery page of Respondent's web-sites

28)   Annex 27 - Jackpots page of Respondent's web-sites

29)   Annex 28 - Bonuses page of Respondent's web-sites

30)   Annex 29 - Shop page of Respondent's web-sites

31)   Annex 30 - Plagins page of Respondent's web-sites

32)   Annex 31 - WIPO Decision D2015-0295

33)   Annex 32 - WIPO Decision D2015-1182

34)   Annex 33 - WIPO Decision D2015-0875

35)   Annex 34 - WIPO Decision D2015-1106

36)   Annex 35 - WIPO Decision D2016-0633

37)   Annex 36 - WIPO Decision D2016-0967

38)   Annex 37 – Payment (transfer to WIPO account)





DOMAINS   HOSTING   CLOUD   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT        LOGIN   0

## vulcan-club-online.com registry whois
Updated 1 second ago - Refresh

Domain Name: VULCAN-CLUB-ONLINE.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: NS-1067.AWSDNS-05.ORG
Name Server: NS-1720.AWSDNS-23.CO.UK
Name Server: NS-652.AWSDNS-17.NET
Name Server: NS-80.AWSDNS-10.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 22-aug-2016
Creation Date: 18-sep-2014
Expiration Date: 18-sep-2017

**Hot Deals!**



.LINK @ $2.88 ~~$9.88~~



**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

## vulcan-club-online.com registrar whois
Updated 1 second ago

Domain Name: VULCAN-CLUB-ONLINE.COM
Registry Domain ID: 1876332814_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-08-20T05:57:04.00Z
Creation Date: 2014-09-18T13:20:00.00Z
Registrar Registration Expiration Date: 2017-09-18T13:20:33.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **1F2C26EC93C64598B46CE77E5D8F3886.PROTECT**@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **1F2C26EC93C64598B46CE77E5D8F3886.PROTECT**@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **1F2C26EC93C64598B46CE77E5D8F3886.PROTECT**@WHOISGUARD.COM
Name Server: NS-1067.AWSDNS-05.ORG
Name Server: NS-1720.AWSDNS-23.CO.UK
Name Server: NS-652.AWSDNS-17.NET
Name Server: NS-80.AWSDNS-10.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: **abuse**@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-08-20T05:57:04.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information

purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com     awsdns-05.org     awsdns-23.co.uk     awsdns-17.net     awsdns-10.com     icann.org
namecheap.com     whoisguard.com     internic.net





DOMAINS    HOSTING    CLOUD    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT    👤 LOGIN    🛒  0

## vulcan-online-club.com registry whois
Updated 1 second ago - Refresh

Domain Name: VULCAN-ONLINE-CLUB.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: NS-1264.AWSDNS-30.ORG
Name Server: NS-1686.AWSDNS-18.CO.UK
Name Server: NS-266.AWSDNS-33.COM
Name Server: NS-743.AWSDNS-28.NET
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 22-aug-2016
Creation Date: 18-sep-2014
Expiration Date: 18-sep-2017

## vulcan-online-club.com registrar whois
Updated 1 second ago

Domain Name: VULCAN-ONLINE-CLUB.COM
Registry Domain ID: 1876332816_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-08-20T05:57:04.00Z
Creation Date: 2014-09-18T13:20:00.00Z
Registrar Registration Expiration Date: 2017-09-18T13:20:36.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 227FF9BE9A9541F39B805912FA1233E9.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 227FF9BE9A9541F39B805912FA1233E9.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 227FF9BE9A9541F39B805912FA1233E9.PROTECT@WHOISGUARD.COM
Name Server: NS-1264.AWSDNS-30.ORG
Name Server: NS-1686.AWSDNS-18.CO.UK
Name Server: NS-266.AWSDNS-33.COM
Name Server: NS-743.AWSDNS-28.NET
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-08-20T05:57:04.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information



**Hot Deals!**

.BIZ @ $3.48 $11.88



**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

---

### related domain names

enom.com    awsdns-30.org    awsdns-18.co.uk    awsdns-33.com    awsdns-28.net    icann.org
namecheap.com    whoisguard.com    internic.net



## Domains

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

.space
Get your .SPACE at just
$1.48!

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



| DOMAINS | HOSTING | CLOUD | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN | 0 |

**volcanozal.com registry whois**      Updated 1 second ago - Refresh

Domain Name: VOLCANOZAL.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 08-sep-2016
Creation Date: 26-mar-2013
Expiration Date: 26-mar-2017

**volcanozal.com registrar whois**      Updated 1 second ago

Domain Name: VOLCANOZAL.COM
Registry Domain ID: 1789175894_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2014-02-25T09:35:35.00Z
Creation Date: 2013-03-26T17:11:00.00Z
Registrar Registration Expiration Date: 2017-03-26T16:11:42.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: CC0CAF5DBE244E4CAB3DBC9B4F0FFB42.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: CC0CAF5DBE244E4CAB3DBC9B4F0FFB42.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: CC0CAF5DBE244E4CAB3DBC9B4F0FFB42.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-02-25T09:35:35.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

**Hot Deals!**



.BIZ @ $3.48 $11.88



**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

---

**related domain names**

enom.com      registrar-servers.com      icann.org      namecheap.com      whoisguard.com      internic.net







| DOMAINS | HOSTING | CLOUD **NEW** | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒 0 |

## wulkancasino.com registry whois

Updated 10 seconds ago - *Refresh*

Domain Name: WULKANCASINO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 07-mar-2013
Expiration Date: 07-mar-2017

## wulkancasino.com registrar whois

Updated 10 seconds ago

Domain Name: WULKANCASINO.COM
Registry Domain ID: 1784802414_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-22T05:01:36.00Z
Creation Date: 2013-03-07T10:03:00.00Z
Registrar Registration Expiration Date: 2017-03-07T10:02:58.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: A63D0C0FB25B4C08823E4267F1D18BDA.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: A63D0C0FB25B4C08823E4267F1D18BDA.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: A63D0C0FB25B4C08823E4267F1D18BDA.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-22T05:01:36.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

**Hot Deals!**



.SITE @ $3.88 ~~$29.88~~

●●●●●●●●●●●●●●●●



# Web Hosting

### Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo



purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

### related domain names

enom.com　　registrar-servers.com　　icann.org　　namecheap.com　　whoisguard.com　　internic.net

### Domains

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

### Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN　OR　CREATE AN ACCOUNT

.site

Get your .SITE at just
$1.48!

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement





**DOMAINS**   HOSTING   CLOUD **NEW**   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT       **LOGIN**   🛒 0

## volcan24.com registry whois

Updated 1 second ago - Refresh

Domain Name: VOLCAN24.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 07-mar-2013
Expiration Date: 07-mar-2017

**Hot Deals!**



**.BIZ @ $3.48** $11.88

●●●●●●●●●●●●●●



**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

## volcan24.com registrar whois

Updated 1 second ago

Domain Name: VOLCAN24.COM
Registry Domain ID: 1784802423_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-07T05:44:56.00Z
Creation Date: 2013-03-07T10:03:00.00Z
Registrar Registration Expiration Date: 2017-03-07T10:03:03.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **0FC4690C642D4A979F9EEBE33C455CCB.PROTECT**@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **0FC4690C642D4A979F9EEBE33C455CCB.PROTECT**@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **0FC4690C642D4A979F9EEBE33C455CCB.PROTECT**@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: **abuse**@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-07T05:44:56.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com     registrar-servers.com     icann.org     namecheap.com     whoisguard.com     internic.net



Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement





DOMAINS    HOSTING    CLOUD **NEW**    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT     👤 LOGIN    🛒 0

## 1vulcano.com registry whois

Updated 1 second ago - Refresh

Domain Name: 1VULCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 11-may-2016
Expiration Date: 11-may-2017

## 1vulcano.com registrar whois

Updated 1 second ago

Domain Name: 1VULCANO.COM
Registry Domain ID: 2027408241_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-05-11T07:14:04.00Z
Creation Date: 2016-05-11T14:14:00.00Z
Registrar Registration Expiration Date: 2017-05-11T14:14:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **E888EA0DEC23400DB4518ED871A4CB51.PROTECT**@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **E888EA0DEC23400DB4518ED871A4CB51.PROTECT**@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **E888EA0DEC23400DB4518ED871A4CB51.PROTECT**@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: **abuse**@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-11T07:14:04.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful



**Hot Deals!**

.PW @ $1.28 ~~$9.88~~



**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com    registrar-servers.com    icann.org    namecheap.com    whoisguard.com    internic.net





DOMAINS   HOSTING   CLOUD (NEW)   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN    0

## 2vulcano.com registry whois

Updated 1 second ago - Refresh

Domain Name: 2VULCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 11-may-2016
Expiration Date: 11-may-2017

## 2vulcano.com registrar whois

Updated 1 second ago

Domain Name: 2VULCANO.COM
Registry Domain ID: 2027408245_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-05-11T07:14:08.00Z
Creation Date: 2016-05-11T14:14:00.00Z
Registrar Registration Expiration Date: 2017-05-11T14:14:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 30552DB344DC42559BC0AB2C5A1B344D.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 30552DB344DC42559BC0AB2C5A1B344D.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 30552DB344DC42559BC0AB2C5A1B344D.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-11T07:14:08.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful



**Hot Deals!**

.CLICK @ $2.88 $6.88



Web Hosting

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com    registrar-servers.com    icann.org    namecheap.com    whoisguard.com    internic.net







DOMAINS    HOSTING    CLOUD **NEW**    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT        LOGIN    🛒 0

## 3vulcano.com registry whois
Updated 1 second ago - Refresh

Domain Name: 3VULCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 11-may-2016
Expiration Date: 11-may-2017

**Hot Deals!**



.BIZ @ $3.48 $11.88

●●●●●●●●●●●●●●

## 3vulcano.com registrar whois
Updated 1 second ago

Domain Name: 3VULCANO.COM
Registry Domain ID: 2027408240_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-05-11T07:14:04.00Z
Creation Date: 2016-05-11T14:14:00.00Z
Registrar Registration Expiration Date: 2017-05-11T14:14:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: ADFC9D491B6B49E5BBCD0A949BBC5631.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: ADFC9D491B6B49E5BBCD0A949BBC5631.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: ADFC9D491B6B49E5BBCD0A949BBC5631.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-11T07:14:04.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**



Starts @ $3.88/mo

purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com      registrar-servers.com      icann.org      namecheap.com      whoisguard.com      internic.net





DOMAINS    HOSTING    CLOUD **NEW**    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT     LOGIN     0

## 5vulcano.com registry whois

Updated 1 second ago - Refresh

Domain Name: 5VULCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 11-may-2016
Expiration Date: 11-may-2017

## 5vulcano.com registrar whois

Updated 1 second ago

Domain Name: 5VULCANO.COM
Registry Domain ID: 2027408248_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-05-11T07:14:12.00Z
Creation Date: 2016-05-11T14:14:00.00Z
Registrar Registration Expiration Date: 2017-05-11T14:14:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **8116CD4DA6DA426B90FEC456EFF0842A.PROTECT**@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **8116CD4DA6DA426B90FEC456EFF0842A.PROTECT**@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **8116CD4DA6DA426B90FEC456EFF0842A.PROTECT**@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: **abuse**@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-11T07:14:12.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

**Hot Deals!**



**.BIZ @ $3.48** $11.88



purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com      registrar-servers.com      icann.org      namecheap.com      whoisguard.com      internic.net







DOMAINS   HOSTING   CLOUD **NEW**   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT

👤 LOGIN   🛒 0

## 7vulcano.com registry whois

Updated 1 second ago - Refresh

Domain Name: 7VULCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 11-may-2016
Expiration Date: 11-may-2017

## 7vulcano.com registrar whois

Updated 1 second ago

Domain Name: 7VULCANO.COM
Registry Domain ID: 2027408250_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-05-11T07:14:12.00Z
Creation Date: 2016-05-11T14:14:00.00Z
Registrar Registration Expiration Date: 2017-05-11T14:14:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **CFF39F78768148448787BCB3B094F21C.PROTECT**@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **CFF39F78768148448787BCB3B094F21C.PROTECT**@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **CFF39F78768148448787BCB3B094F21C.PROTECT**@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: **abuse**@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-11T07:14:12.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful



**Hot Deals!**

**.BIZ @ $3.48** ~~$11.88~~



**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ **$3.88**/mo

whois.7vulcano.com

purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

## related domain names

enom.com    registrar-servers.com    icann.org    namecheap.com    whoisguard.com    internic.net



## Domains

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

.site

Get your .SITE at just
$1.48!

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOMAINS | HOSTING | CLOUD **NEW** | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT |

**LOGIN**  0

## vulcano7.com registry whois

Updated 1 second ago - Refresh

Domain Name: VULCANO7.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 06-jun-2016
Expiration Date: 06-jun-2017

**Hot Deals!**



.WEBSITE @ $2.48 $21.88

## vulcano7.com registrar whois

Updated 1 second ago

Domain Name: VULCANO7.COM
Registry Domain ID: 2033980849_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-06-07T04:43:06.00Z
Creation Date: 2016-06-06T11:43:00.00Z
Registrar Registration Expiration Date: 2017-06-06T11:43:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2B59D2EEAB3F4260A4E7A624B4CDAA3D.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 2B59D2EEAB3F4260A4E7A624B4CDAA3D.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2B59D2EEAB3F4260A4E7A624B4CDAA3D.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-06-07T04:43:06.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo



whois.vulcano7.com

purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

### related domain names

enom.com    registrar-servers.com    icann.org    namecheap.com    whoisguard.com    internic.net



**Domains**

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Hosting & Products**

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

.site

Get your .SITE at just
**$1.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement





| DOMAINS | HOSTING | CLOUD ᴺᴱᵂ | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒 0 |

### online-volcano.com registry whois

Updated 1 second ago - Refresh

Domain Name: ONLINE-VOLCANO.COM
Registrar: ENOM, INC.
Sponsoring Registrar IANA ID: 48
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 25-jul-2016
Creation Date: 07-mar-2013
Expiration Date: 07-mar-2017



**Hot Deals!**

.BIZ @ $3.48 ~~$11.88~~

### online-volcano.com registrar whois

Updated 1 second ago

Domain Name: ONLINE-VOLCANO.COM
Registry Domain ID: 1784802415_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-22T05:01:36.00Z
Creation Date: 2013-03-07T10:03:00.00Z
Registrar Registration Expiration Date: 2017-03-07T10:02:58.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: BC31231D891F4627A5C5777053A471DA.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: BC31231D891F4627A5C5777053A471DA.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: BC31231D891F4627A5C5777053A471DA.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-22T05:01:36.00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp



## Web Hosting

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful

purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

related domain names

enom.com    registrar-servers.com    icann.org    namecheap.com    whoisguard.com    internic.net





DOMAINS    HOSTING    CLOUD    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN     0

## vulcan-club-online.top registry whois

Updated 1 second ago - Refresh

Domain Name: vulcan-club-online.top
Domain ID: D20160715G10001G_72417014-TOP
WHOIS Server: whois.namecheap.com
Referral URL: https://www.namecheap.com/
Updated Date: 2016-07-22T16:10:35Z
Creation Date: 2016-07-15T10:14:25Z
Registry Expiry Date: 2017-07-15T10:14:25Z
Sponsoring Registrar: Namecheap Inc.
Sponsoring Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registrant ID: olwkzpgdxhyc0ypd
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: **f85a9d742987462cbceaaf897d67fb4d.protect**@whoisguard.com
Admin ID: 5iqpsxj1eywavkcc
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: **f65a9d742987462cbceaaf897d67fb4d.protect**@whoisguard.com
Tech ID: bwakydu21ikg5whq
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: **f65a9d742987462cbceaaf897d67fb4d.protect**@whoisguard.com
Name Server: beth.ns.cloudflare.com
Name Server: joel.ns.cloudflare.com
DNSSEC: unsigned
>>> Last update of WHOIS database: 2016-09-12T12:46:37Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: The information in the Whois database is collected through ICANN-accredited registrars. Jiangsu
bangning science & technology Co., Ltd("BANGNING") make this information available to you and do not guarantee its
accuracy or completeness. By submitting a whois query, you agree to abide by the following terms of use: you agree
that you may use this data only for lawful purposes and that under no circumstances will you use this data to: (1) to
allow，enable，or otherwise support the transmission of mass unsolicited，commercial advertising or solicitations via
direct mail，electronic mail，or by telephone; (2) in contravention of any applicable data and privacy protection acts; or
(3) to enable high volume，automated，electronic processes that apply to BANGNING (or its computer systems).
Compilation，repackaging，dissemination，or other use of the WHOIS database in its entirety，or of a substantial
portion thereof，is not allowed without BANGNING prior written permission. You agree not to use electronic processes
that are automated and high-volume to access or query the whois database except as reasonably necessary to register
domain names or modify existing registrations. BANGNING reserves the right to restrict your access to the whois
database in its sole discretion to ensure operational stability. BANGNING may restrict or terminate your access to the
whois database for failure to abide by these terms of use. BANGNING reserves the right to modify these terms at any
time without prior or subsequent notification of any kind.

### related domain names



**Hot Deals!**

.BIZ @ $3.48 ~~$11.88~~

Web Hosting

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo



namecheap.com    icann.org    whoisguard.com    cloudflare.com



THIS AGREEMENT HAS A PROVISION FOR ARBITRATION OF DISPUTES BETWEEN THE PARTIES.

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services ("Services"). In this Agreement "you" and "your" refer to you and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to the registrars listed at the bottom of this document, any one of which will be the registrar for your domain name and all of which share common ownership, common terms and conditions, and a shared Services infrastructure. To determine which registrar your domain name is registered with, perform a WHOIS lookup at http://www.uwhois.com. You obtain the Services through your primary service provider, with whom we have a wholesale relationship (your "Primary Service Provider"). Your relationship with your Primary Service Provider may be governed by additional terms, as you and your Primary Service Provider may agree. "We," "us" and "our" does not include your Primary Service Provider, except when specifically mentioned or unless your Primary Service Provider is one of us (i.e., if your Primary Service Provider is also one of the registrars listed at the bottom of this document)).

1. YOUR AGREEMENT: By using the Services, you agree to all terms and conditions of this Agreement, the UDRP (defined below), the URS (defined below), and any rules, policies, or agreements published in association with specific Services and/or which may be adopted or enforced by the Internet Corporation for Assigned Names and Numbers ("ICANN"), any registry, or governments.

2. CHANGES TO THIS AGREEMENT: This Agreement may change over time, either through amendments by us, changes to ICANN policy or applicable law which may or may not be reflected in the text of this Agreement, or otherwise. Before any material changes to this Agreement become binding on you (other than changes resulting from a change in ICANN policy or applicable law), we will notify you of such changes by, for example, sending email to you at your email address of record. If, as a result of such a change, you no longer agree with the terms of this Agreement, your exclusive remedies are (a) to transfer your domain name registration services to another registrar, or (b) to cancel your Services, including domain name registration services, with us. Your continued use of the Services following notification of a change in this Agreement indicates your consent to the changes. Unless otherwise specified by us, any such change binds you: (1) thirty (30) days after we notify you of the change, or (2) immediately if such change is a result of a new or amended ICANN policy or applicable law.

3. REGISTRANT RIGHTS AND RESPONSIBILITIES: ICANN has developed, in consultation with registrars, a webpage that identifies important registrant rights and responsibilities. The document provides a "plain language" summary of terms related to Registrant Rights and Responsibilities as set out in the Registrar Accreditation Agreement (RAA), for posting on registrar websites. While some of the terms included do not specifically refer to registrants, those terms are included because of the potential import to understanding registrar/registrant relations. The document also summarizes registrant rights and responsibilities that arise within ICANN Consensus Policies and specifications, as those policies and specifications are incorporated into the RAA. The summarization of terms within this document do not override or replace the terms set forth in the RAA or within those specifications or policy. Please review these important Registrant Rights and Responsibilities.

4. YOUR ACCOUNT: You must create an account to use the Services ("Account"). Your Account is typically managed and/or provided by your Primary Service Provider. You are solely responsible for

maintaining, securing, updating, and keeping strictly confidential all login IDs and passwords, and for all access to and use of your Account by you or any third party.

a.  ACCOUNT CONTACT INFORMATION AND DOMAIN NAME WHOIS INFORMATION:

  i.  You must provide certain current, complete and accurate information about you with respect to your Account information and with respect to the WHOIS information for your domain name(s). Within seven (7) days of any change to such information, you must update such information as needed to keep it current, complete and accurate. You must submit the following with respect to you, the administrative, technical, and billing contacts for your domain name registration(s) and other Services: name, postal address, e-mail address, voice telephone number, and where available, fax number. The type of information you are required to provide may change and you must provide such information and keep your Account information current. Not providing requested information may prevent you from obtaining all Services.

  ii.  You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name. If you do not provide complete name-server information, or if you purchase "Name Only" Services, we may supply this information (and point your domain name to a website of our choosing) until such time as you elect to supply the name-server information or until such time as you elect to upgrade from "Name Only" Services.

b.  OBLIGATIONS RELATING TO THE ACCOUNT AND WHOIS CONTACT INFORMATION:

  i.  If, in obtaining Services, you provide information about or on behalf of a third party, you represent and warrant that you have (a) provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, and (b) obtained the third party's express written consent to the disclosure and use of that party's information as set forth in this Agreement.

  ii.  You represent and warrant that the statements in your application are true and that no Services are being procured for any unlawful or abusive purpose, including but not limited to the infringement of any intellectual property right or other right; the distribution of malware; the abusive operation of botnets; phishing; fraudulent or deceptive practices; the unauthorized transfer to yourself or any other party of any domain name or Services; counterfeiting; or any other activity in violation of any laws, rules, or regulations (the "Illegal Uses"). Providing inaccurate or unreliable information, failing to update information within seven (7) days of any change, engaging in any Illegal Uses, or failing to respond for over fifteen (15) days to inquiries by us concerning the accuracy of Account and WHOIS contact information will constitute an incurable material breach of this Agreement and be a basis for suspension and/or cancellation of the Services.

  iii.  You are responsible for regularly monitoring email sent to the email address in your Account. You may lose your rights to the domain name(s) or your right to receive the Services if you do not respond appropriately and timely to an email sent in conjunction therewith.

c.   ACCESSING YOUR ACCOUNT:

   i.   In order to change any of your Account or domain name WHOIS information, you must access your Account with your Primary Service Provider, or your Account with us. It is your duty to safeguard your Account login identifier and password from any unauthorized use. Any person in possession of your Account login identifier and password will have both the ability and your authorization to modify your Account and domain name information, initiate transfers of your domain name(s) to other registrars, initiate registrant changes to your domain names which may terminate your rights to use such domain name(s), update DNS changes to your domain name(s) which may result in changes to the content associated with your domain name(s) and take other actions which may affect or terminate your rights and access to your domain name(s) and/or the Services.

   ii.   We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and such reasonable precautions include procedures for releasing Account access information to parties who claim to have lost Account access information. If we take reasonable precautions in relation thereto, IN NO EVENT SHALL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, OUR LIABILITY UNDER ANY CIRCUMSTANCES SHALL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND IN PARAGRAPH 13 BELOW IN THIS AGREEMENT.

   iii.   If you contact us alleging that a third party has unauthorized access to your Account or domain names, we may charge you administrative fees, currently set at fifty dollars ($50) per hour, for our time spent in relation to the matter, regardless of whether or not we return control over the Account and/or domain name(s) to you. You will indemnify us for any reasonable attorneys' Fees and costs we may incur in relation to the matter, even if those fees and costs accrue as a result of defending an action, or responding to a threat of an action, initiated by You or a third party.

d.   SHARING OF WHOIS INFORMATION:

   i.   We will make available the domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, any ICANN-authorized escrow service, the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit (including through web-based and other on-line WHOIS lookup systems), whether during or after the term of your domain name registration services of the domain name. You irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. We may make publicly available, or directly available to third parties, some, or all, of the information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by applicable laws, including by way of bulk WHOIS data access provided to third parties who enter into a bulk WHOIS data access agreement with us.

ii.    ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding WHOIS can be found at http://www.icann.org/registrars/wmrp.htm, http://www.icann.org/registrars/wdrp.htm, and elsewhere on the ICANN website at http://www.icann.org/.

5.   OUR SERVICES:

a.   DOMAIN NAME REGISTRATION.

i.    We are accredited registrars with ICANN for generic top level domain names ("gTLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the gTLDs. We also are registrars for a variety of country code top level domain names ("ccTLDs") (such as .co.uk, .de, etc.). For a partial list of registry administrators and for more information on gTLDs, see http://www.icann.org/tlds/.Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms which end on the expiration date. For domain names which are created as a new registration out of the pool of available domain names, the term begins on the date the domain name registration is acknowledged by the applicable registry. For domain name registrations which were not returned to the pool of available domain names, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry.

ii.    We and your Primary Service Provider are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator, including those arising out of or related to a request to register, renew, modify the settings for, or transfer of a domain name registration. You acknowledge that domain name registration is a service, domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, domain name registration services do not create a property interest and you have no such property interest in any domain name(s) which you may register with us.

iii.    If you submit an application for pre-registration of a domain name, we do not guarantee that the domain name will be secured for you, or that you will have immediate access to the domain name if secured. In the event two (2) or more pre-registration applications are received for the same domain name and the domain name is secured, all applicants will be invited to a private auction to decide who gets the domain name. If you are such an applicant and wish to participate in the auction, you must first acknowledge any trademark claims notice that is shown to you and agree to any additional terms and conditions which may be applicable.

b.   AFTER MARKET DOMAIN NAMES:

i.    We offer for sale domain names that are registered to third parties (also known as aftermarket domain names) in a variety of top level domain names ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first

come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you and will add one year to the existing registration period. If the After Market Domain Name is already located with us as the domain registrar at the time of your purchase and it has ninety (90) days or less from the date of your purchase before expiration, we will renew your After Market Domain for you for free. If the After Market Domain Name is already located with us as the domain registrar at the time of your purchase and it has ninety-one (91) days or more before expiration, you are responsible for all renewal fees. Any subsequent renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we will refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy.

ii.   Once the After Market Domain Name is transferred into your Account, such After Market Domain Name may not be transferred away from us to another registrar during the first sixty (60) days following the transfer, during which time the After Market Domain Name may be placed on transfer lock. All of your obligations under this Agreement which apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

c.   NOT INCLUDED IN THE SERVICES:

i.   We are not responsible to determine whether the domain name(s) you select, or the use you or others make of the domain name(s), or other use of the Services, infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use or allow others to use infringe legal rights of others.

ii.   We might be ordered by a court or arbitrator to cancel, modify, or transfer your domain name; it is your responsibility to list accurate contact information in association with your Account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications to you. Our policy is to comply with court orders from courts of competent jurisdiction as well as UDRP and URS Panel decisions. If you contact us

informing us that you are contesting a court order from a court of competent jurisdiction, we may, but are not obligated to, place a transfer lock on the domain name pending the outcome of the dispute. If you contact us informing us that you are contesting an adverse UDRP or URS Panel decision, your time limits and procedures to do so are subject to the requirements set forth in the UDRP or URS. We will not delay implementation of a UDRP or URS Panel decision based solely on your informing us that you intend to contest the decision.

d.  USE OF FREE SERVICES:

i.  In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, free trials, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other free services which we may introduce from time to time ("Free Services"), we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or any other advertising means, and we may aggregate for our own use, related usage data by means of cookies and other similar means. You will not be entitled to any of the proceeds we may earn as a result of such advertising. We may discontinue any Free Services at any time with or without providing you prior notice.

ii.  From time to time we may provide you with free or low-cost domain name(s) registration services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same Account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es) of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other Accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and the terms of this Agreement will apply to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we may be listed as the domain name registrant or we may delete such domain names or make them available to others. For any domain name services, including these Promotional Names, for which you are listed as registrant but for which you do not pay the registration or renewal fee, we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

6.  SERVICES PROVIDED AT WILL; TERMINATION OR SUSPENSION OF SERVICES:

a.  We and your Primary Service Provider may reject your domain name registration application or elect to discontinue providing Services to you for any reason within thirty (30) days of a Service initiation or a Service renewal. Outside of this period, we and your Primary Service Provider may terminate or suspend the Services at any time for cause, which, without limitation, includes (i) registration of prohibited domain name(s), (ii) abuse of the Services, (iii) payment irregularities, (iv) allegations of illegal conduct or infringement of any third party intellectual property right or other right, (v) failure to keep your Account or WHOIS information accurate and up to date, (vi) failure to respond to inquiries from us for over fifteen (15)

calendar days, or (vii) if your use of the Services involves us in a violation or alleged violation of any third party's rights or acceptable use policies, including but not limited to the transmission of unsolicited email or the violation or alleged violation of any intellectual property right or other right. No fee refund will be made when there is a suspension or termination of Services for cause.

b.  At any time and for any reason, we may terminate the Services thirty (30) days after we send notice of termination via mail or email, at our option, to the WHOIS contact information provided in association with your domain name registration. Following notice of termination other than for cause, you must transfer your domain name within such thirty (30) day notice period or risk that we may delete your domain name, transfer the registration services associated with your domain name to ourselves or a third party, or suspend or modify Services related to your domain name. If we terminate Services for a reason other than cause, we will provide a pro-rata refund of your fees.

c.  If we terminate or suspend the Services provided to you under this Agreement, we may then, at our option, make either ourselves or a third party the beneficiary of Services which are substantially similar to those which were previously provided to you. If we have grounds to terminate or suspend Services with respect to one domain name or in relation to other Services provided through your Account, we may terminate or suspend all Services provided through your Account.

d.  Your registration of a domain name is subject to suspension, cancellation or transfer by any ICANN procedure now in affect or which may come into effect at a later date, by any registrar or registry administrator procedures approved by an ICANN-adopted policy or any policy adopted by any ccTLD registry or governing body, to correct mistakes by us, another registrar or the registry administrator in administering the domain name or for the resolution of disputes concerning the domain name or as a result of any government decree, rule, law or regulation.


7.  FEES AND TAXES:

a.  You agree to pay, prior to the effectiveness of the desired Services, the applicable Service fees set forth on the Pricing Page or otherwise communicated to you. In the event any of the fees for Services change, we will use reasonable efforts to give you thirty (30) days prior notice of such changes on the Pricing Page or by other reasonable means. Please check the Pricing Page often for any changes to our Services fees. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement specifically provides for a refund. At our option, we may require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another.

b.  Unless specified otherwise, the fees for the Services do not include taxes. If we are required to pay ICANN fees or United States or international sales, use, property, value-added ("VAT"), royalty, license, or other taxes based on your use of the Services, then you must pay such fees or taxes. This section does not apply to taxes based on our income.

8. PAYMENT ISSUES: In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Services, we and/or your Primary Service Provider may suspend access to any and all Accounts you have with us and/or your Primary Service Provider and all interests in and use of any domain name registration services, website hosting, and/or email services, including all data hosted on our systems and/or on the systems of your Primary Service Provider may be assumed by us or your Primary Service Provider, as the case may be, or may be terminated. We may reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fees and our then-current reinstatement fee set forth on the Pricing Page or otherwise communicated to you. Reinstatement of Services by your Primary Service Provider may be according to the terms between you and your Primary Service Provider relating to reinstatement. If you have an issue with credit card or other payment charges, you should contact your Primary Service Provider, first, and us, second, regarding the issue before you contact your credit card or other payment process company to request a charge back or reversal of the charges.

9. EXPIRATION AND RENEWAL OF SERVICES: It is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. With respect to domain name registration services, we and/or your Primary Service Provider will email a renewal notification approximately one (1) month and approximately one (1) week prior to each such domain name's expiration. In addition, if a domain name is not renewed, we and/or your Primary Service Provider will email an additional renewal notification within five (5) days after the expiration of such domain name's registration. All renewal notifications will be sent to primary contact for the Account associated with the domain name registration. It is your responsibility to maintain current and accurate credit card information should any Services be placed on "auto-renew." We and/or your Primary Service Provider will notify you when renewal fees are due. Should these fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Services, we may attempt to renew the Services a reasonable time before expiration, provided your credit card or other billing information is available and up to date. It is your responsibility to keep your billing information up to date and we are not required to, but may, contact you to update this information in the event that an attempted transaction is not processed successfully. Please note: for certain top level domain names, the automatic renewal option is not available.

10. EXPIRATION OF A DOMAIN NAME REGISTRATION: Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, and we may either leave your WHOIS information intact or we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.

   a. Reactivation Period Process. For a period of approximately thirty (30) days after expiration of the term of domain name registration services, we may provide a procedure by which expired domain name registration services may be renewed. We may, but are not obligated to, offer this process, called the "reactivation period." You assume all risks and all consequences if you wait until close to or after the expiration of the original term of domain name registration services to attempt to renew the domain name registration services. We

may, in our sole discretion, choose not to offer a reactivation period and we shall not be liable therefore. The reactivation period renewal process, if any, may involve additional fees which we and your Primary Service Provider may determine. We may make expired domain name services(s) available to third parties, we may auction off the rights to expired domain name services (the auction beginning close to the end or after the end of the reactivation period), and/or expired domain name registration services may be re-registered to any party at any time.

b.   After the reactivation period, if any, we may:

   i.   Discontinue the domain name registration services at any time thereafter without notice. In which case, certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. We will participate in this process, typically called the "Redemption Grace Period" ("RGP"), for each gTLD registry administrator that provides it. We may, in our sole discretion, choose not to participate in the RGP process with respect to any or all of your ccTLD domain name registration services and we shall not be liable therefore. If available, RGP typically ends between thirty (30) and forty-two (42) days after the end of the reactivation period of the domain name services. The current RGP fee is set forth on the Pricing Page and does not include any registration fees that may also be due. We are not obliged to contact you to alert you that the domain name registration services are being discontinued; or

   ii.   Pay the registry's registration fee or otherwise provide for the registration services to be continued. In which case, we may then set the name-servers and the DNS settings for the domain name services, we may set the DNS to point to no IP address or to IP address(es) which host parking page(s) or a commercial search engine that may display paid advertisements, and we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name. We do not have to pay you any of the proceeds we may earn as a result. We are not obliged to contact you to alert you that the domain name registration services are being continued. The domain name will be designated as being in the extended redemption grace period ("ERGP"), and you will be allowed to assume, during the first 120 days of the then extant registration term, complete management of the domain name services, including the right to control the DNS settings, provided that you pay the ERGP fee (which is the same as the RGP fee) plus any registration fees. After the end of the 120-day period, if you do not exercise your rights under this provision, you have abandoned the domain name services, and relinquish all interests and use of the domain name services; or

   iii.   If we auctioned the domain name services to a third party, we may transfer the domain name registration services to such third party. In which case, the third party who won the auction for the domain name services will control the domain name services, including control over the WHOIS information and the DNS settings. You may recover the domain name registration services prior to the end of the reactivation period, as such reactivation period applied to you. We are not obliged to contact you to alert you that the domain name registration services are or were

auctioned. We do not have to pay you any of the proceeds we may earn as a result of such an auction.

11. TRANSFERS:

   a.  Transfer of your domain name(s) services shall be governed by ICANN's transfer policy, available at http://www.icann.org/transfers/, including the Registrar Transfer Dispute Resolution Policy, available at http://www.icann.org/en/transfers/dispute-policy-12jul04.htm as well as the UDRP and URS as described in Section 17 of this Agreement, as these policies may be modified from time to time. To transfer your domain name(s) you should first login to your Account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Alternatively, you should contact your Primary Service Provider to have your domain name(s) services locked or unlocked or to obtain the EPP "AuthCode." If your Primary Service Provider is unresponsive, you may contact us to have your domain name(s) locked or unlocked or to obtain the EPP "AuthCode" though we may first contact your Primary Service Provider to request that the Primary Service Provider address the request. Only the registrant and the administrative contacts listed in the WHOIS information may approve or deny a transfer request. Without limitation, domain name services may not be transferred within sixty (60) days of initial registration, within sixty (60) days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. We will follow the procedures for both gaining and losing registrars as outlined in ICANN's transfer policies. Transfer requests typically take five (5) business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire, in which event you may need to reinstate the transfer request following a redemption of the domain name, if any. You may be required to resubmit a transfer request if there is a communication failure or other problem at either our end or at the registry. YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER WHETHER OR NOT THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

   b.  Upon initial registration, we may place a "Registrar Lock" ("ClientTransferProhibited" status) on your domain name services and this will prevent your domain name services from being transferred without your authorization, though we are not required to do so. By allowing your domain name services to remain locked, you provide express objection to any and all transfer requests until the lock is removed, which may be done within your Account.

12. OWNERSHIP OF INFORMATION AND DATA: We own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. We own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of the registrant and all contacts for the domain name registration, (d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and (e) any other information we generate or obtain in connection with the provision of Services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

13. AGENTS AND LICENSES: If you are registering a domain name for or on behalf of someone else, you represent that you have the authority to bind that person as a principal to all terms and conditions provided herein. If you license the use of a domain name you register to us or a to third party, you remain the domain name holder of record, and remain responsible for all obligations at law and under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration and for ensuring non-infringement of any third party intellectual property rights or other rights.

14. LIMITATION OF LIABILITY: WE WILL NOT BE LIABLE FOR ANY (a) SUSPENSION OR LOSS OF THE SERVICES, (b) USE OF THE SERVICES, (c) INTERRUPTION OF SERVICES OR INTERRUPTION OF YOUR BUSINESS, (d) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICES OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (e) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (f) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (g) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (h) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (i) APPLICATION OF ANY DISPUTE POLICY. NEITHER WE NOR YOUR PRIMARY SERVICE PROVIDER WILL BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE OR YOUR PRIMARY SERVICE PROVIDER HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR OR YOUR PRIMARY SERVICE PROVIDER'S MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR SERVICES, BUT IN NO EVENT GREATER THAN FOUR HUNDRED DOLLARS (US$400.00). BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR AND YOUR PRIMARY SERVICE PROVIDER'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

15. INDEMNITY: You hereby release, indemnify, and hold us, ICANN, the registry operators, and your Primary Service Provider, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties harmless from and against any and all liabilities, claims, damages, costs and expenses, including reasonable attorneys' fees and court costs, for third party claims relating to or arising under this Agreement, including any breach of any of your representations, warranties, covenants or obligations set forth in this Agreement, the Services provided hereunder, or your use of the Services, including, without limitation, infringement or alleged infringement by you, or by anyone else using the Services, of any intellectual property or other right of any person or entity, or from the violation or alleged violation of any of our or ICANN's operating rules or policies relating to the Services provided. We may seek written assurances from you in which you promise to indemnify and hold us harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name Services for which you

are the registrant and in relation to which we are the registrar of record. This indemnification is in addition to any indemnification (a) required under the UDRP, URS, or any other ICANN policy or any policy of any relevant registry; or (b) set forth elsewhere in this Agreement.

16. REPRESENTATIONS AND WARRANTIES: YOU REPRESENT AND WARRANT THAT NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICES INFRINGES THE LEGAL RIGHTS OF A THIRD PARTY OR WILL OTHERWISE SUBJECT US TO A LEGAL CLAIM. THE SERVICES ARE INTENDED FOR USE BY PERSONS WHO ARE AT LEAST EIGHTEEN (18) YEARS OLD AND BY USING THE SERVICES, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN (18) YEARS OLD AND ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICES IS ACCURATE. ALL SERVICES ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRARS, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICES, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICES. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

17. DISPUTE RESOLUTION POLICY: You are bound by all ICANN consensus policies and all policies of any relevant registry, including but not limited to: (i) the Uniform Domain Name Dispute Resolution Policy ("UDRP"), which is available at http://www.icann.org/udrp/udrp-rules-24oct99.htm andhttp://www.icann.org/dndr/udrp/policy.htm along with the UDRP Rules and all Supplemental Rules of any UDRP provider; and (ii) the Uniform Rapid Suspension System ("URS"), which is available at http://newgtlds.icann.org/en/applicants/urs, along with the URS Rules and all Supplemental Rules of any URS provider. The UDRP and URS may be changed by ICANN (or ICANN's successor) at any time. If the registration or reservation of your domain name is challenged by a third party, you will be subject to the provisions specified in the UDRP and URS in effect at the time your domain name registration is disputed by the third party. In the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP and URS. If you or your domain name is the subject of litigation, we may

deposit control of your domain name record into the registry of the judicial body by providing a party with a registrar certificate.

18. GOVERNING LAW AND JURISDICTION FOR DISPUTES:

a. Except as otherwise set forth in the UDRP, URS, or any similar ccTLD policy, with respect to any dispute over a domain name registration, this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Washington, as if the Agreement was a contract wholly entered into and wholly performed within the State of Washington.

b. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of the agreement to arbitrate, shall be determined by arbitration in King County, Washington, before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your Account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your Account and/or domain name WHOIS information.

c. Notwithstanding the foregoing, for the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Bellevue, Washington.

19. NOTICES: Any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the Account and/or domain name WHOIS information you have provided.

20. ADDITIONAL REGISTRY REQUIREMENTS. Some registries have additional contractual requirements that you agree to by registering domain names from those registries. You are responsible for reviewing any terms and conditions applicable to or provided by such registries.

21. GENERAL: The parties hereby incorporate the requirements of 41 CFR 60-1.4(a), 300.5(a) and 741.5, if applicable. This Agreement and all applicable ICANN policies and the policies of any relevant registry, including but not limited to the UDRP and URS, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications. Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself. In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by

applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. We will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, our original objectives and intent as reflected in the original provision. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us. The parties hereby incorporate the requirements of 41 CFR 60-1.4(a), 300.5(a) and 741.5, if applicable.

THE FOLLOWING REGISTRARS ARE REFERENCED IN THIS DOCUMENT:

| | | |
|---|---|---|
| Afterdark Domains, Incorporated | eNom431, Incorporated | eNom1037, Incorporated |
| Arab Internet Names, Incorporated | eNom433, Incorporated | eNom1038, Incorporated |
| AsiaDomains, Incorporated | eNom435, Incorporated | eNOM625, INC. |
| Big House Services, Inc. | eNom437, Incorporated | eNomAu, Inc. |
| Blisternet, Incorporated | eNom439, Incorporated | eNombre Corporation |
| Dagnabit, Incorporated | eNom441, Incorporated | eNomEU, Inc. |
| Domain Rouge, Inc. | eNom443, Incorporated | eNomfor, Inc. |
| Domainnovations, Incorporated | eNom445, Incorporated | eNom GMP Services, Inc. |
| Dropoutlet, Incorporated | eNom447, Incorporated | eNomMX, Inc. |
| eNom, Incorporated | eNom449, Incorporated | eNomnz, Inc. |
| eNom Corporate, Inc. | eNom451, Incorporated | eNomsky, Inc |
| eNom1, Incorporated | eNom453, Incorporated | eNomTen, Inc. |
| eNom2, Incorporated | eNom455, Incorporated | eNomToo, Inc. |
| eNom3, Incorporated | eNom457, Incorporated | eNomV, Inc. |
| eNom4, Incorporated | eNom459, Incorporated | eNomWorld, Inc. |
| eNom5, Incorporated | eNom461, Incorporated | eNomX, Inc. |
| eNom371, Incorporated | eNom463, Incorporated | Entertainment Names, Incorporated |
| eNom373, Incorporated | eNom465, Incorporated | Extra Threads Corporation |
| eNom375, Incorporated | eNom467, Incorporated | FeNomINAL, Inc. |
| eNom377, Incorporated | eNom469, Incorporated | Fushi Tarazu, Incorporated |
| eNom379, Incorporated | eNom623, Incorporated | Gunga Galunga, Incorporated |
| eNom381, Incorporated | eNom635, Incorporated | Indirection Identity Corporation |
| eNom383, Incorporated | eNom646, Incorporated | Internet Internal Affairs Corporation |
| eNom385, Incorporated | eNom647, Incorporated | Kingdomains, Incorporated |
| eNom387, Incorporated | eNom650, Incorporated | Mark Barker Incorporated |
| eNom389, Incorporated | eNom652, Incorporated | Mobile Name Services, Incorporated |
| eNom391, Incorporated | eNom654, Incorporated | Name Nelly Corporation |
| eNom393, Incorporated | eNom655, Incorporated | Name Thread Corporation |
| eNom395, Incorporated | eNom656, Incorporated | Nerd Names Corporation |
| eNom397, Incorporated | eNom659, Incorporated | Nom Infinitum, Inc |
| eNom399, Incorporated | eNom661, Incorporated | One Putt, Inc |
| eNom403, Incorporated | eNom662, Incorporated | Postal Domains, Incorporated |
| eNom405, Incorporated | eNom663, Incorporated | Private Domains, Incorporated |
| eNom407, Incorporated | eNom666, Incorporated | Retail Domains, Inc. |
| eNom409, Incorporated | eNom672, Incorporated | SBSNames, Incorporated |
| eNom411, Incorporated | eNom1008, Incorporated | Searchnresq, Inc. |
| eNom413, Incorporated | eNom1009, Incorporated | SicherRegister, Incorporated |
| eNom415, Incorporated | eNom1010, Incorporated | Sipence, Incorporated |
| eNom417, Incorporated | eNom1012, Incorporated | Small Business names and Certs, Incorporated |
| eNom419, Incorporated | eNom1013, Incorporated | SssassS, Incorporated |
| eNom421, Incorporated | eNom1014, Incorporated | Traffic Names, Incorporated |
| eNom423, Incorporated | eNom1033, Incorporated | Travel Domains, Incorporated |
| eNom425, Incorporated | eNom1034, Incorporated | Vedacore.com, Inc |
| eNom427, Incorporated | eNom1035, Incorporated | Whiteglove Domains, Incorporated |
| eNom429, Incorporated | eNom1036, Incorporated | |

SUPPORT ▾    SIGN IN ▾    SIGN UP



# Legal
Everything you must know in one place

**Legal** → Domains → **Domain Registration Agreement**

## Registration Agreement

## Namecheap, Inc. Registration Agreement

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services ("Services"). In this Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Agreement explains our obligations to you, and explains your obligations to us for various services offered by Namecheap. When you use your account or permit someone else to use it to purchase or otherwise acquire access to additional Namecheap service(s) or products or to cancel your Namecheap service(s) (even if we were not notified of such authorization), this Agreement covers such service or actions.

## 1. You agree to this agreement and the referenced agreements

By using the service(s) provided by Namecheap under this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement, the accompanying dispute policy and any pertinent rules or policies that are or may be published by Namecheap, the Uniform Dispute Resolution Policy ("UDRP") described below, and the rules, policies, or agreements published in association with specific of the Service(s) and/or which may be enforced by Internet Corporation of Assigned Names and Numbers ("ICANN"), the registries, and governments.

- If you are registering a domain name in the following registries: .AU, .BZ, .CA, .CC, .CH, .CM, .CN, .CO, .DE, .ES, .EU, .FR, .LI, .IN, .IO, .ME, .NU, .PE, .SG, .TV, .UK, .US, .WS, you are also agreeing to the additional terms and requirements promulgated by and pertaining to each such registry, as set out in the Supplemental Agreement and the specific agreements and/or covenants referenced therein and incorporated into this Agreement.

- If you are enrolling in the WhoisGuard™ privacy protection services, you also agree to the WhoisGuard™ Service Agreement.

- If you are ordering an SSL certificate, you also agree to the SSL Service Agreement.

- If you are enrolling in the Namecheap Affiliate Program, you also agree to the Affiliate Program Service Agreement.

## 2. Changes to agreement

This Agreement will change over time in response to changes in the requirements of governments and administrative bodies, legislation and changes in the nature of industry. If, as a result of such a change to this Agreement, you no longer agree with its term, you agree that your exclusive remedy is to transfer your domain name registration services to another registrar or request Namecheap to cancel your domain name registration and/or related Services. Should you elect to cancel the Agreement with Namecheap, you will not receive a refund for any fees you may have paid to Namecheap. If you continue to use the Services following a change in this Agreement and/or the Services, your continued use of the Services indicates your consent to the changes. Any such revision or change will be binding and effective within 30 calendar days of the date on which the revised Agreement or change to the terms of the Service(s) is posted to the website of Namecheap or 15 calendar days after notification of the change in terms is sent to the e-mail address provided by you in association with your domain name registration. You agree to review this Agreement periodically to make yourself aware of any such revisions.

## 3. Term

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through Namecheap or as long as you are employing any Service(s). You agree that you will not transfer any domain name registered through Namecheap to another domain name registrar during the first sixty (60) calendar days from its initial registration date.

## 4. Service(s) provided at will and termination of service(s)

We may reject your domain name registration application or elect to discontinue providing Service(s) to you for any reason within 30 days of a Service initiation or a Service renewal. Outside of this period, we may terminate or suspend the Service(s) at any time for cause, which, without limitation, includes registration of prohibited domain name(s), abuse of the Services, payment irregularities, material allegations of illegal conduct, or if your use of the Services involves us in a violation of any Internet Service Provider's ("ISP's") acceptable use

policies, including the transmission of unsolicited bulk email. You agree that if we terminate or suspend the Services provided to you under this Agreement, that we may then, at our option, make either ourselves or a third party the beneficiary of Services which are substantially similar to those which were previously providing to you and that any reference in this Agreement to termination or suspension of the Services to you includes this option. If we have grounds to terminate or suspend Service(s) with respect to one domain name or in relation to other Service(s) provided through your account, we may terminate or suspend all Service(s) provided through your account, including Service(s) to other domain names maintained by you with us. No fee refund will be made when there is a suspension or termination of Service(s) for cause. At any time and for any reason, we may terminate the Services thirty (30) days after we send notice of termination via mail or email, at our option, to the WHOIS contact information provided in association with your domain name registration. Following notice of termination other than for cause, you must transfer your domain name or risk that we may delete your domain name or suspend or modify Services to it. If we terminate Services for a reason other than cause, we will attempt to refund your fees. You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation or transfer by any ICANN procedure, by any registrar or registry administrator procedures approved by an ICANN-adopted policy, to correct mistakes by us, another registrar or the registry administrator in administering the domain name or for the resolution of disputes concerning the domain name. You agree that your failure to comply completely with the terms and conditions of this agreement and any Namecheap rule or policy may be considered by Namecheap to be a material breach of this agreement and that Namecheap may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide Namecheap with material evidence that you have not breached your obligations to Namecheap within ten (10) business days, Namecheap may terminate its relationship with you and take any remedial action available to Namecheap under the applicable laws. Such remedial action may be implemented without notice to you and may include, but is not limited to, canceling the registration of any of your domain names and discontinuing any services provided by Namecheap to you.

## 5. Our Services

- **Domain name registration.** We are an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for Top Level Domain Names ("TLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the TLDs. Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms, terms which end on the expiration date. For domain names which are created as a new registration out of the available namespace, the term begins on the date the domain name registration is acknowledged by the applicable registry; for domain names registrations which were not returned to the available namespace, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry. You agree that we are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator arising out of or related to a request to register, renew, modify the settings

for, or transfer of a domain name registration (our limitation of liability is explained further, below). You further agree that domain name registration is a service, that domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, and that domain name registration services do not create a property interest.

- **After market domain names.** We offer for sale domain names that are registered to third parties (also known as aftermarket domain names) in a variety of top level domain names ("TLDs") ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you and will add one year to the existing registration period. Any subsequent renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we will refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy.

Once the After Market Domain Name is transferred into your Account, such After Market Domain Name may not be transferred away from us to another registrar during the first 60 days following the transfer, during which time the After Market Domain Name may be placed on transfer lock. All of your obligations under this Agreement which apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

## 6. Agreement not to use "services" for improper purpose

You agree not to use the Services provided by Namecheap, or to allow or enable others, to use the services provided by Namecheap for the purposes of: 1) the transmission of unsolicited email (Spam); or 2) repetitive, high volume inquires into any of the services provided by Namecheap (i.e. domain name availability, etc.). Further, if you are hosting your domain's domain name servers ("DNS") on Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have

your domain name registered with Namecheap, you are responsible for ensuring that there is no excessive overloading of Namecheap's DNS systems. You may not use Namecheap's servers and your domain as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that Namecheap reserves the right to deactivate your domain name from its DNS system if Namecheap deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that Namecheap, in its sole discretion and without liability to you, may refuse to accept the registration of any domain name. Namecheap also may in its sole discretion and without liability to you delete the registration of any domain name during the first five (5) days after registration has taken place.

## 7. Your obligations to ensure entitlement to use domain name

Without limitation, the following are not included in the Services: We cannot and do not check to see whether the domain name(s) you select, or the use you make of the domain name(s), or other of the Service(s), infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use infringes legal rights of others. We might be ordered by a court to cancel, modify, or transfer your domain name; it is your responsibility to list accurate contact information in association with your account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications to you. We will comply with court orders unless you contact us to contest the order.

## 8. Threatened legal action(s)

If we are sued or threatened with a lawsuit, an administrative proceeding or any other legal or administrative proceeding in connection with Service(s) provided to you, we may turn to you to indemnify us and to hold us harmless from the claims and expenses (including attorney's fees and court costs). Under such circumstances, you agree that you will, upon demand, obtain a performance bond with a reputable bonding company or, if you are unable to obtain a performance bond, that you will deposit money with us to pay for our reasonably anticipated expenses in relation to the matter for the coming year. Such deposit will be drawn down as expenses are incurred, with all account notices sent to the WHOIS contact information provided in association with your domain names and/or account. We shall not be obliged to extend you any credit in relation to such expenses and we may terminate the Services for a failure to make or renew such a deposit. We will return any unused deposit upon the later of three (3) months from deposit or the conclusion of the matter.

## 9. Dispute resolution policy

You agree to the Uniform Domain Name Dispute Resolution Policy ("UDRP"), a copy of which is available at http://www.icann.org/udrp/udrp-rules-24oct99.htm and http://www.icann.org/dndr/udrp/policy.htm. You agree that the UDRP may be changed by

ICANN (or ICANN's successor) at any time and that such a change will be binding upon you. You agree that, if the registration or reservation of your domain name is challenged by a third party, you will be subject to the provisions specified in the UDRP in effect at the time your domain name registration is disputed by the third party. You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP. You also understand that it is important for you to regularly monitor email sent to the email address associated with your account and domain names because, among other reasons, if a dispute arises regarding Services provided to you, you may lose your rights to receive the Services if you do not respond expeditiously to an email sent in conjunction therewith.

## 10. Fees and payments

As consideration for the Service(s), renewal of the Service(s), and, if you select it, automatic renewal of the Service(s), you agree to pay, prior to the effectiveness of the desired Service(s), the applicable Service(s) fees. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement or the Namecheap Refund Policy specifically provides for a refund. You may pay for Services by providing a valid credit or debit card, an electronic check (from your personal or business checking account, as appropriate), PayPal, Bitcoin, Dwolla, or any other payment method then accepted by Namecheap (each, a "Payment Method"); provided, however, that we may at our option require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another. Namecheap expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online on the Namecheap website and effective immediately without need for further notice to you. If you have purchased the Service(s) for a period of months or years, changes or modifications in prices and fees shall be effective when the Service(s) in question come up for renewal as further described below. For our current fee structure, you may access the schedule of fees available on the Namecheap website: New Registration Fees Renewal Fees Post-Expiration Renewal Fees Redemption Fees In the event of a refund, Namecheap will issue you a refund receipt to confirm its submission of your refund to the Payment Method charged at the time of the original purchase. You acknowledge and agree that the associated payment provider and/or individual issuing bank establish and regulate the time frames for posting your refund. Refund posting time frames may range from five (5) business days to a full billing cycle. If Namecheap is for any reason unable to charge your chosen Payment Method for the full amount owed for the Services provided, or if Namecheap is charged a penalty for any fee previously charged to your Payment Method, you agree that Namecheap may pursue all available lawful remedies in order to obtain payment. You agree that the remedies Namecheap may pursue in order to effect payment shall include, but not be limited to, suspension of Services, cancellation of domain names registered through our Services, and/or suspension of access to any and all accounts you have with us and/or your Primary Service Provider; and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on

our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) will be billed to your chosen Payment Method as charges for "NAME-CHEAP.COM." Namecheap also reserves the right to charge you reasonable "administrative fees" or "processing fees" for (i) tasks Namecheap may perform outside the normal scope of its Services, (ii) additional time and/or costs Namecheap may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by Namecheap in its sole and absolute discretion). Typical scenarios include, but are not limited to, customer service issues that require additional personal time or attention, fees incurred by third-party payment providers such as PayPal, Dwolla or Alipay, fees incurred as the result of chargebacks or other payment disputes brought by you, your bank, or a Payment Method processor, and disputes that require accounting or legal services. These administrative fees or processing fees will be billed to the Payment Method you have on file with Namecheap.

## 11. Payment

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Service(s), you agree that we may suspend access to any and all accounts you have with us and/or your Primary Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) which use our credit card payment processor will be identified on your credit card statement as "NAME-CHEAP.COM".

## 12. Expiration and renewal of service(s) and notifications of expiration

You acknowledge that it is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. However, ICANN requires, pursuant to its Expired Registration Recovery Policy ("ERRP") that Namecheap follow certain procedures to notify you in advance that renewal fees are due. Pursuant to the ERRP, Namecheap will notify the registered name holder of the expiring domain name twice before the expiration date, once approximately one month before the subject domain's expiration date and again approximately one week before the subject domain's expiration date. Namecheap's renewal reminder will consist of an email message sent to the registered domain holder's email address as it is listed in the expiring domain's whois record. Further, Namecheap reserves the option, but not the obligation, to send additional renewal reminder notices to any other email addresses associated with the expiring domain, including, but not limited to, the email address of the expiring domain's account holder or the billing contact of the expiring domain's whois record. Namecheap also

reserves the option, but not the obligation, to send additional renewal reminders at times other than the times required by the ERRP.

Should these fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Service(s), we may attempt to renew the Service(s) a reasonable time before expiration, provided you have sufficient balance in your Namecheap account and up to date. You acknowledge and agree that, while we are not required to, we may contact you with a request to update your account information in the event that an attempted transaction is not processed successfully.

You acknowledge that it is your responsibility to keep your billing information up to date. You acknowledge and understand that, as part of its management of user registrations, Namecheap sends out periodic notices to registrants apprising them of payment deadlines, pending expiration deadlines and other important information affecting your account and, specifically, registration of domain names.

Specifically, any notifications regarding domain registrations, including but not limited to notifications consisting of pre-expiration and post-expiration notifications concerning your registered domains will be sent to you pursuant to ICANN's policies, including, but not limited to, the ERRP. Where appropriate, Namecheap will send such notices to the e-mail address of the subject domain's registered domain holder, the e-mail address you provided as your contact information in connection with your account associated with the subject domain, and/or any other email address that Namecheap determines, in its sole discretion, to be sufficiently related to the subject domain to warrant notice.

You therefore acknowledge and agree that it is your responsibility to provide and maintain accurate account information and domain name whois information, as more fully addressed in Paragraph 13 below, so that Namecheap may provide you with important notices regarding your account.

## 13. Accurate account contact information and domain name whois information

As further consideration for the Service(s), you agree to provide certain current, complete and accurate information about you, both with respect to your account information and with respect to the WHOIS information for your domain name(s). You agree to maintain and update this information as needed to keep it current, complete and accurate. With respect to you, the administrative, technical, and billing contacts for your domain name registration(s) and other Service(s), you must submit the following: name, postal address, e-mail address, voice telephone number, and, if available, fax number. You agree that the type of information you are required to provide may change and you understand that, if you do not provide the newly required information, your registration or and/or other Service(s) may be suspended or

terminated or may not be renewed. In the event the lack of accurate/current contact information results in the loss, cancellation or transfer of the domain name(s) associated with your account, you agree that you shall not hold Namecheap liable for any such loss or any damages associated with the loss. Not providing requested information may prevent you from obtaining all Service(s). You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name.

You agree to notify Namecheap within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide Namecheap with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by Namecheap to determine the validity of information provided by you, shall also be considered to be a material breach of this agreement. You agree to retain a copy for your record of the receipt for purchase of your domain name or Services.

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information must also be made publicly available by means of Whois, and that the registry operator may also be required to make this information publicly available by Whois. Both Namecheap and the registry operator may be required to archive this information with a third party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure.

## 14. Obligations and representations relating to the account and whois contact information

In the event that, in registering a domain name or obtaining other Service(s), you provide information about or on behalf of a third party, you represent that you have (a) provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, and (b) that you have obtained the third party's express consent to the disclosure and use of that party's information as set forth in this Agreement. Further, when registering a domain name on behalf of a third party, you agree to inform any customer of yours, who may be acquiring a domain name through you using Namecheap's registration services, that they are in fact registering their domain name through Namecheap and that Namecheap or its provider is an accredited registrar with ICANN. You agree not to represent that you are an ICANN accredited registrar or that you are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of your promotional materials including your web site. By registering a domain

name or applying for other Service(s) you also represent that the statements in your application are true and you also represent that the domain name is not being registered or the Services being procured for any unlawful purpose. You acknowledge that providing inaccurate information or failing to update information promptly will constitute a material breach of this Agreement and will be sufficient basis for suspension or termination of Services to you. As indicated elsewhere in this Agreement, you understand that it is important for you to regularly monitor email sent to the email address associated with your account and WHOIS contact information because, among other reasons, if a dispute arises regarding a domain name(s) or other Service(s), you may lose your rights to the domain name(s) or your right to receive the Service(s) if you do not respond appropriately to an email sent in conjunction therewith.

## 15. Account Security

Please safeguard your account access credentials (including but not limited to your customer username/login, support pin code, password) from any unauthorized use. You agree that any person in possession of your account login identifier and password will have the ability and your authorization to modify your account and domain name information. We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and that such reasonable precautions include procedures for releasing account access information to parties who claim to have lost account access information. You agree that, if we take reasonable precautions in relation thereto, that IN NO EVENT SHALL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND THAT, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, THAT OUR LIABILITY UNDER ANY CIRCUMSTANCES SHALL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND BELOW IN THIS AGREEMENT. If you contact us alleging that a third party has unauthorized access to your account or domain names, you agree that we may charge you administrative fees of $50 (US dollars) per hour for our time spent in relation to the matter, regardless of whether or not we return control over the account and/or domain names to you.

## 16. Transfers of domain names

You agree that transfer of your domain name(s) services shall be governed by ICANN's transfer policy, available at http://www.icann.org/transfers/, as this policy may be modified from time to time. You agree that we may place a "Registrar Lock" on your domain name services and that this will prevent your domain name services from being transferred without your authorization, though we are not required to do so. By allowing your domain name services to remain locked, you provide express objection to any and all transfer requests until the lock is removed. To transfer your domain name(s) you should first login to your account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Only the registrant and the administrative contacts listed in the WHOIS information may approve or deny a transfer

request. Without limitation, domain name services may not be transferred within 60 calendar days of initial registration, within 60 calendar days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. Transfer requests typically take five business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire in which event you may need to reinstate the transfer request. You may be required to resubmit a transfer request if there is a communication failure. AS A CONSEQUENCE, YOU ACKNOWLEDGE THAT YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER IF THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

## 17. Privacy Policy

You agree and consent that we will make available the domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit (including through web-based and other on-line WHOIS lookup systems), whether during or after the term of your domain name registration services of the domain name. You hereby irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. Additionally, you acknowledge that ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding WHOIS can be found at http://www.icann.org/registrars/wmrp.htm, http://www.icann.org/registrars/wdrp.htm, and elsewhere on the ICANN website at http://www.icann.org/index.html. You agree that we may make publicly available, or directly available to third parties, some, or all, of the information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by applicable laws. One of the ways that we may make some or all of the information you provide available to the public or third parties is by way of bulk WHOIS data access provided to third parties who enter into a bulk WHOIS data access agreement with us. We reserve the right to discontinue providing bulk WHOIS data access to third parties. You agree that, to the extent permitted by ICANN policies and regulations, Namecheap may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

## 18. Ownership of information and data

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and

acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of all contacts for the domain name registration, (d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and (e) any other information we generate or obtain in connection with the provision of domain name registration services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

## 19. Agents

You agree that, if you are registering a domain name for or on behalf of someone else, you represent that you have the authority to nonetheless bind that person as a principal to all terms and conditions provided herein. You agree that if you license the use of the domain name registered to you to a third party, you nonetheless remain the domain name holder of record, and remain responsible for all obligations under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full and accurate contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration.

## 20. Trademark or copyright claims

Namecheap is a service provider and respects the copyrights, trademarks and other intellectual property rights of others. To the extent Namecheap receives a proper notice of infringement of copyright, trademark or other intellectual property, Namecheap reserves the right to access, preserve and disclose to third parties any of Your information or data (including personally identifiable information and private communications) related to a written complaint of infringement if Namecheap believes in its sole discretion that such access, preservation, or disclosure is necessary or useful to respond to or otherwise address such complaint.

Namecheap expressly reserves the right to terminate in appropriate circumstances an account or the access rights of a subscriber for repeated copyright infringement. Namecheap also reserve the right to terminate an account or subscriber for even one instance of infringement.

Proper notice of infringement shall include the following information in writing to Namecheap's designated agent:

- the electronic or physical signature of the rights holder or the person authorized to act on behalf of that person;

- identification of the work that has been infringed;

- an identification of the material that is claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate the material (for example, by providing a URL to the material); or, if applicable, identification of the reference or link to material or activity claimed to be infringing, and information reasonably sufficient to permit Namecheap to locate that reference or link;

- Your name, address, telephone number, and email address;

- a statement by You that You have a good faith belief that the disputed use is not authorized by the rights holder, its agent, or the law; and

- a statement that the information in Your notification is accurate and a statement, made under penalty of perjury, that You are the rights holder or are authorized to act on the behalf of the rights holder.

Namecheap's designated agent to receive notification of claimed infringement can be reached at Attn: Legal Department, Namecheap.com, 11400 W. Olympic Blvd., Suite 200, Los Angeles, CA 90064, USA, Facsimile: (310) 312-9513.

## 21. Use of free services

In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other services which we may introduce from time to time but for which there is not a separate fee ("Free Services"), you agree that, if you use such Free Services, we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or other similar advertising means, and that we may aggregate related usage data by means of cookies and other similar means. You agree that from time to time we may provide you with free or low-cost domain name(s) services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es)of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and agree to the terms of this Agreement with respect to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we will be listed as the domain name registrant. Alternatively, you may contact us or your Primary Service Provider to request that we delete the Promotional Name from the namespace. For any domain name services, including these Promotional Names, for which you are listed as

registrant but for which you do not pay the registration or renewal fee, you agree that we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

## 22. After expiration of the term of a domain name registration

Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, you acknowledge that we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, and you acknowledge that we may either leave your WHOIS information intact or that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.

Reactivation Period Process. For a period of approximately 27 days after expiration of the term of domain name registration services, you acknowledge that we may provide a procedure by which expired domain name registration services may be renewed. You acknowledge and agree that we may, but are not obligated to, offer this process, called the "reactivation period." You acknowledge that you assume all risks and all consequences if you wait until close to or after the expiration of the original term of domain name registration services to attempt to renew the domain name registration services. You acknowledge that we, for any reason and in our sole discretion, may choose not to offer a reactivation period and that we shall not be liable therefore. You acknowledge that reactivation period renewal processes, if any, may involve additional fees which we and your Primary Service Provider may determine. You acknowledge and agree that we may make expired domain name services(s) available to third parties, that we may auction off the rights to expired domain name services (the auction beginning close to the end or after the end of the reactivation period), and/or that expired domain name registration services may be re-registered to any party at any time.

After the reactivation period, you agree that we may either (i) discontinue the domain name registration services at any time thereafter, (ii) that we may pay the registry's registration fee or otherwise provide for the registration services to be continued, or, (iii) if we auctioned the domain name services to a third party, that we may transfer the domain name registration services to such third party.

In the case of (i), above, you acknowledge that certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. You acknowledge and agree that we may, but are not obligated to, participate in this process, typically called the "Redemption Grace Period" ("RGP"). You acknowledge that we, for any reason and in our sole discretion, may choose not to participate in the RGP process with respect to any or all of your domain name registration services and that we shall not be liable therefore. If available, RGP typically ends between 30 and 42 days after the end

of the reactivation period of the domain name services, as the reactivation period applied to you. The typical RGP fee is $200 plus any registration fees. You agree that we are not obliged to contact you to alert you that the domain name registration services are being discontinued.

In the case of (ii), above, you acknowledge that we may then set the name-servers and the DNS settings for the domain name services, that we set the DNS to point to no IP address or to IP address(es) which host parking page(s) or a commercial search engine that may display paid advertisements, and you acknowledge that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name. You acknowledge that we do not have to pay you any of the proceeds, if any, we may earn as a result. You agree that we are not obliged to contact you to alert you that the domain name registration services are being continued. In this case, the domain name will be designated as being in the extended redemption grace period ("ERGP"), and you will be allowed to assume, during the first 120 days of the then extant registration term, complete management of the domain name services, including the right to control the DNS settings, provided that you pay a fee of $200 (US dollars) plus any registration fees. After the end of the 120-day period, if you do not exercise your rights under this provision, you agree that you have abandoned the domain name services, and relinquish all rights and use of the domain name services.

In the case of (iii), above, the third party who won the auction for the domain name services will control the domain name services, including control over the WHOIS information and the DNS settings. You may recover the domain name registration services for a period of up to 40 days after the end of the reactivation period, as such reactivation period applied to you. You agree that we are not obliged to contact you to alert you that the domain name registration services are or were auctioned. You acknowledge that we do not have to pay you any of the proceeds, if any, we may earn as a result of such an auction. To exercise your rights to recover auctioned domain name services, you must contact us and provide us with a certified letter addressed to "Expiration Recovery" and including documents setting forth your identity and address, which identity and address must be the same as that of the registrant as it was listed in the WHOIS information for the domain name services prior to expiration, a copy of a commonly accepted (in the United States) picture ID (such as a drivers license or passport) which supports your identity and address claim, a front and back photocopy of your credit card and you must a statement authorizing payment of the reinstatement fee to such credit card, which is $200 plus any registration fees. In doing so, you must provide us with sufficient time to allow us to receive and evaluate your documents and to contact the auction winner prior to the end of 30 days after the end of the reactivation period of the domain name services.

## 23. LIMITATION OF LIABILITY

YOU AGREE THAT WE WILL NOT BE LIABLE FOR ANY (1) SUSPENSION OR LOSS OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION, DOMAIN NAME REGISTRATION SERVICES,

(2) USE OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION DOMAIN NAME REGISTRATION SERVICES, (3) INTERRUPTION OF OUR SERVICES OR INTERRUPTION OF YOUR BUSINESS, (4) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICE(S) OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (5) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (6) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (7) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (8) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (9) APPLICATION OF THE DISPUTE POLICY. YOU ALSO AGREE THAT WE WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR REGISTRATION OF THE DOMAIN NAME. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR AND/OR YOUR PRIMARY SERVICE PROVIDER'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 24. Indemnity and defense

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under this Agreement, the Service(s) provided hereunder, or your use of the Service(s), including, without limitation, infringement by you, or by anyone else using the Service(s) we provide to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of our operating rules or policies relating to the Service(s) provided. When we may be involved in a suit involving a third party and which is related to our Service(s) to you under this Agreement, we may seek written assurances from you in which you promise to defend, indemnify and hold us harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which we are the registrar of record. Moreover, should we be forced to defend ourselves in any action or legal proceeding in connection with any Service(s) provided to you, you shall have sole responsibility to defend us against any such claim by the legal counsel of our choosing. This indemnification is in addition to any indemnification required under the UDRP. The terms of this paragraph will survive any termination or cancellation of this Agreement.

## 25. Indemnification of registry operators

You further agree to indemnify, defend and hold harmless all applicable registry administrator(s) (including Verisign Inc., Neulevel, Inc., Public Interest Registry, Afilias Limited, and other registry operators listed at http://www.icann.org/registries/listing.html) and all such parties' directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including any direct, indirect, incidental, special or consequential damages and reasonable legal fees and expenses) arising out of, or related to, the domain name registration services you are obtaining from us.

## 26. REPRESENTATIONS AND WARRANTIES

YOU REPRESENT THAT, TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICE(S) INFRINGES THE LEGAL RIGHTS OF A THIRD PARTY. YOU FURTHER REPRESENT AND WARRANT THAT ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICE(S) IS ACCURATE. ALL SERVICE(S) ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRAR, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICE(S), INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICE(S) OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICE(S). NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

## 27. Additional reservation of rights

Namecheap expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any account or any Services (including the right to cancel or transfer

any domain name registration) for any reason (as determined by Namecheap in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by Namecheap in offering or delivering any Services (including any domain name registration); (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry; (iii) to assist with our fraud and abuse detection and prevention efforts; (iv) to comply with applicable local, state, national and international laws, rules and regulations; (v) to comply with requests of law enforcement, including subpoena requests; (vi) to comply with any dispute resolution process; (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, or (viii) to avoid any civil or criminal liability on the part of Namecheap, its officers, directors, employees and agents, as well as Namecheap's affiliates.

## 28. Governing law and jurisdiction for disputes

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of California. You agree that any action brought by you to enforce this Agreement or any matter brought by you and which is against or involves us and which relates to your use of the Services shall be brought exclusively in the United States District Court for the Central District of California, or if there is no jurisdiction in such court, then in a state court in Los Angeles County, State of California. You consent to the personal and subject matter jurisdiction of any state or Federal court in Los Angeles County, State of California in relation to any dispute between you and us under this Agreement. You agree that service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PACE RELATING TO OR ARISING OUT OF THIS AGREEMENT.

## 29. Notices

You agree that any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## 30. Legal Age

You attest that you are of legal age to enter into this Agreement.

## 31. Final Agreement

This Agreement, the referenced agreements, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications, subject to the terms set out in Section 2 above. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us.

## 32. No Agency Relationship

Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## 33. Waiver

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

## 34. Enforceability

In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. We will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, our original objectives and intent as reflected in the original provision.

## 35. Assignment and Resale

Except as otherwise set forth herein, your rights under this Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Agreement, whether by attachment, levy, garnishment or otherwise, renders this Agreement voidable at our option. You agree not to reproduce, duplicate, copy, sell, resell or otherwise exploit for any commercial purposes any of the Services (or portion thereof) without Namecheap's prior express written consent.

## 36. Force Majeure

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation,

direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Namecheap, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this section (i) shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and (ii) shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Namecheap may immediately terminate this Agreement.

## 37. Headings

The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

### Domain Registration Agreement

**Supplemental Registry Agreement for Certain TLDs**

**Uniform Domain Name Dispute Resolution Policy**

**Registrant Rights, Benefits & Responsibilities**

**ICANN fee**

## Need help?

We're always here for you.

Chat with a Live Person

Namecheap Domain Registration Agreement

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**Learn more about Namecheap →**

**Read our blog →**

---

**Join Our Newsletter**
We'll send you news and offers twice a month.

| you@yours.com | Join |



---

The entirety of this site is protected by copyright © 2001–2016 Namecheap.com.

Terms and Conditions    Privacy Policy    UDRP

## WE SUPPORT

 We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

  

RUSSIAN FEDERATION　　　　(190) **RU** (111) **342290**



**FEDERAL SERVICE**
**FOR INTELLECTUAL PROPERTY,**
**PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2006725086**　　　　　　　*Priority date:* **01.09.2006**

(181) *Date of expiration of the registration deadline:* **01/09/2016**　　(151) *Registration Date:* **28-01-2008**

　　　　　　　　　　　　　　　　　　　　　(450) *Publication Date:* **25-02-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7, Ltd. "Treydinvent"** (511) *The classes of the Nice Classification and the list of goods and / or services:*



　　**03** - Bleaching preparations and other substances for laundry use; preparations for cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

　　**09** - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

　　**16** - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets,

booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; Holders Napkin Holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, cards credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets of letters, labels, self-adhesive, paper knives, wrappers for bottles of cardboard or paper, covers, postcards music, greeting cards, postcards, postal, bags, paper, bags, plastic, document folders, including folders for menu folders for bills, papier-mache, Periodicals plates with clip for staff, trays for correspondence, trays sorting and counting money, stands for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, writing instruments, office supplies [except furniture], writing utensils, tools for bonding paper, tools pencil point [electric or non-electric], booklets, printed schedules, graphic reproductions, pens, paper napkins, statuettes of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

18 - Leather and imitations of leather, products from these materials, not included in other classes; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery, wallets; wallets for business cards; umbrellas; products for leather documents; purses; Clothing for pets; finishing of leather for furniture; purse; backpacks; bags.

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], knives test sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], fixtures, household, containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, non-electric teapots, cups, cocktail shakers, corkscrews, brushes for washing dishes and cleaning containers, brushes; toothbrushes, shoe brushes, boxes for dispensing paper towels, metal, litter boxes.

24 - Textiles and textile products; blankets, bedspreads and tablecloths; application of textile materials; labels from textile materials.

25 - Clothing, footwear, headgear, bandanas [headscarves], underwear, blouses, shoes, pants, collars for clothing, inserts for shirts, ties, vests, sports articles, knitted articles, knitted pockets for clothing, visors for hats , suits [clothing], costumes, swimwear, jackets, T-shirts with short sleeves, headphones [clothing], socks, outerwear, clothes, clothing uniforms, clothing, coats, scarves, dresses, coats, water-proof, belts [clothing] , pullovers, shirts, sweaters, hats, aprons [clothing], scarves, coats.

26 - Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges; buttons, posters; bracelets-buttons shirt sleeves, brooches (clothing accessories), pins (except Costume Jewellery), clips for trousers, hair clips, Velcro, Decorative products for hair, Decorative products, textile, bonded by heating, buttons, decorations for clothes.

27 - Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wallpaper and wall upholstery, non-textile.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

30 - Coffee, tea, cocoa, sugar, rice, tapioca (cassava), sago, coffee substitutes; flour and cereals, bread, pastry and confectionery, ice cream; honey, syrup from molasses; yeast, baking powder; salt, mustard; vinegar, seasonings; spices; edible ice.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33 - Alcoholic beverages (except beers).

34 - Tobacco; smoking accessories; matches; lighters; matchboxes; ashtrays; Stand pipes; cigarettes, cigarettes; cigars; matchboxes; matches; snuff boxes; pipe tobacco; boxes of cigars; boxes of cigarettes, cigarettes.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

36 - Insurance; financial activities; monetary affairs; real estate transactions, including agency credit, agencies in operations with real estate, analysis of financial, lease finance, banks, savings, issue of securities, investment, information on insurance, the information the financial, clearing, advice on insurance matters, advice on Finance, quotes, stock exchange, brokerage, management, finance, money exchange, room service on debit cards, maintenance of credit card operations banking via the Internet, the operation factor, the organization of cash charges, valuation of financial [insurance, banking, real estate], the transfer of funds in the system of electronic payments, guarantees, stock exchange mediation, mediation in real estate transactions, mediation of insurance, provision of loans, collection of charitable funds; leasing of real estate, financial sponsorship, mortgage loans, real estate management, banking, finance, tax expertise.

37 - Construction; repairs; equipment installation.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] , the organization of competitions education or entertainment, organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings , audio equipment and VCR rental, slot machines, rental of films, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings, [entertainment] casino services, translation services, photography, shows, music halls.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Personal and social services rendered by others to meet the needs of individuals; agency marriage; detective agency; Agency for organizing the night guard; security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY) *The transferor exclusive right:* Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY) (750) *Address for correspondence:* OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420 *Date and registration number of the contract:* **30.04.2013 №RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* 25.05.2013

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2006725086** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* <u>**25.06.2013**</u>

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use : .,* **limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* <u>**12.3.2016**</u>

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **09.01.2026** (580) *Date of entry in the State Register:* **04.04.2016** *Date of publication of the notice:* <u>**25.4.2016**</u>

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* <u>**12.6.2016**</u>

RUSSIAN FEDERATION



(190)   **RU**   (111)   **342291**

**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

---

(210) *Application Number:* **2006725088**

*Priority date:* **01.09.2006**

(181) *Date of expiration of the registration deadline:* **01/09/2016**

(151) *Registration Date:* **28-01-2008**

(450) *Publication Date:* **25-02-2008**

---

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7, Ltd. "Treydinvent"** (591) *Specifies the color or combination of colors:* **white, yellow, orange, red, blue, dark blue, dark blue** (511) *classes of the Nice Classification and the list of goods and / or services:*



03 - Bleaching preparations and other substances for laundry use; preparations for cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

16 - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets, booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; Holders Napkin Holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, cards credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets of letters, labels, self-adhesive, paper knives, wrappers for bottles of cardboard or paper, cover, musical greeting cards, greeting cards, postcards, paper bags, bags, plastic, document folders, including folders for menu folders for bills, papier-mache, Periodicals plates with clip for staff, trays for correspondence, trays sorting and counting money, stands for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, writing instruments, office supplies [except furniture], writing utensils, tools for bonding paper, tools pencil point [electric or non-electric], booklets, printed schedules, graphic reproductions, pens, paper napkins, statuettes of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

18 - Leather and imitations of leather, products from these materials, not included in other classes; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery; wallets; wallets for business cards; umbrellas; products for leather documents; purses; Clothing for pets; finishing of leather for furniture; purse; backpacks; bags.

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], knives test sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], fixtures, household, containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, non-electric teapots, cups, cocktail shakers, corkscrews, brushes for washing dishes and cleaning containers, brushes; toothbrushes, shoe brushes, boxes for dispensing paper towels, metal, litter boxes.

24 - Textiles and textile products; blankets, bedspreads and tablecloths; application of textile materials; labels from textile materials.

25 - Clothing, footwear, headgear, bandanas [headscarves], underwear, blouses, shoes, pants, collars for clothing, inserts for shirts, ties, vests, sports articles, knitted articles, knitted pockets for clothing, visors for hats , suits [clothing], costumes, swimwear, jackets, T-shirts with short sleeves, headphones [clothing], socks, outerwear, clothes, clothing uniforms, clothing, coats, scarves, dresses, coats, water-proof, belts [clothing] , pullovers, shirts, sweaters, hats, aprons [clothing], scarves, coats.

26 - Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges; buttons, posters; bracelets-holders shirt sleeves, brooches (clothing accessories), pins (except Costume Jewellery), clips for trousers, hair clips, Velcro, Decorative products for hair, Decorative products, textile, bonded by heating, buttons, decorations for clothes.

27 - Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wallpaper and wall upholstery, non-textile.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

30 - Coffee, tea, cocoa, sugar, rice, tapioca (cassava), sago, coffee substitutes; flour and cereals, bread, pastry and confectionery, ice cream; honey, syrup from molasses; yeast, baking powder; salt, mustard; vinegar, seasonings; spices; edible ice.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33 - Alcoholic beverages (except beers).

34 - Tobacco; smoking accessories; matches, lighters; matchboxes; ashtrays; Stand pipes; cigarettes, cigarettes; cigars; matchboxes; matches; snuff boxes; pipe tobacco; boxes of cigars; boxes of cigarettes, cigarettes.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

36 - Insurance; financial activities; monetary affairs; real estate transactions, including agency lending, agency operations nedvizhimm estate analysis Financial, lease finance, banks, savings, issue of securities, investment, information on insurance, the information the financial, clearing, advice on insurance matters, advice on Finance, quotes, stock exchange, brokerage, management, finance, money exchange, room service on debit cards, maintenance of credit card operations banking via the Internet, the operation factor, the organization of cash charges, valuation of financial [insurance, banking, real estate], the transfer of funds in the system of electronic payments, guarantees, stock exchange mediation, mediation in real estate transactions, mediation of insurance, provision of loans, collection of charitable funds; leasing of real estate, financial sponsorship, mortgage loans, real estate management, banking, finance, tax expertise.

37 - Construction; repairs; equipment installation.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] , the organization of competitions education or entertainment, organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings , audio equipment and VCR rental, slot machines, rental of films, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings, [entertainment] casino services, translation services, photography, shows, music halls.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Personal and social services rendered by others to meet the needs of individuals; agency marriage; detective agency; Agency for organizing the night guard; security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services

(732) *Copyright:* **Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 №RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:*

**25.05.2013**

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2006725088** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* **25.06.2013**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **., limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* **12.3.2016**

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pĕchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **09.01.2026** (580) *Date of entry in the State Register:* **04.04.2016** *Date of publication of the notice:* <u>**25.4.2016**</u>

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pĕchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* <u>**12.6.2016**</u>

RUSSIAN FEDERATION



(190) **RU** (111) **349206**

**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2007722367**                    *Priority date:* **23.07.2007**

(181) *Date of expiration of the registration deadline:* **23/07/2017**        (151) *Registration Date:* **04-05-2008**

(450) *Publication Date:* **25-05-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7, Ltd. "Treydinvent" S.Yu.Yakovlevu** (591) *color or color combination Note:* **white, yellow, red, blue, light blue** (511) *classes of the Nice Classification and the list of goods and / or services:*



   41 - billiard halls; discos, gambling, clubs, cafes night, providing an interactive game [through a computer network], the organization of lotteries, gambling halls provide services, rental of slot machines, entertainment reviews, casino services shows.
   43 - Services for providing food and drink; bars, restaurants services, food preparation and delivery of their home.

Notices of changes relating to the registration of a trademark

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:*

**30.04.2013 № RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* **25.05.2013**

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2007722367** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* **25.06.2013**

---

RUSSIAN FEDERATION



(190)　**RU**　(111)　**353692**

**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2005729688**　　　　　　　　*Priority date:* **18.11.2005**

(181) *Date of expiration of the registration deadline:* **18/11/2015**　　　(151) *Registration Date:* **25-06-2008**

(450) *Publication Date:* **25-07-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7** ( 511) *The classes of the Nice Classification and the list of goods and / or services:*

# VULKAN

　　09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

　　16 - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets, booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, card credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets for writing, self-adhesive labels, paper knives, wrappers for bottles of cardboard or paper, covers, postcards music , greeting cards, postcards, bags, paper, document folders, paper mache, Periodicals stand for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, desk sets, accessories office [except furniture], writing utensils, tools for bonding paper, devices for pencils point [electric or non-electric], brochures, schedule printing, reproduction of graphics, pens, figurines made of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

　　21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and

tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], to test blades, sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], household devices containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, kettles, non-electric, cups, shakers cocktail, corkscrews, brushes for washing dishes and cleaning containers, toothbrushes, brushes, shoe boxes for dispensing paper towels, metal, litter boxes.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [unbootable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] organization of competitions education or entertainment, the organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings, audio equipment rental and video recorders, rental of slot machines, movie rental, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, preparation of meetings programs [entertainment], services casino, translation services, photography, shows.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 №RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* **25.05.2013**

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2005729688** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* <u>25.06.2013</u>

---

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **11.18.2025** (580) *Date of entry in the State Register:* **12.22.2015** *Date of publication of the notice:* <u>25.1.2016</u>

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use : .,* **limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* <u>12.3.2016</u>

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* <u>12.6.2016</u>

---

RUSSIAN FEDERATION



(190) **RU** (111) **353694**

**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2005729691**    *Priority date:* **18.11.2005**

(181) *Date of expiration of the registration deadline:* **18/11/2015**    (151) *Registration Date:* **25-06-2008**

(450) *Publication Date:* **25-07-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7** ( 511) *The classes of the Nice Classification and the list of goods and / or services:*



09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

16 - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets, booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, card credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets for writing, self-adhesive labels, paper knives, wrappers for bottles of cardboard or paper, covers, postcards music , greeting cards, postcards, bags, paper, document

folders, paper mache, Periodicals stand for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, desk sets, accessories office [except furniture], writing utensils, tools for bonding paper, devices for pencils point [electric or non-electric], brochures, schedule printing, reproduction of graphics, pens, figurines made of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], to test blades, sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], household devices containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, kettles, non-electric, cups, shakers cocktail, corkscrews, brushes for washing dishes and cleaning containers, toothbrushes, brushes, shoe boxes for dispensing paper towels, metal, litter boxes.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [unbootable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] organization of competitions education or entertainment, the organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings, audio equipment rental and video recorders, rental of slot machines, movie rental, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other

than advertising], entertaining guests, preparation of meetings programs [entertainment], services casino, translation services, photography, shows.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services

(732) *Copyright:* **Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 № RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* <u>25.05.2013</u>

---

Correction of obvious and technical errors in the publication of the bulletin

(210) *Application Number:* **2005729691** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services

(732) Copyright:

Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)

(770) The former franchisor:

Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)

Date of registration and contract number:

30.04.2013 RD0123353

*It should read:*

The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services

(732) Copyright:

Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* **25.06.2013**

---

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **11.18.2025** (580) *Date of entry in the State Register:* **01.11.2016** *Date of publication of the notice:* **12.2.2016**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **., limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* **12.3.2016**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* **12.6.2016**

RUSSIAN FEDERATION                    (190) **RU** (111) **342290**



**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2006725086**          *Priority date:* **01.09.2006**

(181) *Date of expiration of the registration deadline:* **01/09/2016**          (151) *Registration Date:* **28-01-2008**

(450) *Publication Date:* **25-02-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7, Ltd. "Treydinvent"** (511) *The classes of the Nice Classification and the list of goods and / or services:*



**03** - Bleaching preparations and other substances for laundry use; preparations for cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

**09** - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

**16** - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets,

booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; Holders Napkin Holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, cards credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets of letters, labels, self-adhesive, paper knives, wrappers for bottles of cardboard or paper, covers, postcards music, greeting cards, postcards, postal, bags, paper, bags, plastic, document folders, including folders for menu folders for bills, papier-mache, Periodicals plates with clip for staff, trays for correspondence, trays sorting and counting money, stands for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, writing instruments, office supplies [except furniture], writing utensils, tools for bonding paper, tools pencil point [electric or non-electric], booklets, printed schedules, graphic reproductions, pens, paper napkins, statuettes of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

18 - Leather and imitations of leather, products from these materials, not included in other classes; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery, wallets; wallets for business cards; umbrellas; products for leather documents; purses; Clothing for pets; finishing of leather for furniture; purse; backpacks; bags.

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], knives test sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], fixtures, household, containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, non-electric teapots, cups, cocktail shakers, corkscrews, brushes for washing dishes and cleaning containers, brushes; toothbrushes, shoe brushes, boxes for dispensing paper towels, metal, litter boxes.

24 - Textiles and textile products; blankets, bedspreads and tablecloths; application of textile materials; labels from textile materials.

25 - Clothing, footwear, headgear, bandanas [headscarves], underwear, blouses, shoes, pants, collars for clothing, inserts for shirts, ties, vests, sports articles, knitted articles, knitted pockets for clothing, visors for hats , suits [clothing], costumes, swimwear, jackets, T-shirts with short sleeves, headphones [clothing], socks, outerwear, clothes, clothing uniforms, clothing, coats, scarves, dresses, coats, water-proof, belts [clothing] , pullovers, shirts, sweaters, hats, aprons [clothing], scarves, coats.

26 - Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges; buttons, posters; bracelets-holders shirt sleeves, brooches (clothing accessories), pins (except Costume Jewellery), clips for trousers, hair clips, Velcro, Decorative products for hair, Decorative products, textile, bonded by heating, buttons, decorations for clothes.

27 - Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wallpaper and wall upholstery, non-textile.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

30 - Coffee, tea, cocoa, sugar, rice, tapioca (cassava), sago, coffee substitutes; flour and cereals, bread, pastry and confectionery, ice cream; honey, syrup from molasses; yeast, baking powder; salt, mustard; vinegar, seasonings; spices; edible ice.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33 - Alcoholic beverages (except beers).

34 - Tobacco; smoking accessories; matches, lighters; matchboxes; ashtrays; Stand pipes; cigarettes, cigarettes; cigars; matchboxes; matches; snuff boxes; pipe tobacco; boxes of cigars; boxes of cigarettes, cigarettes.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

36 - Insurance; financial activities; monetary affairs; real estate transactions, including agency credit, agencies in operations with real estate, analysis of financial, lease finance, banks, savings, issue of securities, investment, information on insurance, the information the financial, clearing, advice on insurance matters, advice on Finance, quotes, stock exchange, brokerage, management, finance, money exchange, room service on debit cards, maintenance of credit card operations banking via the Internet, the operation factor, the organization of cash charges, valuation of financial [insurance, banking, real estate], the transfer of funds in the system of electronic payments, guarantees, stock exchange mediation, mediation in real estate transactions, mediation of insurance, provision of loans, collection of charitable funds; leasing of real estate, financial sponsorship, mortgage loans, real estate management, banking, finance, tax expertise.

37 - Construction; repairs; equipment installation.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] , the organization of competitions education or entertainment, organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings , audio equipment and VCR rental, slot machines, rental of films, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings, [entertainment] casino services, translation services, photography, shows, music halls.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Personal and social services rendered by others to meet the needs of individuals; agency marriage; detective agency; Agency for organizing the night guard; security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY) *The transferor exclusive right:* Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY) (750) *Address for correspondence:* OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420 *Date and registration number of the contract:* 30.04.2013 №RD0123353 (580) *Date of making changes in the State register of TK:* 30.04.2013 *Published:* 25.05.2013

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2006725086** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* <u>**25.06.2013**</u>

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use : .,* **limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* <u>**12.3.2016**</u>

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **09.01.2026** (580) *Date of entry in the State Register:* **04.04.2016** *Date of publication of the notice:* **25.4.2016**

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* **12.6.2016**

RUSSIAN FEDERATION

(190) **RU** (111) **342291**



**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2006725088**

*Priority date:* **01.09.2006**

(181) *Date of expiration of the registration deadline:* **01/09/2016**

(151) *Registration Date:* **28-01-2008**

(450) *Publication Date:* **25-02-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7, Ltd. "Treydinvent"** (591) *Specifies the color or combination of colors:* **white, yellow, orange, red, blue, dark blue, dark blue** (511) *classes of the Nice Classification and the list of goods and / or services:*



03 - Bleaching preparations and other substances for laundry use; preparations for cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

16 - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets, booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; Holders Napkin Holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, cards credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets of letters, labels, self-adhesive, paper knives, wrappers for bottles of cardboard or paper, cover, musical greeting cards, greeting cards, postcards, paper bags, bags, plastic, document folders, including folders for menu folders for bills, papier-mache, Periodicals plates with clip for staff, trays for correspondence, trays sorting and counting money, stands for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, writing instruments, office supplies [except furniture], writing utensils, tools for bonding paper, tools pencil point [electric or non-electric], booklets, printed schedules, graphic reproductions, pens, paper napkins, statuettes of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

18 - Leather and imitations of leather, products from these materials, not included in other classes; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery, wallets; wallets for business cards; umbrellas; products for leather documents; purses; Clothing for pets; finishing of leather for furniture; purse; backpacks; bags.

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], knives test sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], fixtures, household, containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, non-electric teapots, cups, cocktail shakers, corkscrews, brushes for washing dishes and cleaning containers, brushes; toothbrushes, shoe brushes, boxes for dispensing paper towels, metal, litter boxes.

24 - Textiles and textile products; blankets, bedspreads and tablecloths; application of textile materials; labels from textile materials.

25 - Clothing, footwear, headgear, bandanas [headscarves], underwear, blouses, shoes, pants, collars for clothing, inserts for shirts, ties, vests, sports articles, knitted articles, knitted pockets for clothing, visors for hats , suits [clothing], costumes, swimwear, jackets, T-shirts with short sleeves, headphones [clothing], socks, outerwear, clothes, clothing uniforms, clothing, coats, scarves, dresses, coats, water-proof, belts [clothing] , pullovers, shirts, sweaters, hats, aprons [clothing], scarves, coats.

26 - Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges; buttons, posters; bracelets-holders shirt sleeves, brooches (clothing accessories), pins (except Costume Jewellery), clips for trousers, hair clips, Velcro, Decorative products for hair, Decorative products, textile, bonded by heating, buttons, decorations for clothes.

27 - Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wallpaper and wall upholstery, non-textile.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

30 - Coffee, tea, cocoa, sugar, rice, tapioca (cassava), sago, coffee substitutes; flour and cereals, bread, pastry and confectionery, ice cream; honey, syrup from molasses; yeast, baking powder; salt, mustard; vinegar, seasonings; spices; edible ice.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33 - Alcoholic beverages (except beers).

34 - Tobacco; smoking accessories; matches, lighters; matchboxes; ashtrays; Stand pipes; cigarettes, cigarettes; cigars; matchboxes; matches; snuff boxes; pipe tobacco; boxes of cigars; boxes of cigarettes, cigarettes.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

36 - Insurance; financial activities; monetary affairs; real estate transactions, including agency lending, agency operations nedvizhimm estate analysis Financial, lease finance, banks, savings, issue of securities, investment, information on insurance, the information the financial, clearing, advice on insurance matters, advice on Finance, quotes, stock exchange, brokerage, management, finance, money exchange, room service on debit cards, maintenance of credit card operations banking via the Internet, the operation factor, the organization of cash charges, valuation of financial [insurance, banking, real estate], the transfer of funds in the system of electronic payments, guarantees, stock exchange mediation, mediation in real estate transactions, mediation of insurance, provision of loans, collection of charitable funds; leasing of real estate, financial sponsorship, mortgage loans, real estate management, banking, finance, tax expertise.

37 - Construction; repairs; equipment installation.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] , the organization of competitions education or entertainment, organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings , audio equipment and VCR rental, slot machines, rental of films, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings, [entertainment] casino services, translation services, photography, shows, music halls.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Personal and social services rendered by others to meet the needs of individuals; agency marriage; detective agency; Agency for organizing the night guard; security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 № RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:*

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2006725088** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* **25.06.2013**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use : .,* **limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* **12.3.2016**

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **09.01.2026** (580) *Date of entry in the State Register:* **04.04.2016** *Date of publication of the notice:* **25.4.2016**

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-excusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* **12.6.2016**

RUSSIAN FEDERATION

(190) **RU** (111) **307879**



**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2005729687**

(151) *Registration Date:* **02-06-2006**

(181) *Date of expiration of the registration deadline:* **18/11/2015**

(450) *Publication Date:* **12-07-2006**

(540) (732) *Copyright:* **Limited Liability Company "Firm" Bars "Moscow (RU)** (750) *Address for correspondence:* **125009, Moscow, p / 28, Ltd." IntellektPatent "for S.Yu.Yakovleva** (511) *The classes of the Nice Classification and the list of goods and / or services:*

# VOLCANO

09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

16 - printed matter; almanacs, posters, posters, tickets, letterheads, brochures, leaflets, newsletters news, newspapers, prints, publications printing, calendars, tear-off calendars, cards credit printed, non-electric, catalogs, books, graphics printing, periodicals, brochures, schedule printing, reproduction graphics.

21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including $ trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], knives test sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for

cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], fixtures, household, containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, kettles, non-electric, cups, shakers cocktail, corkscrews, brushes for washing dishes and cleaning containers, toothbrushes, brushes, shoe boxes for dispensing paper towels, metal, litter boxes.

28 - Games and playthings; gymnastic and sporting articles not included in other classes; including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers the bead of billiard tables, tips for billiard cues and accessories for the gaming, tools for markup in the game of billiards , billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games, billiard balls.

35 - office functions, searching for information in computer files (for third parties), rental of office equipment and machines, rental of vending machines, information in computer databases collection, systematization of information in computer databases, services in the field of public relations.

38 - Telecommunications; including an electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, transportation travel, transportation car, car rental, maintenance travelers, wrapping of goods, parking services, driver services, courier services [delivery correspondence or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; the organization of cultural activities; billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment, clubs, cultural, educational and entertainment, clubs, cafes night, providing an interactive game [through a computer network] software interactive electronic publications [not downloadable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training], the organization of competitions education or entertainment, the organization of lotteries, organization of entertainment to recreation , amusement parks, providing services to the gambling halls, cinemas provision of services, production of videos and films, rental of sound recordings and audio, audio equipment rental and video recorders, rental of slot machines, movie rental, publication via electronic desktop publishing, publication of interactive books and periodicals, publication of texts [other than advertising], entertaining guests, programming meetings, [entertainment], casino services, translation services, photography, shows.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The name, surname, name and patronymic of the copyright owner and / or the location or place of residence**

(771) *Former name / copyright owner's name:* **Limited Liability Company "Firm" Bars ", 105005, Moscow, ul.Baumanskaya, 56/17, p. 1 (RU)** (732) *Copyright:* **limited liability Company "Gaming clubs" Volcano ", 101000, Moscow, ul. Pokrovka 3/7, p 1 (RU)..** (580) *Date of making changes in the State Register of TK:* **30.08.2007** *Published:* <u>12.10.2007</u>

---

**Registration of assignment agreement of the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou, 4, Kermit Building, Office 601, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Limited Liability Company "Gaming clubs" Volcano ", 101000,**

**Moscow, Pokrovka 3/7, p 1 (RU)…** *The date and registration number of the contract:* **15.10.2007 №RD0027760** (580) *Date of making changes in the State register of TK:* **15.10. 2007** *Posted on:* **25-11-2007**

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 №RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* **25.05.2013**

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2005729687** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)

Date of registration and contract number:

30.04.2013 RD0123353

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* **25.06.2013**

---

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **11.18.2025** (580) *Date of entry in the State Register:* **12.17.2015** *Date of publication of the notice:* **12.1.2016**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **., limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* **12.3.2016**

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pёchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* **12.6.2016**

RUSSIAN FEDERATION



(190) **RU** (111) **353692**

**FEDERAL SERVICE
FOR INTELLECTUAL PROPERTY,
PATENTS AND TRADEMARKS**

Trademarks, Service Marks and Appellations of Origin

Status: as of 09/08/2016 - works

Trademarks, service marks,

(210) *Application Number:* **2005729688**　　　　　　　*Priority date:* **18.11.2005**

(181) *Date of expiration of the registration deadline:* **18/11/2015**　　　(151) *Registration Date:* **25-06-2008**

(450) *Publication Date:* **25-07-2008**

(540) *The image of a trademark, service mark* (732) *Copyright:* **Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, Office 601, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **117420, Moscow, p / 7** ( 511) *The classes of the Nice Classification and the list of goods and / or services:*

# VULKAN

　　09 - apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; vending machines for tickets, automatic musical prepaid Machines trading, equipment for monitoring and control of electrical machinery, apparatus recording, Switching devices, electrical, video, screens, floppy, recording discs, optical discs, compact discs [ROM], compact discs [AV], magnets miniature mechanisms for automatic prepaid recording media, data carriers, magnetic, media optic, for computer programs, program play computer, program computer [downloadable software], publications, electronic [downloadable], smart -kartochki, betting, gaming devices with the mandatory use of television sets, entertainment devices with the mandatory use of television sets, computer peripheral devices, signaling devices [burglar alarm], chips [integrated circuits].

　　16 - Paper, cardboard and goods made from these materials, not included in other classes; printed products; photographs; stationery products; accessories for artists; teaching materials and visual aids (except apparatus); plastic materials for packaging (not included in other classes), including pens, albums, almanacs, posters, posters, tickets, forms, notepads, notebooks loose sheets, pamphlets, booklets, newsletters news, newspapers, engravings, holders for pencils , chalk holders, holders for stamps, stamps; holders checkbooks, punches, clamps for index cards, clips for fountain pens, bookmarks for books, publications printing, packaging goods, paper or plastic, image graphics, calendars, tear-off calendars, pencils, picture, image conversion, card credit printed, non-electric, maps, geographical, catalogs, books, records, books, envelopes, materials, graphics printing, learning materials [except apparatus], sets for writing, self-adhesive labels, paper knives, wrappers for bottles of cardboard or paper, covers, postcards music , greeting cards, postcards, bags, paper, document folders, paper mache, Periodicals stand for books, coasters for beer mugs stands for pens and pencils, stands for photos, pads Stamp, paperweights, desk sets, accessories office [except furniture], writing utensils, tools for bonding paper, devices for pencils point [electric or non-electric], brochures, schedule printing, reproduction of graphics, pens, figurines made of papier-mache, banners, flags [paper], photogravure, photographs, prints, labels [other than tissue].

　　21 - Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except brushes); materials for brush making; appliances for cleaning and

tidying; metal scouring pads; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including trinkets made of porcelain, dishes, saucers, glasses; bottles, busts of porcelain, ceramic or glass; vases, waffle iron, a bucket of ice, towel racks, clothes hangers, bottles, combs, deodorizers for personal use, containers, household or kitchen, containers made of glass, container insulating beverage container insulating food, container glass, braziers, toothpicks , ceramic products for household; porcelain, ceramics and glass art; pots, napkin rings, coin boxes metallic, baskets for bread baskets, domestic, coffee, non-electric, coffee pots, non-electric, coffee grinders manual, beer mugs, covers for dishes, jugs, ice-portable non-electric, spoons for stirring [cooking utensils], the blade [cutlery ] spatula [kitchen utensils], pepper mill manual, bowls, soap dishes, sets of kitchen utensils, travel bags picnic [with a set of dishes], travel bags for toiletries, knives for cutting biscuits [cooking utensils], to test blades, sprayers, sticks for cocktails, pepper, gloves for household, trays, domestic, trays [cooking utensils], candle holders, coasters for dishes [dining utensils], stand for decanters [with the exception of paper and table] stand for menu, stands for knives [for tableware] stands for irons, tableware [other than knives, forks and spoons]; porcelain tableware, pottery, earthenware and crystal; Utensils for cosmetics, household utensils toilette, equipment for spices and accessories for removing make-up [non-electric], household devices containing heat exchange fluids for cooling food, tools for opening the bottles, corks, glass, powder, dispensers of soap, combs , shoehorns, salad bowls, sugar bowls, dishes [tableware], sets of coffee and tea, strainers tea, siphons for carbonated water, household mixers, juicers, household, salt shakers, drinking vessels, the vessel was cooled, cups of paper or plastic, glass, glasses for drinks, statues and figurines of porcelain, earthenware or glass; tureens, plates, graters [household utensils], flasks, boxes, aerosol devices [except for medical] devices for cleaning footwear, irrigation devices, utensils, household, utensils and pans, utensils and pans for cooking, filters, domestic, coffee filters, bottles , flasks, forms [pans], bread bins, Teapot, kettles, non-electric, cups, shakers cocktail, corkscrews, brushes for washing dishes and cleaning containers, toothbrushes, brushes, shoe boxes for dispensing paper towels, metal, litter boxes.

28 - Games and playthings; gymnastic and sporting articles not included in other classes, including machines gaming prepaid containers for dice, dice, cards playing, cue billiard chalk for billiard cues, covers for billiard tables boards, tips for billiard cues, accessories for games, tools for markup in the game of billiards, billiard tables, billiard tables with guns for prepayment, table tennis, electronic games devices [except for devices with the mandatory use of television receivers], chips for games, balls for games , billiard balls.

32 - Beer; mineral and aerated waters and other non-alcoholic beverages, including energy drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

35 - Advertising; business management; administrative activities in the field of business; office functions, Agency for import and export, business expertise, demonstration of products, market research, information business, research in the field of business, marketing research, advice on organization and business management, advice on business organization, advice on business management consultancy professional in business, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of business, information retrieval in computer files [for third parties], forecasting economic, auction sales, product promotion [for third parties] , rental of office equipment and machines, rental of vending machines, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising, interactive computer network, the collection of information in computer databases, systematization of information in computer databases, services in the field of public relations, provisioning services for third parties [purchasing goods and providing entrepreneurs], wholesale and retail sale of goods.

38 - Telecommunications, including electronic message board [telecommunications services], providing access to the Internet [service providers], providing telecommunications connections to the Internet, fiber-optic communication.

39 - travel, including booking tickets for travel, booking travel itineraries, booking of vehicles, delivery of goods, organization of cruises, travel organization, transportation of travelers, transport of automobiles, car rental, maintenance travelers, wrapping of goods, parking services, driver services, couriers [mail delivery or goods], travel agency services [except for the reservation of seats in hotels and boarding houses], storage of goods, travel tours.

41 - Education; providing of training; entertainment; sporting and cultural activities, including the rental of tennis courts, billiard halls, book tickets for shows, video, disco, games of chance, the publication of books, information on recreation, information on entertainment matters, clubs cultural and educational and entertaining, clubs cafe night, providing an interactive game [through a computer network], providing interactive electronic publications [unbootable], practical training [demonstration], organization of exhibitions with cultural and educational purpose, leisure, organizing and conducting of workshops [training] organization of competitions education or entertainment, the organization of lotteries, organization of entertainment to recreation centers, sporting events, amusement parks, providing sports facilities, providing services to the gambling halls, cinemas provide services, sports programming, producing movies and movie rentals and audio recordings, audio equipment rental and video recorders, rental of slot machines, movie rental, equipment stadium rental, publications using desktop electronic publishing, publish interactive books and periodicals, publication of texts [other than advertising], entertaining guests, preparation of meetings programs [entertainment], services casino, translation services, photography, shows.

42 - Development and improvement of technical and computer software; analysis of computer systems, software installation, software upgrades, maintenance engineering software, design of computer systems, computer rentals, and software tools, the arrangement of Web sites, the creation and maintenance of websites for third parties.

43 - Services for providing food and drink; provision of temporary accommodation agency to provide places [hotels, apartments], rental of premises for meetings, recreation, hotel reservations, reservations for temporary housing, hotels, cafes, coffee shops, cafeterias, restaurants, services, recreation [Lodging ] bars services, camping services, food preparation and delivery of their home.

45 - Security services for the protection of property and individuals, guarding civilian clothes, clubs, services for the organization of meetings, bodyguard services.

Notices of changes relating to the registration of a trademark

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

(732) *Copyright:* **Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *The transferor exclusive right:* **Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th floor, of.601, R.S.1097, Nicosia, Cyprus (the CY)** (750) *Address for correspondence:* **OOO "Treydinvent" Makarova TN, P / 7, Moscow, 117420** *Date and registration number of the contract:* **30.04.2013 № RD0123353** (580) *Date of making changes in the State register of TK:* **30.04.2013** *Published:* **25.05.2013**

---

**Correction of obvious and technical errors in the publication of the bulletin**

(210) *Application Number:* **2005729688** *Publication Date (bulletin):* **25/05/2013 (BTZ number 10)** *Published:*

---

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagrou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diarogu 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

*It should read:*

**The state registration of the contract on alienation of the exclusive right to the trademark in respect of all the goods and / or services**

**(732) Copyright:**

**Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)**

**(770) The former franchisor:**

**Ritzio Enterteyment Group Limited, Diagorou 4, Kermit Building, 6th Floor, of.601, R.S.1097, Nicosia, Cyprus (CY)**

**Date of registration and contract number:**

**30.04.2013 RD0123353**

(580) *Date of making changes in the State Register of TK:* **06.06.2013** *Published:* <u>25.06.2013</u>

---

**Extension of the exclusive right to the trade mark**

(732) *Copyright:* **Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (the CY)** (186) *The date by which the validity period extended exclusive rights:* **11.18.2025** (580) *Date of entry in the State Register:* **12.22.2015** *Date of publication of the notice:* <u>25.1.2016</u>

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use : .,* **limited liability Company "INFINGRUPP", 142000, Moscow region, Domodedovo, md Central street. The station, d. 20A, Bldg. 1, of. 6V (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cl. - The organization of lotteries; Entertainment.** *The date and number of state registration of the contract:* **02/12/2016 №RD0191693** (580) *Date of entry in the State Register:* **02.12.2016** *Date of publication of the notice:* <u>12.3.2016</u>

---

**The state registration of the contract granting the right to use** *the contract type:* **the license** *grantor use:* **Ritzio Pëchis Limited Diagorou 4, Kermit Building, Floor 6, Flat / Office 601, the index of 1097, Nicosia, Cyprus (CY)** *A person who has been granted the right to use :* **Joint Stock company "Sportbet", 107113, Moscow, ul.Lobachika, 17 (RU)** (793) *Specifies the terms of the contract:* **Non-exclusive license for a period up to 31.12.2018 in the territory of the Russian Federation in respect of services 41 cells, namely casino games. , of gaming halls services, providing an interactive game [through a computer network], and entertainment.** *The date and number of state registration of the contract:* **05/31/2016 №RD0199097** (580) *Date of entry in the state register:* **31.05.2016** *Date of publication of the notice:* <u>12.6.2016</u>

---

WIPO - ROMARIN - International Registration Details

## 992196

9.9.2016

| | | |
|---|---|---|
| **151** | **Date of the registration** | |
| | 17.10.2008 | |
| **180** | **Expected expiration date of the registration/renewal** | |
| | 17.10.2018 | |
| **270** | **Language of the application** | |
| | English | |

## Current Status

| | |
|---|---|
| **732** | **Name and address of the holder of the registration** |
| | Ritzio Purchase Limited  Diagorou, 4, Kermia Building, 6th floor, Flat/Office 601 CY-1097 Nicosia Cyprus |
| **811** | **Contracting State of which the holder is a national** |
| | CY (Cyprus) |
| **842** | **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized** |
| | private company limited by shares, Cyprus |
| **740** | **Name and address of the representative** |
| | Tatyana Nikolaevna Makarova  P.O. Box 7 RU-117420 Moscow Russian Federation |
| **770** | **Name and address of the previous holder** |
| | Ritzio Entertainment Group Limited  Diagorou 4, Kermia Building, Office 601 Nicosia Cyprus |
| **540** | **Mark** |



| | |
|---|---|
| **531** | **International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(6)** |
| | 01.01.01 ; 01.05.25 ; 28.05.00 ; 29.01.13 |
| **591** | **Information concerning colors claimed** |
| | White, yellow, orange, red, light blue, blue and dark-blue. |
| | Blanc, jaune, orange, rouge, bleu clair, bleu et bleu foncé. |
| | Blanco, amarillo, anaranjado, rojo, azul claro, azul y azul oscuro. |
| **561** | **Transliteration of the mark** |
| | Vulkan igrovye kluby. |
| **566** | **Translation of the mark or of words contained in the mark** |
| | Volcano, gaming clubs. |
| **526** | **Disclaimer** |
| | GAMING CLUBS. |
| | GAMING CLUBS. |
| | GAMING CLUBS. |
| **511** | **International Classification of Goods and Services for the Purposes of the Registration of Marks** |

(Nice Classification) - NCL(9)

03   Bleaching preparations and other substances for laundry use; cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices.

09   Apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines, electric monitoring apparatus, sound recording apparatus, electric apparatus for communication, video cassettes, video screens, floppy disks, phonograph records, optical disks, compact disks (read-only memory), compact discs (audio-video), decorative magnets, mechanisms for coin-operated apparatus, sound recording carriers, magnetic data media, optical data media; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits).

16   Paper, cardboard and goods made from these materials, not included in other classes; printed matter; photographs; stationery; artists' materials; instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); fountain pens, albums, almanacs, posters, tickets, forms (printed), note books, loose-leaf-binders, pamphlets, booklets, newsletters, newspapers, engravings, pencil holders, chalk holders, holders for stamps, seals, holders for checkbooks, punches (office requisites), tags for index cards, pen clips, bookmarkers, printed publications, bags (envelopes, pouches) of paper or plastics, for packaging, graphic representations, calendars, tear-off calendars, pencils, pictures, decalcomanias, credit cards imprinters, non-electric, cards, geographical maps, catalogues, books, ledgers (books), envelopes (stationery), graphic prints, teaching materials (except apparatus), writing instruments, stickers (stationery), paper cutters (office requisites), bottle envelopes of cardboard or paper, covers (stationery), musical greeting cards, greeting cards, postcards, conical paper bags, folders for papers, holders for menu, holders for bills, clipboards for personnel, letter trays, trays for sorting and counting money, papier mâché, envelopes of paper or plastic, magazines (periodicals), bookends, mats for beer glasses, stands for pens and pencils, photograph stands, inking pads, paperweights, inkstands, office requisites, except furniture, writing materials, paper clasps, pencil sharpeners (electric or non-electric), prospectuses, printed timetables, graphic reproductions, pens, napkins, figurines (statuettes) of papier mâché, transparencies (stationery), flags of paper, photo-engravings, prints (engravings), labels, not of textile.

18   Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and traveling bags; umbrellas, parasols and walking sticks; whips, harness and saddler; pocket wallets, card cases (notecases), umbrellas, briefcases, purses, clothing for pets, leather trimmings for furniture, purses, not of precious metal; backpacks, bags.

21   Stirrers, pepper pots, not of precious metal, gloves for household purposes, trays for domestic purposes, not of precious metal, trays (kitchen utensils), candelabra (candlesticks), not of precious metal, trivets (table utensils), coasters, not of paper and other than table linen, menu card holders, knife rests for the table, flat-iron stands, tableware (other than knives, forks and spoons); porcelain ware, pottery, crockery, crystal (glassware); cosmetic utensils, toilet utensils, spice sets, appliances for removing make-up, non-electric), food cooling devices containing heat

exchange fluids, for household purposes, bottle openers, glass caps, soap dispensers, combs, shoe horns, salad bowls, not of precious metal, sugar bowls, not of precious metal, services (tableware), not of precious metal, coffee services, tea services, not of precious metal, tea strainers, not of precious metal, siphons for carbonated water, blenders, non-electric, for household purposes, salt cellars, not of precious metal, drinking vessels, refrigerating bottles, cups of paper or plastic, glass (receptacles), drinking glasses, statues and figurines (statuettes) of porcelain, terra-cotta or glass; soup bowls, not of precious metal, table plates, not of precious metal, graters (household utensils), insulating flasks, urns, not of precious metal, aerosol dispensers, not for medical purposes, wax-polishing appliances for shoes, non-electric, sprinkling devices, utensils for household purposes, not of precious metal, kitchen utensils, not of precious metal, cooking utensils, non-electric, strainers for household purposes, coffee filters, non-electric, flasks, not of precious metal, bottle gourds, molds (kitchen utensils), bread bins, teapots, not of precious metal, kettles, non-electric, cups, not of precious metal, mixers, manual (cocktail shakers), corkscrews, dishwashing brushes, brushes for cleaning tanks and containers, toothbrushes, brushes for footwear, boxes of metal, for dispensing paper towels, dust bins.

24 Textiles and textile goods, not included in other classes; bed and table covers; patterns of textile materials, labels (cloth).

25 Clothing, footwear, headgear; bandanas (neckerchiefs), underclothing, overalls, half-boots, trousers, collars (clothing), shirt yokes, neckties, vests, singlets, hosiery, pockets for clothing, cap peaks, combinations (clothing), suits, swimsuits, jackets (clothing), T-shirts, ear muffs (clothing), socks, outer clothing, ready-made clothing, uniforms, top coats, scarfs, robes, waterproof clothing, belts (clothing), pullovers, shirts, sweaters, aprons (clothing), sashes for wear, pelisses.

26 Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges for wear, not of precious metal; ornamental novelty badges (buttons); expanding bands for holding sleeves, brooches (clothing accessories), pins (other than jewellery), trouser clips, hair grips (slides), hook and pile fastening tapes, hair ornaments, heat adhesive patches for decoration of textile articles, buttons, trimmings for clothing.

27 Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wall hangings (non-textile).

28 Games and playthings; gymnastic and sporting articles not included in other classes, including amusement machines, automatic and coin-operated, cups for dice, dice, playing cards, billiard cues, chalk for billiard cues, billiard table cushions, billiard cue tips, accessories for games, billiard markers, billiard tables, coin-operated billiard tables, tables for table tennis, apparatus for electronic games other than those adapted for use with television receivers only, counters (discs) for games, small balls for games, billiard balls.

30 Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour and preparations made from cereals, bread, pastry and confectionery, ices; honey, treacle; yeast, baking-powder; salt, mustard; vinegar, sauces (condiments); spices; ice.

32 Beer; mineral and aerated waters and other non-alcoholic drinks, including energetic drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33 Alcoholic beverages (except beers).

34 Tobacco; smokers' articles; matches, lighters; match boxes, not of precious metal; ashtrays, not of precious metal, for smokers; pipe racks (for tobacco pipes), cigarettes, cigars, match holders, not of precious metal, snuff boxes, not of precious metal; tobacco pipes, cigar cases, not of precious metal; cigarette cases, not of precious metal.

35 Advertising; business management; business administration; office functions, import-export

agencies, efficiency experts, demonstration of goods, marketing studies, business information, business investigation, marketing investigation, business management and organization consultancy, business organization consultancy, business management consultancy, professional business consultancy, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, business appraisals, data search in computer files (for others), economic forecasting, auctioneering, sales promotion (for others), office machines and equipment rental, automatic distribution machines rental, publication of publicity texts, distribution of samples, direct mail advertising, advertising on-line in Internet, compilation of information into computer databases, systemization of information into computer databases, public relations, procurement services for others (purchasing and providing goods for others), wholesale and retail sale.

36  Insurance; financial affairs; monetary affairs; real estate affairs, including credit bureaux, real estate agencies, financial analysis, hire-purchase financing, savings banks, issue of tokens of value, capital investments, insurance information, financial information, clearing (financial), insurance consultancy, financial consultancy, stock exchange quotations, brokerage, financial management, exchanging money, debit card services, credit card services, home banking, factoring, organization of collection, financial evaluation (insurance, banking, real estate), electronic funds transfer, bail-bonding, securities brokerage, housing agents, insurance brokerage, loans (financing), charitable fund raising, leasing of real estate, financial sponsorship, mortgage banking, real estate management, banking, financing services, fiscal assessments.

37  Building construction; repair; installation services.

38  Telecommunications, including electronic bulletin board services (telecommunications services), providing user access to a global computer network (service providers), providing telecommunications connections to a global computer network, communications by fiber (fibre) optic networks.

39  Travel arrangement, including booking of seats for travel, travel reservation, transport reservation, delivery of goods, arranging of cruises, transport of travelers, car transport, car rental, escorting of travelers, wrapping of goods, car parking, chauffeur services, courier services (messages or merchandise), tourist offices (except for hotel reservation), storage of goods, sightseeing (tourism).

41  Education; providing of training; entertainment; sporting and cultural activities; including rental of tennis courts, billiard halls, booking of seats for shows, videotaping, discotheque services, gaming, publication of books, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), publication services provided on-line (not downloaded), practical training (demonstration), organization of exhibitions for cultural or educational purposes, providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment), organization of sports competitions, amusement parks, providing sport facilities, providing amusement arcade services, providing cinema facilities, timing of sport events, videotape film production, film production, rental of sound recordings, rental of audio equipment, rental of video cassette recorders, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, publication of electronic books and journals on-line, publication of texts (other than publicity texts), entertainer services, party planning (entertainment), providing casino facilities (gambling), translation, photography, production of shows, music-halls.

42  Design and development of computer hardware and software; computer systems analysis, installation of computer software, updating of computer software, maintenance of computer

software, computer system design, computer rental, rental of computer software, hosting computer sites (Web sites), creating and maintaining Web sites for others.

43   Services for providing food and drink; temporary accommodation, agencies for reservations (hotels, boarding houses), rental of meeting rooms, tourist homes, hotel reservations, temporary accommodation reservations, hotels, snack-bars, cafes, cafeterias restaurants, holiday camp services (lodging), bar services, providing campground facilities, food and drink catering.

45   Personal and social services rendered by others to meet the needs of individuals, marriage agencies, detective agencies, night guards, guards, dating services, personal body guarding.

**822**   **Basic registration**
RU (Russian Federation), 28.01.2008, 342291

**834**   **Designation(s) under the Madrid Protocol by virtue of Article 9sexies**
BY (Belarus), KZ (Kazakhstan), UA (Ukraine)

## Registration

**450**   **Publication number and date**
2009/7 Gaz, 05.03.2009

**831**   **Designation(s) under the Madrid Agreement**
KZ (Kazakhstan)

**834**   **Designation(s) under the Madrid Protocol by virtue of Article 9sexies**
BY (Belarus), UA (Ukraine)

**580**   **Date of recording (date of notification from which the time limit to notify the refusal starts)**
26.02.2009

**862**   ## Partial provisional refusal of protection
UA (Ukraine)

**450**   **Publication number and date**
2010/5 Gaz, 25.02.2010

**862**   **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**   **Date of notification**
05.02.2010

   **Date of receipt by the International Bureau**
18.01.2010

**861**   ## Total provisional refusal of protection
BY (Belarus)

**450**   **Publication number and date**
2010/10 Gaz, 01.04.2010

**580**   **Date of notification**
11.03.2010

   **Date of receipt by the International Bureau**
29.01.2010

**862**   ## Partial provisional refusal of protection
KZ (Kazakhstan)

**450**   **Publication number and date**

2010/12 Gaz, 15.04.2010

**862**    **Partial provisional refusal of protection**

As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**    **Date of notification**

25.03.2010

**Date of receipt by the International Bureau**

19.02.2010

## Confirmation of total provisional refusal under Rule 18ter(3)

BY (Belarus)

**450**    **Publication number and date**

2010/34 Gaz, 16.09.2010

## Statement indicating the goods and services for which protection of the mark is granted under Rule 18ter(2)(ii)

UA (Ukraine)

**450**    **Publication number and date**

2010/45 Gaz, 02.12.2010

Accepted for all the goods and services in classes 3, 18, 24, 25, 26, 27, 32, 33, 34 and 36.

**580**    **Date of notification**

25.11.2010

**Date of receipt by the International Bureau**

21.10.2010

WIPO - ROMARIN - International Registration Details

## 977713                                                         9.9.2016

**151**    **Date of the registration**
          12.08.2008
**180**    **Expected expiration date of the registration/renewal**
          12.08.2018
**270**    **Language of the application**
          French

## Current Status

**732**    **Name and address of the holder of the registration**
          Ritzio Purchase Limited  Diagorou, 4, Kermia Building, 6th floor, Flat/Office 601 CY-1097
          Nicosia Cyprus
**811**    **Contracting State of which the holder is a national**
          CY (Cyprus)
**842**    **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State**
          **where the legal entity is organized**
          private company limited by shares, Cyprus
**740**    **Name and address of the representative**
          Tatyana Nikolaevna Makarova  P.O. Box 7 RU-117420 Moscow Russian Federation
**770**    **Name and address of the previous holder**
          Ritzio Entertainment Group Limited  Diagorou 4, Kermia Building, Office 601 Nicosia Cyprus
**540**    **Mark**



**531**    **International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(6)**
          01.01.01 ; 01.03.01 ; 28.05.00
**561**    **Transliteration of the mark**
          Vulkan.
**566**    **Translation of the mark or of words contained in the mark**
          Volcan.
**511**    **International Classification of Goods and Services for the Purposes of the Registration of Marks**
          **(Nice Classification) - NCL(9)**
     03   Préparations pour blanchir et autres substances pour lessiver; préparations pour nettoyer, polir,
          dégraisser et abraser; savons; parfumerie, huiles essentielles, cosmétiques, lotions pour les
          cheveux; dentifrices.
     09   Appareils d'enregistrement, de transmission ou de reproduction de sons ou d'images; supports
          d'enregistrement magnétiques, disques acoustiques; distributeurs automatiques et mécanismes
          pour appareils à prépaiement; matériel informatique et ordinateurs; distributeurs de billets
          (tickets); chargeurs automatiques de disques (musique), distributeurs automatiques, appareils

électriques de surveillance, appareils d'enregistrement sonore, appareils électriques de communication, cassettes vidéo, écrans vidéo, disquettes, disques phonographiques, disques optiques, disques compacts à mémoire morte, disques compacts (audio-vidéo), aimants décoratifs, mécanismes pour appareils à prépaiement, supports d'enregistrements sonores, supports de données magnétiques, supports de données optiques, programmes d'exploitation préenregistrés pour ordinateurs; programmes de jeux informatiques, programmes informatiques (logiciels téléchargeables), publications électroniques (téléchargeables), cartes à circuits intégrés (cartes à puce), totalisateurs, appareils pour jeux conçus pour être utilisés avec un récepteur de télévision uniquement, appareils de divertissement conçus pour être utilisés avec un récepteur de télévision uniquement, périphériques d'ordinateur, avertisseurs contre le vol, puces (circuits intégrés).

16  Papier, carton et produits en ces matières, non compris dans d'autres classes; produits imprimés; photographies; articles de papeterie; matériel pour artistes; matériel didactique et pédagogique (à l'exception des appareils); matières plastiques pour l'emballage (non comprises dans d'autres classes); y compris stylos-plumes, albums, almanachs, affiches, billets (tickets), formulaires (préimprimés), carnets, classeurs à feuillets mobiles, brochures, carnets, circulaires, journaux, gravures, porte-crayons, porte-craie, supports de timbres, cachets, porte-chéquiers, perforateurs (articles de bureau), cavaliers pour fiches de répertoires, agrafes de porte-plumes, signets, publications imprimées, sacs (enveloppes et pochettes) d'emballage en papier ou en plastique, représentations graphiques, calendriers, éphémérides, crayons, images, décalcomanies, presses à cartes de crédit, non électriques, cartes, cartes géographiques, catalogues, livres, registres (livres), enveloppes (papeterie), dessins, matériel pédagogique (à l'exception des appareils), instruments d'écriture, autocollants (papeterie), coupe-papier (articles de bureau), enveloppes pour bouteilles en carton ou en papier, couvertures (papeterie), cartes de voeux musicales, cartes de voeux, cartes postales, cornets de papier, chemises pour documents, papier mâché, revues (périodiques), serre-livres, dessous de chopes à bière, supports pour plumes et crayons, supports pour photographies, tampons encreurs, presse-papiers, écritoires, fournitures de bureau, à l'exception du mobilier, fournitures pour l'écriture, crochets de bureau, taille-crayons (électriques ou non électriques), prospectus, horaires imprimés, reproductions graphiques, stylos, figurines (statuettes) en papier mâché, transparents (papeterie), drapeaux en papier, photogravures, planches (gravures), étiquettes non en tissu.

18  Cuir et imitations de cuir, produits en ces matières non compris dans d'autres classes; peaux d'animaux; malles et sacs de voyage; parapluies, parasols et cannes; fouets, harnais et sellerie, portefeuilles; porte-documents; porte-monnaie; vêtements pour animaux; garnitures de cuir pour meubles; porte-monnaie autres qu'en métaux précieux; sacs à dos; sacs.

21  Ustensiles et récipients pour le ménage ou la cuisine (ni en métaux précieux, ni en plaqué); peignes et éponges; brosses (à l'exception des pinceaux); matériel de nettoyage; paille de fer; verre brut ou mi-ouvré (à l'exception du verre de construction); verrerie, porcelaine et faïence non comprises dans d'autres classes, y compris objets décoratifs en porcelaine, plats autres qu'en métaux précieux, soucoupes autres qu'en métaux précieux, gobelets autres qu'en métaux précieux; bouteilles, bustes en porcelaine, en terre cuite ou en verre; vases autres qu'en métaux précieux, gaufriers non électriques, seaux à rafraîchir (seaux à glace), porte-serviettes autres qu'en métaux précieux; supports pour vêtements; carafes, démêloirs pour les cheveux, appareils déodorants à usage personnel, récipients pour le ménage ou la cuisine (à l'exception de ceux en métaux précieux), bocaux en verre, récipients calorifuges pour boissons, récipients calorifuges pour aliments, récipients en verre, poêles à frire, cure-dents, produits céramiques à usage ménager; objets d'art en porcelaine, en terre cuite ou en verre; casseroles, ronds de serviettes

autres qu'en métaux précieux, tirelires non métalliques, corbeilles à pain (à usage domestique), corbeilles à usage domestique autres qu'en métaux précieux, percolateurs à café non électriques, cafetières non électriques, autres qu'en métaux précieux, moulins à café, actionnés manuellement, chopes à bière, couvercles de plats, cruchons autres qu'en métaux précieux, glacières portatives non électriques, cuillers à mélanger (ustensiles de cuisine), pelles (accessoires de table), spatules (ustensiles de cuisine), moulins à poivre actionnés manuellement, jattes (cuvettes), boîtes à savon, batteries de cuisine, paniers équipés pour pique-nique (avec vaisselle), nécessaires de toilette, emporte-pièces, coupe-pâte, arroseurs, agitateurs à cocktails, poivriers autres qu'en métaux précieux, gants de ménage, plateaux à usage domestique autres qu'en métaux précieux, plateaux (ustensiles de cuisine), chandeliers, autres qu'en métaux précieux, dessous-de-plat (ustensiles de table), dessous de carafes non en papier et autres que linge de table, porte-cartes de menus, porte-couteaux pour la table, supports de fers à repasser, vaisselle de table (autres que couteaux, fourchettes et cuillères); porcelaines, poteries, vaisselle, articles en cristal; ustensiles cosmétiques, ustensiles de toilette, services à épices, appareils pour le démaquillage (non électriques), articles de réfrigération d'aliments contenant des fluides d'échange de chaleur, à usage ménager, ouvre-bouteilles, bouchons de verre, poudriers autres qu'en métaux précieux, distributeurs de savon, peignes, chausse-pieds, saladiers autres qu'en métaux précieux, sucriers autres qu'en métaux précieux, services (vaisselle) autres qu'en métaux précieux, services à café, services à thé autres qu'en métaux précieux, passe-thé autres qu'en métaux précieux, siphons pour eaux gazeuses, mélangeurs non électriques à usage ménager, presse-fruits non électriques à usage ménager, salières autres qu'en métaux précieux, récipients pour boire, bouteilles réfrigérantes, gobelets en carton ou en matières plastiques, récipients en verre, verres de table, statues et figurines (statuettes) en porcelaine, en terre cuite ou en verre; soupières autres qu'en métaux précieux, assiettes autres qu'en métaux précieux, râpes (ustensiles de ménage), bouteilles isolantes, urnes autres qu'en métaux précieux, appareils destinés à la projection d'aérosols non à usage médical, appareils à encaustiquer pour chaussures, non électriques, instruments d'arrosage, ustensiles de ménage autres qu'en métaux précieux, ustensiles de cuisine autres qu'en métaux précieux, ustensiles de cuisson non électriques, filtres pour le ménage, filtres à café non électriques, flacons autres qu'en métaux précieux, gourdes, moules (ustensiles de cuisine), boîtes à pain, théières autres qu'en métaux précieux, bouilloires non électriques, tasses autres qu'en métaux précieux, shakers, tire-bouchons, brosses pour laver la vaisselle, écouvillons pour nettoyer les récipients, brosses à dents, brosses à chaussures, boîtes en métal pour la distribution de serviettes en papier, poubelles.

24  Tissus et produits textiles non compris dans d'autres classes; couvertures de lit et de table; étiquettes adhésives en matières textiles (applications); étiquettes (tissu).

25  Vêtements, chaussures, articles de chapellerie; bandanas (fichus), sous-vêtements sudorifuges, salopettes, bottines, cols, empièments de chemises, cravates, gilets, maillots de corps, articles de bonneterie, poches pour vêtements, visières de casquettes, combinaisons (habillement), costumes, maillots de bain, vestes, tee-shirts, couvre-oreilles (habillement), chaussettes, vêtements de dessus, vêtements de confection, uniformes, manteaux, foulards, robes, vêtements imperméables, ceintures (habillement), pull-overs, chemises, chandails, casquettes, tabliers (habillement), écharpes, pelisses.

26  Dentelles et broderies, rubans et lacets; boutons, crochets et oeillets, épingles et aiguilles; fleurs artificielles; insignes; badges (boutons); bracelets pour remonter les manches; broches (accessoires d'habillement), épingles (autres qu'articles de bijouterie), pinces de cyclistes, barrettes (pinces à cheveux), bandes auto-agrippantes (articles de mercerie), articles décoratifs

pour la chevelure, pièces collables à chaud pour l'ornement d'articles textiles (mercerie), boutons, articles de guimperie (passementerie).

27 Tapis, paillassons, nattes, linoléum et autres revêtements de sols; tentures murales autres qu'en matières textiles.

28 Jeux et jouets; articles de gymnastique et de sport non compris dans d'autres classes, y compris jeux automatiques à prépaiement, gobelets pour jeux, dés (jeux), cartes à jouer, queues de billard, craie pour queues de billards, bandes de billard, procédés pour queues de billard, accessoires de jeux, dispositifs à marquer les points pour billards, tables de billard, tables de billard à prépaiement, tables de ping-pong, appareils de jeux électroniques autres que ceux conçus pour être utilisés seulement avec récepteur de télévision, jetons de jeux, petites boules pour jeux, tables de billard.

30 Café, thé, cacao, sucre, riz, tapioca, sagou, succédanés de café; farines et préparations à base de céréales, pain, pâtisseries et confiseries, glaces comestibles; miel, mélasse; levure, poudre à lever; sel; moutarde; vinaigre, sauces (condiments); épices; glace à rafraîchir.

32 Bières; eaux minérales et gazeuses et autres boissons sans alcool, y compris boissons énergétiques; boissons aux fruits et jus de fruits; sirops et autres préparations pour la confection de boissons.

33 Boissons alcoolisées (autres que bières).

34 Tabac; articles pour fumeurs; allumettes; briquets pour cigares; boîtes à allumettes; cendriers; râteliers à pipes; cigarettes; cigares; porte-allumettes; allumettes; tabatières; pipes; étuis à cigares; étuis à cigarettes.

35 Publicité; gestion d'affaires commerciales; administration commerciale; travaux de bureau, agences d'import-export, services d'experts en rendement, démonstration de produits, études de marché, informations commerciales, investigations pour affaires, recherches en marketing, services de conseillers en gestion et en organisation d'entreprise, services de conseillers en organisation d'affaires, services de conseillers en gestion d'entreprise, services de conseillers professionnels en affaires, organisation d'expositions à des fins commerciales ou publicitaires, organisation de salons professionnels à des fins commerciales ou publicitaires, estimations en affaires commerciales, recherche d'informations dans des fichiers informatiques (pour des tiers), prévisions économiques, services de vente aux enchères, promotion des ventes (pour des tiers), location de machines et de matériel de bureau, location de distributeurs automatiques, publication de textes publicitaires, diffusion d'échantillons, publipostage, publicité en ligne sur Internet, compilation d'informations dans des bases de données informatiques, systématisation de données dans des bases de données informatiques, relations publiques, services d'achats pour le compte de tiers (achat et mise à disposition de produits pour le compte de tiers), vente en gros et au détail.

36 Assurances; affaires financières; affaires monétaires; affaires immobilières, y compris agences de crédit, agences immobilières, analyses financières, crédit-bail, épargne, émission de bons de valeur, placement de fonds, informations en matière d'assurances, informations financières, opérations de compensation (change), services de conseillers en assurances, services de conseillers financiers, cote en bourse, courtage, gérance de fortune, opérations de change, services de cartes de débit, services de cartes de crédit, services de banque directe (home-banking), services d'affacturage, collectes, évaluations financières (assurances, banques, immobilier), transfert électronique de fonds, cautions (garanties), courtage en bourse, courtage en biens immobiliers, courtage en assurances, prêt (finances), collectes de bienfaisance, affermage de biens immobiliers, parrainage financier, prêt sur nantissement, gérance de biens immobiliers, affaires bancaires, services de financement, estimations fiscales.

37  Construction; réparation; services d'installation.

38  Télécommunications, y compris services de tableaux d'affichage électroniques (services de télécommunications), fourniture d'accès utilisateur à des réseaux informatiques mondiaux (prestataires de services), mise à disposition de connexions de télécommunication pour l'accès à des réseaux informatiques mondiaux, communications par réseaux de fibres optiques.

39  Organisation de voyages, y compris réservation de places de voyage, réservation de voyages, réservations de transport, livraison de marchandises, organisation de croisières, transport de voyageurs, transport en automobile, location de voitures, accompagnement de voyageurs, empaquetage de marchandises, services de parcs de stationnement, services de chauffeurs, services de messagerie (courrier ou marchandises), services d'agences de tourisme (à l'exception de la réservation d'hôtels), dépôt de marchandises, visites touristiques.

41  Education; formation; divertissements; activités sportives et culturelles, y compris location de courts de tennis, salles de billard, réservation de places de spectacles, enregistrement sur bandes vidéo, services de discothèques, jeux d'argent, publication de livres, informations en matière de loisirs, informations en matière de divertissement, services de clubs (divertissement ou enseignement), boîtes de nuit, services de jeu en ligne (sur réseau informatique), services de publications en ligne (non téléchargeables), formation pratique (démonstrations), organisation d'expositions à vocation culturelle ou pédagogique, services de loisirs, organisation et conduite d'ateliers de formation, organisation de concours (éducation ou divertissement), organisation de loteries, services de camps de vacances (divertissement), organisation de compétitions sportives, parcs d'attractions, mise à disposition de structures pour le sport, mise à disposition de salles de jeux sur machines, mise à disposition de salles de cinéma, programmation de compétitions sportives, production de films sur bandes vidéo, production de films cinématographiques, location d'enregistrements sonores, location de matériel audio, location de magnétoscopes, location de machines à sous, location de films cinématographiques, location de matériel pour stades, publication assistée par ordinateur, publication en ligne de livres et revues électroniques, publication de textes (autres que publicitaires), services d'artistes de spectacles, organisation de réceptions (divertissement), services de casinos (jeux), services de traduction, photographie, production de spectacles, music-hall.

42  Conception et développement de matériel informatique et logiciels; analyse de systèmes informatiques, installation de logiciels, mise à jour de logiciels, maintenance de logiciels, conception de systèmes informatiques, location d'ordinateurs, location de logiciels, hébergement de sites informatiques (sites Web), création et maintenance de sites Web pour des tiers.

43  Services de restauration (alimentation); hébergement temporaire, agences de réservation (hôtels, pensions), location de salles de réunion, maisons de vacances, réservation d'hôtels, réservation de logements temporaires, hôtels, snack-bars, cafés, cafétérias, restaurants, services de camps de vacances (hébergement), services de bars, mise à disposition de terrains de camping, restauration (aliments et boissons).

45  Services personnels et sociaux rendus par des tiers destinés à satisfaire les besoins des individus; agences matrimoniales; agences de détectives; agences de surveillance nocturne; services de sécurité pour la protection des biens et des individus, protection civile, services de clubs de rencontre, services de gardes du corps.

**822**  **Basic registration**
RU (Russian Federation), 28.01.2008, 342290

**834**  **Designation(s) under the Madrid Protocol by virtue of Article 9sexies**
BY (Belarus), KZ (Kazakhstan), UA (Ukraine)

## Registration

**450**    **Publication number and date**
2008/40 Gaz, 06.11.2008

**831**    **Designation(s) under the Madrid Agreement**
BY (Belarus), KZ (Kazakhstan), UA (Ukraine)

**580**    **Date of recording (date of notification from which the time limit to notify the refusal starts)**
16.10.2008

**862**   # Partial provisional refusal of protection
UA (Ukraine)

**450**    **Publication number and date**
2009/38 Gaz, 08.10.2009

**862**    **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**    **Date of notification**
21.09.2009

    **Date of receipt by the International Bureau**
01.09.2009

**862**   # Partial provisional refusal of protection
BY (Belarus)

**450**    **Publication number and date**
2009/40 Gaz, 22.10.2009

**862**    **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**    **Date of notification**
29.09.2009

    **Date of receipt by the International Bureau**
17.09.2009

**862**   # Partial provisional refusal of protection
KZ (Kazakhstan)

**450**    **Publication number and date**
2009/44 Gaz, 19.11.2009

**862**    **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**    **Date of notification**
02.11.2009

    **Date of receipt by the International Bureau**
16.10.2009

## Statement indicating the goods and services for which protection of the mark is granted under Rule 18ter(2)(ii)
BY (Belarus)

**450**    **Publication number and date**

2010/15 Gaz, 06.05.2010

Accepted for all the goods in classes 3, 18, 24, 25, 26, 27, 30, 32, 33 and 34.

**580**    **Date of notification**

19.04.2010

**Date of receipt by the International Bureau**

24.03.2010

## Statement indicating the goods and services for which protection of the mark is granted under Rule 18ter(2)(ii)

UA (Ukraine)

**450**    **Publication number and date**

2010/28 Gaz, 05.08.2010

Admis pour tous les produits et services des classes 3, 18, 24, 25, 26, 27, 32, 33, 34 et 36.

**580**    **Date of notification**

14.07.2010

**Date of receipt by the International Bureau**

21.06.2010

WIPO - ROMARIN - International Registration Details

### 984297                                                          9.9.2016

**151**   **Date of the registration**
11.08.2008

**180**   **Expected expiration date of the registration/renewal**
11.08.2018

**270**   **Language of the application**
English

## Current Status

**732**   **Name and address of the holder of the registration**
Ritzio Purchase Limited  Diagorou, 4, Kermia Building, 6th floor, Flat/Office 601 CY-1097 Nicosia Cyprus

**811**   **Contracting State of which the holder is a national**
CY (Cyprus)

**842**   **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
private company limited by shares, Cyprus

**740**   **Name and address of the representative**
Tatyana Nikolaevna Makarova  P.O. Box 7 RU-117420 Moscow Russian Federation

**770**   **Name and address of the previous holder**
Ritzio Entertainment Group Limited  Diagorou 4, Kermia Building, Office 601 Nicosia Cyprus

**540**   **Mark**

# VULKAN

**511**   **International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(9)**

09   Apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines, electric monitoring apparatus, sound recording apparatus, electric apparatus for communication, video cassettes, video screens, floppy disks, phonograph records, optical disks, compact disks (read-only memory), compact discs (audio-video), decorative magnets, mechanisms for coin-operated apparatus, sound recording carriers, magnetic data media, optical data media; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits).

16   Paper, cardboard and goods made from these materials, not included in other classes; printed matter; photographs; stationery; artists' materials; instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); fountain pens, albums, almanacs, posters, tickets, forms (printed), note books, loose-leaf-binders, pamphlets, booklets, newsletters, newspapers, engravings, pencil holders, chalk holders, holders for stamps, seals, holders for checkbooks, punches (office requisites), tags for index cards, pen

clips, bookmarkers, printed publications, bags (envelopes, pouches) of paper or plastics, for packaging, graphic representations, calendars, tear-off calendars, pencils, pictures, decalcomanias, credit cards imprinters, non-electric, cards, geographical maps, catalogues, books, ledgers (books), envelopes (stationery), graphic prints, teaching materials (except apparatus), writing instruments, stickers (stationery), paper cutters (office requisites), bottle envelopes of cardboard or paper, covers (stationery), musical greeting cards, greeting cards, postcards, conical paper bags, folders for papers, holders for menu, holders for bills, clipboards for personnel, letter trays, trays for sorting and counting money, papier mâché, envelopes of paper or plastic, magazines (periodicals), bookends, mats for beer glasses, stands for pens and pencils, photograph stands, inking pads, paperweights, inkstands, office requisites, except furniture, writing materials, paper clasps, pencil sharpeners (electric or non-electric), prospectuses, printed timetables, graphic reproductions, pens, napkins, figurines (statuettes) of papier mâché, transparencies (stationery), flags of paper, photo-engravings, prints (engravings), labels, not of textile.

21  Stirrers, pepper pots, not of precious metal, gloves for household purposes, trays for domestic purposes, not of precious metal, trays (kitchen utensils), candelabra (candlesticks), not of precious metal, trivets (table utensils), coasters, not of paper and other than table linen, menu card holders, knife rests for the table, flat-iron stands, tableware (other than knives, forks and spoons); porcelain ware, pottery, crockery, crystal (glassware); cosmetic utensils, toilet utensils, spice sets, appliances for removing make-up, non-electric), food cooling devices containing heat exchange fluids, for household purposes, bottle openers, glass caps, soap dispensers, combs, shoe horns, salad bowls, not of precious metal, sugar bowls, not of precious metal, services (tableware), not of precious metal, coffee services, tea services, not of precious metal, tea strainers, not of precious metal, siphons for carbonated water, blenders, non-electric, for household purposes, fruit presses, non-electric, for household purposes, salt cellars, not of precious metal, drinking vessels, refrigerating bottles, cups of paper or plastic, glass (receptacles), drinking glasses, statues and figurines (statuettes) of porcelain, terra-cotta or glass; soup bowls, not of precious metal, table plates, not of precious metal, graters (household utensils), insulating flasks, urns, not of precious metal, aerosol dispensers, not for medical purposes, wax-polishing appliances for shoes, non-electric, sprinkling devices, utensils for household purposes, not of precious metal, kitchen utensils, not of precious metal, cooking utensils, non-electric, strainers for household purposes, coffee filters, non-electric, flasks, not of precious metal, bottle gourds, molds (kitchen utensils), bread bins, teapots, not of precious metal, kettles, non-electric, cups, not of precious metal, mixers, manual (cocktail shakers), corkscrews, dishwashing brushes, brushes for cleaning tanks and containers, toothbrushes, brushes for footwear, boxes of metal, for dispensing paper towels, dust bins.

28  Games and playthings; gymnastic and sporting articles not included in other classes, including amusement machines, automatic and coin-operated, cups for dice, dice, playing cards, billiard cues, chalk for billiard cues, billiard table cushions, billiard cue tips, accessories for games, billiard markers, billiard tables, coin-operated billiard tables, tables for table tennis, apparatus for electronic games other than those adapted for use with television receivers only, counters (discs) for games, small balls for games, billiard balls.

32  Beer; mineral and aerated waters and other non-alcoholic drinks, including energetic drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

35  Advertising; business management; business administration; office functions, import-export agencies, efficiency experts, demonstration of goods, marketing studies, business information, business investigation, marketing investigation, business management and organization

consultancy, business organization consultancy, business management consultancy, professional business consultancy, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, business appraisals, data search in computer files (for others), economic forecasting, auctioneering, sales promotion (for others), office machines and equipment rental, automatic distribution machines rental, publication of publicity texts, distribution of samples, direct mail advertising, advertising on-line in Internet, compilation of information into computer databases, systemization of information into computer databases, public relations, procurement services for others (purchasing and providing goods for others), wholesale and retail sale.

38   Telecommunications, including electronic bulletin board services (telecommunications services), providing user access to a global computer network (service providers), providing telecommunications connections to a global computer network, communications by fiber (fibre) optic networks.

39   Travel arrangement, including booking of seats for travel, travel reservation, transport reservation, delivery of goods, arranging of cruises, transport of travellers, car transport, car rental, escorting of travellers, wrapping of goods, car parking, chauffeur services, courier services (messages or merchandise), tourist offices (except for hotel reservation), storage of goods, sightseeing (tourism).

41   Education; providing of training; entertainment; sporting and cultural activities; including rental of tennis courts, billiard halls, booking of seats for shows, videotaping, discotheque services, gaming, publication of books, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), publication services provided on-line (not downloaded), practical training (demonstration), organization of exhibitions for cultural or educational purposes, providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment), organization of sports competitions, amusement parks, providing sport facilities, providing amusement arcade services, providing cinema facilities, timing of sport events, videotape film production, film production, rental of sound recordings, rental of audio equipment, rental of video cassette recorders, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, publication of electronic books and journals on-line, publication of texts (other than publicity texts), entertainer services, party planning (entertainment), providing casino facilities (gambling), translation, photography, production of shows, music-halls.

42   Design and development of computer hardware and software; computer systems analysis, installation of computer software, updating of computer software, maintenance of computer software, computer system design, computer rental, rental of computer software, hosting computer sites (web sites), creating and maintaining web sites for others.

43   Services for providing food and drink; temporary accommodation, agencies for reservations (hotels, boarding houses), rental of meeting rooms, tourist homes, hotel reservations, temporary accommodation reservations, hotels, snack-bars, cafes, cafeterias restaurants, holiday camp services (lodging), bar services, providing campground facilties, food and drink catering.

45   Personal and social services rendered by others to meet the needs of individuals, marriage agencies, detective agencies, night guards, guards, dating services, personal body guarding.

**822**    **Basic registration**
RU (Russian Federation), 25.06.2008, 353692

**832**    **Designation(s) under the Madrid Protocol**
EM (European Community)

| 834 | **Designation(s) under the Madrid Protocol by virtue of Article 9sexies** |
|---|---|
| | BY (Belarus), HR (Croatia), KZ (Kazakhstan), RS (Serbia), UA (Ukraine) |

## Registration

| 450 | **Publication number and date** |
|---|---|
| | 2008/48 Gaz, 01.01.2009 |
| 831 | **Designation(s) under the Madrid Agreement** |
| | BY (Belarus), HR (Croatia), KZ (Kazakhstan), RS (Serbia), UA (Ukraine) |
| 832 | **Designation(s) under the Madrid Protocol** |
| | EM (European Community) |
| 580 | **Date of recording (date of notification from which the time limit to notify the refusal starts)** |
| | 11.12.2008 |
| | **The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)** |
| | HR (Croatia) |

## Grant of protection subject to opposition

EM (European Community)

| 450 | **Publication number and date** |
|---|---|
| | 2008/52 Gaz, 29.01.2009 |
| | **Opposition end date** |
| | 15.09.2009 |

## 862 Partial provisional refusal of protection

EM (European Community)

| 450 | **Publication number and date** |
|---|---|
| | 2009/43 Gaz, 12.11.2009 |
| 862 | **Partial provisional refusal of protection** |
| | As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected. |
| 580 | **Date of notification** |
| | 22.10.2009 |
| | **Date of receipt by the International Bureau** |
| | 15.10.2009 |

## 861 Total provisional refusal of protection

EM (European Community)

| 450 | **Publication number and date** |
|---|---|
| | 2009/43 Gaz, 12.11.2009 |
| 580 | **Date of notification** |
| | 22.10.2009 |
| | **Date of receipt by the International Bureau** |
| | 15.10.2009 |

## 862 Partial provisional refusal of protection

EM (European Community)

| 450 | **Publication number and date** |
|---|---|

2009/43 Gaz, 12.11.2009

**862**   **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**   **Date of notification**
22.10.2009

**Date of receipt by the International Bureau**
15.10.2009

## 862   Partial provisional refusal of protection
EM (European Community)

**450**   **Publication number and date**
2009/43 Gaz, 12.11.2009

**862**   **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**   **Date of notification**
23.10.2009

**Date of receipt by the International Bureau**
15.10.2009

## 862   Partial provisional refusal of protection
RS (Serbia)

**450**   **Publication number and date**
2009/46 Gaz, 03.12.2009

**862**   **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**   **Date of notification**
11.11.2009

**Date of receipt by the International Bureau**
03.11.2009

## 861   Total provisional refusal of protection
UA (Ukraine)

**450**   **Publication number and date**
2009/49 Gaz, 24.12.2009

**580**   **Date of notification**
01.12.2009

**Date of receipt by the International Bureau**
13.11.2009

## 862   Partial provisional refusal of protection
BY (Belarus)

**450**   **Publication number and date**
2009/52 Gaz, 14.01.2010

**862**   **Partial provisional refusal of protection**

As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.

**580**  **Date of notification**
23.12.2009
**Date of receipt by the International Bureau**
25.11.2009

**862**  **Partial provisional refusal of protection**
KZ (Kazakhstan)
**450**  **Publication number and date**
2009/53 Gaz, 21.01.2010
**862**  **Partial provisional refusal of protection**
As from November 14, 2005, provisional refusals indicate only whether they are total or partial, without listing the goods and services, or the classes, affected or not affected.
**580**  **Date of notification**
29.12.2009
**Date of receipt by the International Bureau**
11.12.2009

**Statement indicating the goods and services for which protection of the mark is granted under Rule 18ter(2)(ii)**
BY (Belarus)
**450**  **Publication number and date**
2010/26 Gaz, 22.07.2010
Accepted for all the goods in class 32.
**580**  **Date of notification**
15.07.2010
**Date of receipt by the International Bureau**
04.06.2010

**Confirmation of total provisional refusal under Rule 18ter(3)**
UA (Ukraine)
**450**  **Publication number and date**
2010/35 Gaz, 23.09.2010

**Statement indicating the goods and services for which protection of the mark is granted under Rule 18ter(2)(ii)**
RS (Serbia)
**450**  **Publication number and date**
2011/4 Gaz, 17.02.2011
Accepted for all the goods and services in classes 21, 32 and 45.
**580**  **Date of notification**
10.02.2011
**Date of receipt by the International Bureau**
28.12.2010

**Statement indicating the goods and services for which protection of**

## the mark is granted under Rule 18ter(2)(ii)

EM (European Community)

**450**  **Publication number and date**
2012/41 Gaz, 01.11.2012
**List limited to:**

09  Apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines, electric monitoring apparatus, sound recording apparatus, electric apparatus for communication, video cassettes, video screens, floppy disks, phonograph records, optical disks, compact disks (read-only memory), compact discs (audio-video), decorative magnets, mechanisms for coin-operated apparatus, sound recording carriers, magnetic data media, optical data media; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits).

16  Paper, cardboard and goods made from these materials, not included in other classes; photographs; stationery; artists' materials; plastic materials for packaging (not included in other classes); fountain pens, albums, almanacs, posters, tickets, forms (printed), note books, loose-leaf-binders, pamphlets, booklets, newsletters, newspapers, engravings, pencil holders, chalk holders, holders for stamps, seals, holders for checkbooks, punches (office requisites), tags for index cards, pen clips, bookmarkers, printed publications, bags (envelopes, pouches) of paper or plastics, for packaging, graphic representations, calendars, tear-off calendars, pencils, pictures, decalcomanias, credit cards imprinters, non-electric, cards, catalogues, envelopes (stationery), graphic prints, writing instruments, stickers (stationery), paper cutters (office requisites), bottle envelopes of cardboard or paper, covers (stationery), musical greeting cards, greeting cards, postcards, conical paper bags, folders for papers, holders for menu, holders for bills, clipboards for personnel, letter trays, trays for sorting and counting money, papier mâché, envelopes of paper or plastic, magazines (periodicals), bookends, mats for beer glasses, stands for pens and pencils, photograph stands, inking pads, paperweights, inkstands, office requisites, except furniture, writing materials, paper clasps, pencil sharpeners (electric or non-electric), prospectuses, printed timetables, graphic reproductions, pens, napkins, figurines (statuettes) of papier mâché, transparencies (stationery), flags of paper, photo-engravings, prints (engravings), labels, not of textile.

21  Stirrers, pepper pots, not of precious metal, trays for domestic purposes, not of precious metal, trays (kitchen utensils), candelabra (candlesticks), not of precious metal, trivets (table utensils), coasters, not of paper and other than table linen, menu card holders, knife rests for the table, flat-iron stands, tableware (other than knives, forks and spoons); porcelain ware, pottery, crockery, crystal (glassware); cosmetic utensils, toilet utensils, spice sets, appliances for removing make-up, non-electric), food cooling devices containing heat exchange fluids, for household purposes, bottle openers, glass caps, soap dispensers, combs, shoe horns, salad bowls, not of precious metal, sugar bowls, not of precious metal, services (tableware), not of precious metal, coffee services, tea services, not of precious metal, tea strainers, not of precious metal, siphons for carbonated water, blenders, non-electric, for household purposes, fruit presses, non-electric, for household purposes, salt cellars, not of precious metal, drinking

vessels, refrigerating bottles, cups of paper or plastic, glass (receptacles), drinking glasses, statues and figurines (statuettes) of porcelain, terra-cotta or glass; soup bowls, not of precious metal, table plates, not of precious metal, graters (household utensils), insulating flasks, urns, not of precious metal, aerosol dispensers, not for medical purposes, wax-polishing appliances for shoes, non-electric, sprinkling devices, utensils for household purposes, not of precious metal, kitchen utensils, not of precious metal, cooking utensils, non-electric, strainers for household purposes, coffee filters, non-electric, flasks, not of precious metal, bottle gourds, molds (kitchen utensils), bread bins, teapots, not of precious metal, kettles, non-electric, cups, not of precious metal, mixers, manual (cocktail shakers) corkscrews, dishwashing brushes, brushes for cleaning tanks and containers, toothbrushes, brushes for footwear, boxes of metal, for dispensing paper towels, dust bins.

28   Games and playthings; gymnastic and sporting articles not included in other classes, including amusement machines, automatic and coin-operated, cups for dice, dice, playing cards, billiard cues, chalk for billiard cues, billiard table cushions, billiard cue tips, accessories for games, billiard markers, billiard tables, coin-operated billiard tables, tables for table tennis, apparatus for electronic games other than those adapted for use with television receivers only, counters (discs) for games, small balls for games, billiard balls.

35   Advertising; business management; business administration; office functions, import-export agencies, efficiency experts, demonstration of goods, marketing studies, business information, business investigation, marketing investigation, business management and organization consultancy, business organization consultancy, business management consultancy, professional business consultancy, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, business appraisals, data search in computer files (for others), economic forecasting, auctioneering, sales promotion (for others), office machines and equipment rental, automatic distribution machines rental, publication of publicity texts, distribution of samples, direct mail advertising, advertising on-line in Internet, compilation of information into computer databases, systemization of information into computer databases, public relations, procurement services for others (purchasing and providing goods for others), wholesale and retail sale.

38   Telecommunications, including electronic bulletin board services (telecommunications services), providing user access to a global computer network (service providers), providing telecommunications connections to a global computer network, communications by fiber (fibre) optic networks.

39   Travel arrangement, including booking of seats for travel, travel reservation, transport reservation, delivery of goods, arranging of cruises, transport of travellers, car transport, car rental, escorting of travellers, wrapping of goods, car parking, chauffeur services, courier services (messages or merchandise), tourist offices (except for hotel reservation), storage of goods, sightseeing (tourism).

41   Publication of books, publication services provided on-line (not downloaded), electronic desktop publishing, publication of electronic books and journals on-line, publication of texts (other than publicity texts), translation.

42   Design and development of computer hardware and software; computer systems analysis, installation of computer software, updating of computer software, maintenance of computer software, computer system design, computer rental, rental of computer software, hosting computer sites (web sites), creating and maintaining web sites for others.

43   Temporary accommodation, agencies for reservations (hotels, boarding houses), rental of meeting rooms, tourist homes, hotel reservations, temporary accommodation reservations,

hotels, holiday camp services (lodging), providing campground faculties.

45  Personal and social services rendered by others to meet the needs of individuals, marriage agencies, detective agencies, night guards, guards, dating services, personal body guarding.

**580   Date of notification**

15.10.2012

**Date of receipt by the International Bureau**

03.10.2012

WIPO - ROMARIN - International Registration Details

## 791038                                                    9.9.2016

**151**   **Date of the registration**
03.09.2002
**180**   **Expected expiration date of the registration/renewal**
03.09.2022
**270**   **Language of the application**
English

## Current Status

**732**   **Name and address of the holder of the registration**
Ritzio Purchase Limited  Diagorou, 4, Kermia Building, 6th floor, Flat/Office 601 CY-1097
Nicosia Cyprus
**811**   **Contracting State of which the holder is a national**
CY (Cyprus)
**842**   **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State
where the legal entity is organized**
Private company limited by shares, Cyprus
**740**   **Name and address of the representative**
Tatyana Nikolaevna Makarova  P.O. Box 7 RU-117420 Moscow Russian Federation
**770**   **Name and address of the previous holder**
Patinira Holdings Limited  6 Nikou Georgiou Street, Block C, 7th Floor, Office 704 Nicosia
Cyprus
**540**   **Mark**



**531**   **International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(4)**
01.01.05 ; 25.01.19 ; 28.05.00 ; 29.01.15
**591**   **Information concerning colors claimed**
Blue, dark blue, black, red, green, yellow, violet.
Blue, dark blue - background; black - lightning; yellow, green, violet - stars; red - word
"VULKAN"; black, blue, dark blue - letters' shadow.
Bleu, bleu foncé, noir, rouge, vert, jaune, violet.
L'arrière-plan est en bleu et bleu foncé; l'éclair est en noir; les étoiles sont en jaune, vert et
violet; le mot "VULKAN" est en rouge; l'entourage des lettres est en noir, bleu et bleu foncé.
**561**   **Transliteration of the mark**
VULKAN
**566**   **Translation of the mark or of words contained in the mark**
VOLCANO
VOLCAN

**511     International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(8)**

41     Modelling of artists; rental of tennis courts; lending libraries; booking of seats for shows; videotaping; nursery schools; physical education; discotheque services; animal training; dubbing; gaming; publication of books; educational information; recreational information; entertainment information; movie studios; health club services; club services (entertainment or education); night clubs; correspondence courses; microfilming; videotape editing; production of radio and television programmes; music-halls; game services provided on-line (from a computer network); religious education; gymnastic instruction; practical training (demonstration); organisation of balls; organisation of exhibitions for cultural or educational purposes; providing recreational facilities; arranging and conducting of colloquiums; arranging and conducting of congresses; arranging and conducting conferences; arranging and conducting of workshops (training); arranging and conducting of seminars; arranging and conducting of symposiums; arranging of beauty contests; organisation of competitions (education or entertainment); lotteries; holiday camp services (entertainment); organisation of shows (impresario services); vocational guidance (education or training advice); boarding schools; amusement park; sign language interpretation; television entertainment; bookmobile services; providing karaoke services; providing golf facilities; providing amusement arcade services; providing cinema facilities; presentation of live performances; theatre productions; educational examination; videotape film production; film production; rental of sound recordings; rental of audio equipment; rental of camcorders; rental of video cassette recorders; rental of videotapes; rental of show scenery; rental of cine-films; rental of lighting apparatus for theatrical sets or television studios; rental of radio and television sets; rental of skin diving equipment; rental of stage scenery; electronic desktop publishing; publication of electronic books and journals online; publication of texts (other than publicity texts); radio entertainment; entertainer services; zoological gardens; news reporters services; party planning (entertainment); music composition services; subtitling; providing of casino facilities (gambling); providing museum facilities (presentation, exhibitions); educational services; orchestra services; translation; scriptwriting services; recording studio services; digital imaging services; circuses; production of shows.

**822     Basic registration**

RU (Russian Federation), 03.07.2002, 216203

**300     Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**

RU (Russian Federation), 03.04.2002, 2002707649

**832     Designation(s) under the Madrid Protocol**

EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan), UZ (Uzbekistan)

**834     Designation(s) under the Madrid Protocol by virtue of Article 9sexies**

AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine)

## Registration

**450     Publication number and date**

2002/23 Gaz, 26.12.2002

**831     Designation(s) under the Madrid Agreement**

AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine), UZ (Uzbekistan)

**832     Designation(s) under the Madrid Protocol**

EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan)

**580**   **Date of recording (date of notification from which the time limit to notify the refusal starts)**

05.12.2002

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

AM (Armenia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

AZ (Azerbaijan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

BY (Belarus)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

EE (Estonia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

KZ (Kazakhstan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

LT (Lithuania)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

LV (Latvia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

MD (Republic of Moldova)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

TJ (Tajikistan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

TM (Turkmenistan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

UA (Ukraine)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

UZ (Uzbekistan)

## Grant of protection subject to opposition

GE (Georgia)

**450**   **Publication number and date**

2003/18 Gaz, 16.10.2003

**Opposition end date**

25.11.2003

| 868 | **Grant of protection** |
|---|---|
| | KG (Kyrgyzstan) |
| 450 | **Publication number and date** |
| | 2003/22 Gaz, 11.12.2003 |

| 868 | **Grant of protection** |
|---|---|
| | GE (Georgia) |
| 450 | **Publication number and date** |
| | 2003/25 Gaz, 05.02.2004 |

| | **New licence** |
|---|---|
| 450 | **Publication number and date** |
| | 2012/5 Gaz, 23.02.2012 |
| 791 | **Name and address of the licensee** |
| | Joint Limited Liability Company "Edinaya prizovaya sistema Flash-Royal"  220123 office 18, V. Khoruzhey street 32V Belarus |
| 842 | **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized** |
| | Joint Limited Liability Company, Belarus (BY) |
| 793 | **Indication of conditions and/or restrictions under the license** |
| | BY (Belarus) |
| | Non-exclusive licence |
| | Duration:  Expiration date international registration number 791038 |
| | **Date of effect** |
| | 29.12.2011 |
| 580 | **Date of recording** |
| | 30.01.2012 |

| | **Renewal** |
|---|---|
| 450 | **Publication number and date** |
| | 2012/39 Gaz, 18.10.2012 |
| 832 | **Designation(s) under the Madrid Protocol** |
| | EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan), UZ (Uzbekistan) |
| 834 | **Designation(s) under the Madrid Protocol by virtue of Article 9sexies** |
| | AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine) |

| | **Declaration that a change in ownership has no effect** |
|---|---|
| | GE (Georgia) |
| 450 | **Publication number and date** |
| | 2014/14 Gaz, 17.04.2014 |

WIPO - ROMARIN - International Registration Details

### 791038                                                         9.9.2016

| | | |
|---|---|---|
| 151 | **Date of the registration** | |
| | 03.09.2002 | |
| 180 | **Expected expiration date of the registration/renewal** | |
| | 03.09.2022 | |
| 270 | **Language of the application** | |
| | English | |

## Current Status

| | |
|---|---|
| 732 | **Name and address of the holder of the registration** |
| | Ritzio Purchase Limited  Diagorou, 4, Kermia Building, 6th floor, Flat/Office 601 CY-1097 Nicosia Cyprus |
| 811 | **Contracting State of which the holder is a national** |
| | CY (Cyprus) |
| 842 | **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized** |
| | Private company limited by shares, Cyprus |
| 740 | **Name and address of the representative** |
| | Tatyana Nikolaevna Makarova  P.O. Box 7 RU-117420 Moscow Russian Federation |
| 770 | **Name and address of the previous holder** |
| | Patinira Holdings Limited  6 Nikou Georgiou Street, Block C, 7th Floor, Office 704 Nicosia Cyprus |
| 540 | **Mark** |



| | |
|---|---|
| 531 | **International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(4)** |
| | 01.01.05 ; 25.01.19 ; 28.05.00 ; 29.01.15 |
| 591 | **Information concerning colors claimed** |
| | Blue, dark blue, black, red, green, yellow, violet. |
| | Blue, dark blue - background; black - lightning; yellow, green, violet - stars; red - word "VULKAN"; black, blue, dark blue - letters' shadow. |
| | Bleu, bleu foncé, noir, rouge, vert, jaune, violet. |
| | L'arrière-plan est en bleu et bleu foncé; l'éclair est en noir; les étoiles sont en jaune, vert et violet; le mot "VULKAN" est en rouge; l'entourage des lettres est en noir, bleu et bleu foncé. |
| 561 | **Transliteration of the mark** |
| | VULKAN |
| 566 | **Translation of the mark or of words contained in the mark** |
| | VOLCANO |
| | VOLCAN |

**511   International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(8)**

41   Modelling of artists; rental of tennis courts; lending libraries; booking of seats for shows; videotaping; nursery schools; physical education; discotheque services; animal training; dubbing; gaming; publication of books; educational information; recreational information; entertainment information; movie studios; health club services; club services (entertainment or education); night clubs; correspondence courses; microfilming; videotape editing; production of radio and television programmes; music-halls; game services provided on-line (from a computer network); religious education; gymnastic instruction; practical training (demonstration); organisation of balls; organisation of exhibitions for cultural or educational purposes; providing recreational facilities; arranging and conducting of colloquiums; arranging and conducting of congresses; arranging and conducting conferences; arranging and conducting of workshops (training); arranging and conducting of seminars; arranging and conducting of symposiums; arranging of beauty contests; organisation of competitions (education or entertainment); lotteries; holiday camp services (entertainment); organisation of shows (impresario services); vocational guidance (education or training advice); boarding schools; amusement park; sign language interpretation; television entertainment; bookmobile services; providing karaoke services; providing golf facilities; providing amusement arcade services; providing cinema facilities; presentation of live performances; theatre productions; educational examination; videotape film production; film production; rental of sound recordings; rental of audio equipment; rental of camcorders; rental of video cassette recorders; rental of videotapes; rental of show scenery; rental of cine-films; rental of lighting apparatus for theatrical sets or television studios; rental of radio and television sets; rental of skin diving equipment; rental of stage scenery; electronic desktop publishing; publication of electronic books and journals online; publication of texts (other than publicity texts); radio entertainment; entertainer services; zoological gardens; news reporters services; party planning (entertainment); music composition services; subtitling; providing of casino facilities (gambling); providing museum facilities (presentation, exhibitions); educational services; orchestra services; translation; scriptwriting services; recording studio services; digital imaging services; circuses; production of shows.

**822   Basic registration**

RU (Russian Federation), 03.07.2002, 216203

**300   Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**

RU (Russian Federation), 03.04.2002, 2002707649

**832   Designation(s) under the Madrid Protocol**

EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan), UZ (Uzbekistan)

**834   Designation(s) under the Madrid Protocol by virtue of Article 9sexies**

AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine)

## Registration

**450   Publication number and date**

2002/23 Gaz, 26.12.2002

**831   Designation(s) under the Madrid Agreement**

AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine), UZ (Uzbekistan)

**832   Designation(s) under the Madrid Protocol**

EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan)

**580**     **Date of recording (date of notification from which the time limit to notify the refusal starts)**

05.12.2002

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

AM (Armenia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

AZ (Azerbaijan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

BY (Belarus)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

EE (Estonia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

KZ (Kazakhstan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

LT (Lithuania)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

LV (Latvia)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

MD (Republic of Moldova)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

TJ (Tajikistan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

TM (Turkmenistan)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

UA (Ukraine)

**The refusal period has expired and no notification of provisional refusal has been recorded (application of Rule 5 preserved)**

UZ (Uzbekistan)

## Grant of protection subject to opposition

GE (Georgia)

**450**     **Publication number and date**

2003/18 Gaz, 16.10.2003

**Opposition end date**

25.11.2003

| | |
|---|---|
| **868** | **Grant of protection** |
| | KG (Kyrgyzstan) |
| **450** | **Publication number and date** |
| | 2003/22 Gaz, 11.12.2003 |

| | |
|---|---|
| **868** | **Grant of protection** |
| | GE (Georgia) |
| **450** | **Publication number and date** |
| | 2003/25 Gaz, 05.02.2004 |

## New licence

| | |
|---|---|
| **450** | **Publication number and date** |
| | 2012/5 Gaz, 23.02.2012 |
| **791** | **Name and address of the licensee** |
| | Joint Limited Liability Company "Edinaya prizovaya sistema Flash-Royal"  220123 office 18, V. Khoruzhey street 32V Belarus |
| **842** | **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized** |
| | Joint Limited Liability Company, Belarus (BY) |
| **793** | **Indication of conditions and/or restrictions under the license** |
| | BY (Belarus) |
| | Non-exclusive licence |
| | Duration:  Expiration date international registration number 791038 |
| | **Date of effect** |
| | 29.12.2011 |
| **580** | **Date of recording** |
| | 30.01.2012 |

## Renewal

| | |
|---|---|
| **450** | **Publication number and date** |
| | 2012/39 Gaz, 18.10.2012 |
| **832** | **Designation(s) under the Madrid Protocol** |
| | EE (Estonia), GE (Georgia), LT (Lithuania), TM (Turkmenistan), UZ (Uzbekistan) |
| **834** | **Designation(s) under the Madrid Protocol by virtue of Article 9sexies** |
| | AM (Armenia), AZ (Azerbaijan), BY (Belarus), KG (Kyrgyzstan), KZ (Kazakhstan), LV (Latvia), MD (Republic of Moldova), TJ (Tajikistan), UA (Ukraine) |

## Declaration that a change in ownership has no effect

| | |
|---|---|
| | GE (Georgia) |
| **450** | **Publication number and date** |
| | 2014/14 Gaz, 17.04.2014 |



*Protect your intellectual property in the European Union*

## EUTM file information

# ВУЛКАН
### 014193544

## Timeline



## Graphic representation



## Trade mark information

| | | | |
|---|---|---|---|
| Name | **ВУЛКАН** | Filing date | **03/06/2015** |
| Filing number | **014193544** | Registration date | **23/09/2015** |
| Basis | **EUTM** | Expiry date | **03/06/2025** |
| Date of receipt | **03/06/2015** | Designation date | |
| Type | **Figurative** | Filing language | **English** |
| Nature | **Individual** | Second language | **German** |
| Nice classes | **28, 41 ( Nice Classification )** | Application reference | |
| Vienna Classification | **01.01.05, 01.01.12, 26.02.07, 28.05 ( Vienna Classification )** | Trade mark status | **Registered** |
| | | Acquired distinctiveness | **No** |

## Goods and services

English (en) ▼

**28**   Electronic games; Apparatus for games; Slot machines [gaming machines].

**41**   Betting services; Bingo hall services; Casino, gaming and gambling services; Casino services; Conducting lotteries for others; Operating lotteries; Providing of casino and gaming facilities; Wagering services; Gambling services; Game services;

Games equipment rental; Services for the organisation of games; Rental of game machines and apparatus; Organisation of games and competitions; Provision of on-line computer games; Organisation of quizzes, games and competitions; Electronic game services provided by means of the internet; Entertainment club services; Night-club services; Provision of club entertainment services; Providing slot machine parlors; Providing entertainment information; On-line entertainment; Entertainment provided via the internet; Providing facilities for entertainment; Entertainment services relating to quizzes; Entertainment services relating to competitions; Provision of on-line entertainment; Provision of rooms adapted for entertainment; Providing information in the field of entertainment by means of a global computer network; On-line entertainment; On-line gaming services; Games offered on-line (on a computer network); Entertainment services provided on-line from a computer database or the internet; Electronic games services, including provision of computer games on-line or by means of a global computer network.



## Description

English (en) ▼

| | |
|---|---|
| Description Colour | Blue; Red; Yellow. |

## Owners

### Ritzio Purchase Limited

| ID | **699202** | Country | **CY - Cyprus** | Correspondence address | |
|---|---|---|---|---|---|
| Organisation | **Ritzio Purchase Limited** | State/county | **n/a** | Ritzio Purchase Limited Diagorou Street 4, Kermia building, 6th floor, Office 601 CY-1097 Nicosia CHIPRE | Can be accessed and changed by authorised user via the User Area |
| | | Town | **Nicosia** | | Can be accessed and changed by authorised user via the User Area |
| Legal status | **Legal entity** | Post code | **1097** | | |
| | | Address | **Diagorou Street 4, Kermia building, 6th floor, Office 601** | | Can be accessed and changed by authorised user via the User Area |

## Representatives

### Levkovsky, Dmitry

| ID | **70180** | Country | **GB - United Kingdom** | Correspondence address | |
|---|---|---|---|---|---|
| Organisation | **n/a** | State/county | **n/a** | Dmitry Levkovsky 135 Arch. Makariou III, Emelle Bldg, 4th floor, CY-3021 Limassol CHIPRE | |
| Legal status | **Individual** | Town | **Elstree** | | |
| Type | **Lawyer** | Post code | **WD6 3EW** | | Counsel.Levkovsky@gmail.com |
| | | Address | **Suite 1 the Studio St. Nicholas Close** | | |

## Correspondence

| | From | Procedure | Filing number | Subject | Date | Actions |
|---|---|---|---|---|---|---|
| ☐ | | EUTM | 014193544 | Certificate of Registration | 25/09/2015 | |
| ☐ | | EUTM | 014193544 | Cover letter for registration certificate. | 25/09/2015 | |
| ☐ | | EUTM | 014193544 | Search report transmitted (Article 38(1) and (6)) | 12/06/2015 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 👤 | EUTM | 014193544 | Letter to the EUIPO | 10/06/2015 | 🖶 |
| ☐ | 👤 | EUTM | 014193544 | Figurative | 10/06/2015 | 🖶 |
| ☐ | 🖵 | EUTM | 014193544 | General correspondence | 10/06/2015 | 🖶 |
| ☐ | 🖵 | EUTM | 014193544 | Notice of absence of formal requirement (Rule 9(3)) | 08/06/2015 | 🖶 |
| ☐ | 👤 | EUTM | 014193544 | Figurative | 03/06/2015 | 🖶 |
| ☐ | 👤 | EUTM | 014193544 | Application form and attachment | 03/06/2015 | 🖶 |
| ☐ | 🖵 | EUTM | 014193544 | E-Comm receipt | 03/06/2015 | 🖶 |

Showing 1 to 10 of 10 entries

## IR transformation

No entry

## Seniority

No entry

## Exhibition priority

No entry

## Priority

No entry

## Publications

| Bulletin number | Date | Section | Description |
|---|---|---|---|
| 2015/110 | 16/06/2015 | A.1 | Applications published under article 40 EUTMR |
| 2015/182 | 25/09/2015 | B.1 | Registrations with no amendments since the application was published |

Showing 1 to 2 of 2 entries

## Cancellation

No entry

## Recordals

No entry

## Oppositions

No entry

## Appeals

No entry

## Decisions

No entry



## Renewals

No entry

## Trade mark relations

No entry



# information register

## Register number: 302008017149

**Trade mark registered Query started: September 9, 2016**

| INID | Criterion | Field | content |
|------|-----------|-------|---------|
| | **Master data** Close details | | |
| | Data file | DB | DE |
| 111 | register number | RN | 302008017149 |
| 210 | File number | AKZ | 3020080171499 |
| 540 | Reproduction of the trademark | WM | |
| 550 | Type of mark | MF | Word / figurative mark |
| | Registration in color | | Yes |
| 591 | Designation of colors | FA | white, yellow, orange, red, light blue, blue, dark blue |
| 220 | Application date | AT | Mar 13, 2008 |
| 151 | Date of entry into the register | ET | February 24, 2009 |
| 730 | proprietor | INH | Ritzio Purchase Limited, Nicosia, CY |
| 740 | representative | VTR | Achnitz & Partner Rechtsanwälte, 22767 Hamburg, DE |
| 750 | Address for service | ZAN | Achnitz & Partner Rechtsanwälte, Large Elbstr. 59, 22767 Hamburg |
| | Version of the Nice classification | | NCL9 |
| 511 | Class (es) Nice | KL | **41** , 38 |
| 531 | Class (es) of the figurative elements of marks (Vienna Agreement) | WBK | 01:01:01, 26.15.01, 05.27.02, 27.05.10, 01.29.13 |
| | Status of file | AST | Trade mark registered |
| 180 | Date of expiry of term of protection | VED | Mar 31, 2018 |
| 450 | Date of publication of the registration | VT | Mar 27, 2009 |
| | Start of opposition period | BWT | Mar 27, 2009 |
| | End of | EWT | June 29, 2009 |

| | | | |
|---|---|---|---|
| | opposition period | | |
| 510 | List of goods and services | WDV | Class (es) Nice 38:<br>Providing access to games including gambling, sweepstakes, lotteries and quizzes and competitions and bets in computer networks<br>Class (es) Nice 41:<br>Entertainment; cultural and sporting activities, arranging and conducting of games and lotteries, operation and services of a casino, operation and services of casinos, operation and services of online casinos or a casino via electronic networks and the Internet, operation and services of a gambling hall including a play-hall and a slot machine hall, installation of play equipment and slot machines, betting including sports betting and horse race betting, arranging and conducting of games including gambling, raffles, lotteries and quizzes and competitions in the field of education and entertainment and of bets, also electronic media and electronic networks such as the Internet, publishing and distributing profit lists Games, also via electronic media and electronic networks such as the Internet, operation and services of a billiard parlors, operation and services of a club (entertainment), operations and services a nightclub, operating and services a nightclub, operation and services of gambling clubs, operation and services of an amusement park, services of an entertainer, organization of entertainment shows, booking service for entry and entry cards (included in class 41); Entry and participation ticket sales for shows and other entertainment events and cultural events, information (information) (also via electronic media and electronic networks such as the Internet) on amusement, community, relaxation and recreational activities and cultural events (included in class 41) , information about leisure, relaxation and recreational activities (included in class 41), planning and organizing parties and festivals (entertainment), services of holiday camps (entertainment), organization of exhibitions of a cultural nature, production of shows and other events for entertainment , rental of sound recordings and films, devices of consumer electronics, such as video cassette recorders and other audio and audio-video recording and reproduce apparatus, gaming machines and other entertainment and gaming devices |

| position | Kind of procedure | Legal status | Date of capture in the IT system ▲ | Published in the Trade Mark Journal (Trademark Journal) of | Display all details |
|---|---|---|---|---|---|
| 1 | Application procedure | Trade mark registered | February 24, 2009 | Mar 27, 2009 | display details |
| 2 | Recording of changes - Appointment of representative / New representative details | Recording of changes completed | May 18, 2009 | June 19, 2009 | display details |
| 3 | opposition proceedings | opposition filed | July 21, 2009 | August 21, 2009 | display details |
| 4 | opposition proceedings | Trade mark canceled in part | January 6, 2011 | February 11, 2011 | display details |
| 5 | Recording of changes - Legal transfer | Recording of changes completed | August 13, 2013 | September 13, 2013 | display details |

**Report data error**   PDF download    St-66 xml download    Monitor via DPMAkurier

© 2016 German Patent and Trademark Office | Version 5.1.0-b10 from May 2, 2016



# Data of trademark

(111) **Reg. No.** M 65 021                    (151) **Reg. date** 20.07.2012
(210) **Applic.** M-12-396                     (220) **Applic. date** 05.04.2012
(181) **Expected expiration date** 05.04.2022
(531) **CFE ind.** 1.1.5; 13.1.5; 26.2.7; 26.2.8; 27.3.15



(591) **Colour composition** sarkans, tumši zils, zils, gaiši zils, dzeltens, balts
(730) **Owner** RITZIO PURCHASE LIMITED; Diagorou 4, Kermia Building, 6th floor, Office 601, 1097 Nicosia, CY
(740) **Representative** Olita LŪKA; Brīvības iela 52-1, Rīga, LV-1011, LV
(511) **41**  azartspēles; kazino un azartspēļu zāļu pakalpojumi
        **Status:** Registered



## STATE INTELLECTUAL PROPERTY OFFICE

Data last revised on the 09
September 2016

| | | |
|---|---|---|
| (111) | Registration Number: | **Z20080153** (trademark registered) |
| (210) | Application Number: | Z20080153A |
| (181) | Expiration Date: | **24/01/2018** |
| (220) | Filing Date: | **24.01.2008** |
| (151) | Registration Date: | **26.01.2009** |
| (450) | Publication Date: | **28.02.2009** |
| (442) | Date of Published Application: | **31.08.2008** |
| (591) | Colors Claimed: | **blue, blue, red, white, yellow, orange** |
| (540) | Mark Reproduction: | |



| | | |
|---|---|---|
| (732) | Holder (s): | **Ritzio International Limited** , Diagorou 4 Street; Kermia Building, Office 601, PC1097, Nicosia, CY |
| (740) | Representative: | **Law firm Vukmir and Associates** , Gramača 2L, 10000 Zagreb, HR |
| (531) | Vienna Class .: | **01/01/01**<br>**01/01/05**<br>**01/01/10**<br>**01/15/01**<br>**01/15/03**<br>**27/05/01**<br>**29/01/15** |
| (510) (511) | Goods and Services: | **9** **apparatus for recording, transmission or reproduction of sound or images; Magnetic media for the recording, acoustic panels; machines and mechanisms for automated devices that run with the prior coin; data processing equipment and computers; automatic devices for issuing tickets; music machines that run with a previous payment, automatic dispensing of something, electrical appliances for control, sound recording apparatus, electrical devices for communication, videotapes, video monitors, floppy disks, phonographic plates, optical disks, compact discs (unchanging memory), compact discs (audio-video), decorative magnets, mechanisms for devices that run with a previous payment, carriers of sound recordings, magnetic base for data bases for optical data; recorded computer programs; computer programs for games, computer programs (software that can be transferred to the user's computer - downloadable), electronic publications (which can be transferred to the user's computer -downloadable), cards with memory or microprocessor (smart card), zbrajači, gaming devices with television receivers, entertainment devices that are used only with television sets, computer peripherals, signaling devices against theft, chips (integrated circuits)** |

**16** **Paper, cardboard and goods made from these materials, not included in other classes; printed matter; photos; stationery; artists' materials; instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes), including fountain pens, albums, calendars (almanacs), posters (posters), tickets, tickets, ballot papers and similar products, patterns, blocks (ATA), covers unbound magazines, brochures, booklets, newsletters, newspapers, engraved art objects, bits of pencils, bits of chalk, stands for the seals, stamps, covers blocks with checks, hole punches (office supplies), riders on index cards, clips holder for pens, tags for pages in books, publications, bags (envelopes, pockets) of paper or plastics for packaging, graphic images, calendars, calendars which leaves tear, pens, pictures, crossed-out image; non-electric presses for credit card; maps, maps,**

catalogs, books, registers (books), envelopes (paper products), graphic drawings, equipment for training (except apparatus), instruments of writing, self-adhesive products for paper mills, paper knives (office supplies), cardboard or paper covers for bottles, paper covers (covers), greeting cards with music, greeting cards, postcards, postage, paper bags, covers for documents, laminated paper, magazines (magazines), racks for holding books, beer mats, stands for pens and pencils , stands for photos, sealing pads, press the paper, inkwell, office supplies except furniture, stationery, clips, pencil sharpeners (electric or non-electric), leaflets, printed schedule, art reproduction, pens, figurines of lined paper, transparent paper, flags of paper, photogravure, woodcuts, labels, not of textile

25 clothing, footwear, headgear

28 Games and toys; gymnastic and sporting articles not included in other classes, including automatic games (machines) with a previous payment, cups for prizes in games, dice (games), playing cards, billiard cues, chalk for billiard cues, the edges of the pool tables, round pieces of skin on top billiard sticks, equipment for games, billiard equipment to record points for billiards, billiard tables, billiard tables to be used with the prior payment, table tennis, devices for electronic games other than those used with television receivers, chips for games , balls for a game, billiard tables

35 advertising and marketing; business management; business administration; office jobs, the agency for import-export operations expertise (expertise), presentation of products, market studies, research for business, market research, consulting on the organization and conduct of business, advising on the organization of work, advice on the conduct of business, professional business consulting, organizing exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, assessment of commercial transactions, searching data in the information on file (for third parties), economic forecasting, sold at auction, sales promotion (for third parties), rental of office machines and apparatus , rental of automatic issuance of something, publication of advertising texts, distribution of samples, distribution of advertising materials, advertising on-line on the internet, collecting data in a central filing, systematization of data for the central cabinet, public relations, procurement services for third (purchase of products and service to others), wholesale and retail

38 Telecommunications services including electronic bulletin boards - BBS (telecommunications), providing access to a global computer network (service providers), providing telecommunication connection to global computer network, communication through a network of fiber optic cables

39 organizing travel, including provision of travel, booking travel, reservation, delivery (distribution) of goods, organizing cruises, passenger transport by car, rent a car, escorted passengers, wrapping products, services parking, chauffeur service, postal delivery or shipment of goods, services, tourist offices (except for hotel booking), storage of goods, tourist visits

41 training; professional training; leisure; sporting and cultural activities; including renting tennis courts, billiards, reserving places for performances, recording on videotape, discotheque services, gaming services for money, publication of books, information regarding recreation, information on entertainment, service clubs (entertainment or education), night clubs, services games provided online (from the computer network), service publications provided on-line (which can not be transferred to the user's computer), practical training (demonstration), organization of exhibitions for cultural and educational purposes, providing services buildings and facilities for recreation ( providing recreation facilities), arranging and conducting workshops for professional training, organization of competitions (training or entertainment), organization of lotteries, service camps for holidays (entertainment), organization of sporting events, amusement parks, providing facilities and facilities for sport (providing sports facilities) services hall for games, providing facilities and facilities for theater (providing cinema facilities), timing at sporting events, film production on video tape, film production, rental of sound recordings, rental of audio

equipment, VCR rentals, rental machines, rental of cinematographic films, Stadium rent (rental of stadium facilities), mikroizdavaštvo, publication of electronic books and journals on-line, publication of texts (except for advertising purposes), entertainment, reception planning (entertainment), casino services (providing casino facilities), translation services, photography, producing events

42 conception and development of computers and computer programs (software); analysis of computer systems, installation of computer software, updating (updating) of computer software, maintenance of computer programs, design (design) of computer systems, computer rentals, rental of computer programs, hosting (hosting) computer pages (web pages), creating and maintaining websites for other

43 refreshment services (catering); temporarily receiving the apartment, the agency booking (hotels, guest houses), rental of meeting rooms, resorts, hotel reservation, provision of temporary accommodation, hotel services, restaurants for fast and continuous serving (snack bars), cafe-restaurants, coffee shops (cafeterias ), restaurants, services camping holiday, service bars, providing facilities and facilities for camping (providing compground facilities), services supplying food and beverage - catering

Disclaimer
The State Intellectual Property Office assumes no responsibility for consequences arising from the use of the data contained in this site.

 © State Intellectual Property Office of the Republic of Croatia



# Company Overview





# Ritzio International: European gaming clubs operator

Ritzio International is a large international provider of gaming and entertainment services. Currently the Company operates over two hundred of gaming clubs in the Western and Eastern Europe.

Ritzio International is present in 6 countries:
Germany, Latvia, Belorussia, Romania, Croatia and Italy.

- Key brands – Vulkan and Million gaming clubs
- 204 gaming clubs

Turnover Geographical Breakdown
(2nd half of 2010)












# Ritzio International: European gaming clubs operator

Financial highlights: 2006-2010

|  | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|
| International Operations | 173 | 274 | 470 | 276 | 154 | 1 348 |
| Local Operations | 1 172 | 1 323 | 1 393 | 349 | - | 4 237 |
| Total | 1 345 | 1 597 | 1 863 | 625 | 154 | **5 584** |

Revenue for 2006-2010 over $5,5 billion

## Ritzio milestones



**1992** — Vulkan clubs opened in Moscow, Russia

**1995** — River Palace boat entertainment center opened in Kiev, Ukraine

**1998** — Metro Jackpot gaming chain launched in Ukraine

**2002** — Labirints clubs acquired in Riga, Latvia

**2004** — King premium gaming network opened in Kiev, Ukraine

**2005** — Million gaming chain opened in Romania

**2007** — Vulkan Sterns launched in Germany / Ritzio entered Belorussian and Czech markets

**2008** — Ritzio entered Italy and Croatia

**2009** — Acquisition of several lottery projects / Ritzio opened first VLT clubs in Russia

**2010** — Acquisition of several lottery projects



# GERMANY



Gaming machines
**2 134**

### Overview

Germany represents one of the most important markets for Ritzio as recent changes in regulations provide a solid ground for a major consolidation of the industry. With over 2,130 gaming machines deployed across Germany, Ritzio Germany operates 113 gaming locations in the largest of country's cities.

Its business activities are managed by three companies, established in the three key regions: Ritzio Central Germany (Cologne), Ritzio North Germany (Hamburg) and Ritzio Berlin (Berlin).



### Brands and Activities

Vulkan Stern is a German version of Ritzio's key brand 'Volcano'. Ritzio International operates a family of Vulcano-themed facilities that provide visitors with flexible access to a growing portfolio of gaming venues, entertainment services and strict standards of quality and safety. Thousands of visitors access 216 gaming properties located in four European countries.

Vulkan Stern Automatencasinos are formatted specifically for German operations and provide exciting gaming experience to players.



# ITALY




Gaming machines
**335**

### Overview

Ritzio Italy is represented by two offices, leading their businesses in different parts of the country – Rome and Milan. Currently the Company operates 11 gaming clubs and 335 machines nationwide.

### Brands and Activities

'Vulcano della Fortuna' is an Italian version of Ritzio's key brand 'Volcano', a recognized international brand. Our customers know that Vulcan is a place they can trust. The clubs are safe and secure; the machines' settings are honest. Vulcan guarantees paying out the money they win. Being part of a large network of clubs, we are known to be a stable and reliable company.







# BELARUS



Gaming machines
**1 401**



## Overview

Ritzio International entered the Belarusian market in 2007. Due to the Company's intensive expansion and vast experience in international operations, today Ritzio has 33 gaming clubs and 1,401 machines in the country.

## Brands and Activities

Vulcan chain of gaming clubs located the country's urban areas. The network is designed, equipped and managed in a strict accordance with Ritzio's requirements, those including comfortable and fresh interiors, modern machines and a selection of quality entertainment services.





# ROMANIA



Gaming machines
**1 103**

### Overview

Ritzio entered the Romanian market in 2005, and today the Company is one of the largest gaming operators in the country. It operates 29 gaming clubs and 1,103 machines nationwide.

### Brands and Activities

Million, an international chain of gaming clubs.  Millions are designed for modern city dwellers who seek an exciting player experience and positive emotions. Well positioned, the chain continues to gain popularity among local clients and is further strengthening its market position.







# CROATIA



Gaming machines
**668**



### Overview

Since 2008 Ritzio has acquired 21 gaming arcades in Croatia. The Company's primary focus in Croatia is to pursue and develop small and medium-size clubs segment within the 'convenient gaming' market. Balanced local gaming legislation and favourable market conditions provided Ritzio with an opportunity to reach its goal within a short period of time.

### Brands and Activities

The gaming properties are located in ten cities including the country's capital, Zagreb. Ritzio rebranded the acquired clubs into a Croatian version of company's key brand 'Volcano'– a popular multinational gaming chain, that employs principles of quality mass service and consistent branding.





# LATVIA



Gaming machines
**203**



### Overview

Ritzio entered the Latvian market in 2003. Today the Company operates a network of 8 gaming clubs and 203 gaming machines.

### Brands and Activities

The Labirints chain of gaming clubs is a developing sector of gaming services for modern and successful people. Labirints clubs are visited by those who not only make gaming a part of their everyday lives, but also a demand quality gaming establishment. The Labirints chain of gaming clubs operates in most of Latvia's cities.
















deutsch

search

site map

- **Our company**
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- **Gaming Venues**
  Germany ItalyCroatiaRomaniaBelarus
- **Press Centre**
  NewsPress Kit
- **Contact us**

# Gaming Venues / Germany

# Germany

- ## overview

  Germany represents one of the most important markets for Ritzio as recent changes in regulations provide a solid basis for major consolidation of the industry. With over 2,332 gaming machines deployed across the country, Ritzio Germany operates 129 gaming locations in the largest of the country's cities.

  Its business activities are managed by three companies, established in the three key regions: Ritzio Central Germany (Cologne), Ritzio North Germany (Hamburg) and Ritzio Berlin.

  ### brands and activities

  Vulkan Stern is a German version of Ritzio's key brand 'Volcano'. Ritzio International operates a family of Vulcano-themed facilities that provide visitors with flexible access to a growing portfolio of gaming venues, entertainment services and strict standards of quality and safety. Thousands of visitors access 249 gaming properties located in four European countries.

  Vulkan Stern Automatencasinos have a format specifically designed for German operations and provide an exciting gaming experience to players.

  | Gaming Clubs | Gaming Machines |
  | --- | --- |
  | 129 | 2,332 |

  Vulkan Stern gaming clubs websites:

  - www.vulkanstern.net
  - vulkan-casino.de

- ## Locations

  Gossen-Neu Zittau, Müggelpark 10-12

Zeuthen, Goethestraße 11
Bernau bei Berlin
Hamburg, Reeperbahn 6
Hamburg, Kreuzburger Str. 5 a
Hamburg, Pestalozzistr. 16
Hamburg, Winsener Str. 4
Hamburg, Wandsbeker Marktstr. 145
Hamburg, Wandsbeker Chaussee 1
Hamburg, Neue Große Bergstr. 13
Hamburg , Landwehr 5
Hamburg, Ahrensburger Str. 105
Hamburg, Ahrensburger Str. 113
Hamburg , Wandsbeker Zollstr. 155
Hamburg, Wilstorfer Str. 96
Hamburg, Knoopstr. 6
Hamburg, Große Bergstr. 201
Brunsbüttel, Von-Humbold-Platz 2
Itzehoe, Feldschmiede 73
Nienburg, Hannoversche Str. 154
Walsrode, Worth 18
Seevetal, Glüsinger Str . 54
Buchholz , Lindenstr. 2
Deggendorf, Werftstr. 15
Hamburg, Reeperbahn 115
Hamburg, Sanderdamm 41
Hamburg, Lohbrügger Landstr. 7
Hamburg, Rennbahnstr. 28
Hamburg , Steintorwall 4
Hamburg, Großer Schippsee 34
Hamburg, Legienstr. 4
Hamburg, Berner Heerweg 175
Hamburg, Große Freiheit 30
Hamburg, Hammerbrookstr. 73
Hamburg, Alter Postweg 15
Hamburg, Jessenstr. 6
Hamburg, Reeperbahn 118 /132
Hamburg, Saseler Chaussee 160
Hamburg, Meiendorfer Straße 93
Hamburg, Langenhorner Chaussee 129
Hamburg , Cuxhavener Straße 480
Hamburg, Bramfelder Chaussee 347
Geesthacht, Am Schleusenkanal 2-4
Jesteburg, Schützenstr. 2
Celle, Braunschweiger Heerstr. 59
Buchholz, Poststr.16
Soltau, Lüneburger Str. 27
Schwerin, Medeweger Str. 12
Brakel, Hanekamp 8
München, Goethestr. 5
Hamburg, Moorhof 11
Hamburg, Grete-Nevermann-Weg 2
Hamburg, Grelckstr. 36
Hamburg, Borsteler Chaussee 103
Hamburg, Grindelallee 91
Mülheim an der Ruhr, Oberhausener Str. 92-94
Mülheim an der Ruhr, Düsseldorferstr. 20
Mülheim an der Ruhr, Hans-Böckler-pl.1,
Mülheim an der Ruhr, Eppinghofferstr.150

Mülheim an der Ruhr, Friedrich-Ebert-Str. 220
Witten, Ardeystr.42
Würzburg, Nürnbergerstr. 76
Würzburg, Haugerpfarrgasse 6
Schweinfurt, Bahnhofstr. 30 1/2
Schweinfurt, Matthäus-Stäbleinstr. 2
Borken, Commende 12-14
Duisburg, Am Bahnhostr. 4
Duisburg, Von-der-Mark Str. 23-25
Duisburg, Wanheimerstrasse 61
Duisburg, Jägerstrasse 46
Ratingen, Bahnstrasse 29-31
Mülheim a.d Ruhr, Duiburger strasse 237
Düsseldorf, Bismarkstrasse 57
Kamp Lintorf, Ringstrasse 117
Geldern, Issumerstrasse 68-70
Mülheim a.d Ruhr, Hans-Böckler Platz 6
Bochum, Dorstenerstr.223
Gladbeck, Hermannstrasse 178
Duisburg, Ruhrorterstr. 45
Eichelzell, Rühnhof 1
Erkelenz, Aaachenerstrasse 75
Hallstadt, Hegangerstr., 23a
Bamberg, Gutenbergstr. 22
Forchheim, Bambergstr. 8
Forchheim , Daimlerstr, 10
Baiersdorf, Am Kreuzbach 2
Gelsenkirchen, Bochumerstr. 1
Essen, Marktstr. 4-6
Bielefeld, Herforder str. 179-181a
Berlin, Helene-Weigel-Platz 5
Berlin, Luebeckerstr
Berlin, Turmstr. 9
Berlin, Stromstr. 25
Berlin, Reinickendorfer Str. 89
Berlin, Friedrich-Wilhelm-Str.
Berlin, Neue Grottkauer Str.
Berlin, Siemensdamm
Berlin, Stromstr. 48
Berlin, Wilmersdorfer 142
Berlin, Kaiserdamm 39
Berlin, Sophie-Charlotten-Str. 35
Berlin, Schönhauser Allee
Berlin, Tempelhofer Damm 2
Berlin, Fennstr. 1
Berlin, Roedernallee
Berlin, Friedrichstr. 215
Berlin, Bismarckstr. 102
Berlin, Nollendorfplatz 5
Berlin, Bismarkst.72
Berlin, Reinickendorfer Str. 17
Berlin, Greifswald.
Berlin, Schustehrussstr. 10
Berlin, Beusselst.54
Berlin, Beusselstr. 44, 10553 Berlin
Berlin, Simonring 1-3, 13599 Berlin
Berlin, Streitstr. 11
Berlin, Herman-Hesse strasse, Berlin

Berlin, Boxhagen.123
Berlin, An d.Indust.
Berlin, Rennbahnstr. 87
Berlin, Wilhelminen.
Berlin, Chausseestr. 117
Berlin, Falkenseer Chaussee 194 a
Berlin, Müllerstr 166
Berlin, Herzbergstrasse 55
Berlin, Schoenwalderstrasse 110
Berlin, Wilmersdorferstrasse 76
Berlin, Königin-Elisabeth-Strasse 12
Berlin, Tempelhoferdamm 154
Berlin, Groenerstrasse 17
Berlin, Brunnenstrasse
Berlin, Marianenstrasse
Berlin, Cicerostrasse 22



designed by actis® wunderman

© 2011 Ritzio. All Rights Reserved.



deutsch

search

site map

- Our company
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- Gaming Venues
  Germany ItalyCroatiaRomaniaBelarus
- Press Centre
  NewsPress Kit
- Contact us

# Gaming Venues / Italy

## overview

Ritzio Italy is represented by an office in Milan, which leads its businesses in different parts of the country. Currently the company operates 10 gaming clubs and 305 machines in nine Italian cities.

## brands and activities

'Vulcano della Fortuna' is an Italian version of Ritzio's key, internationally recognized, brand 'Volcano'. Our customers know that Vulcan is a place they can trust. The clubs are safe and secure, and the machines' settings are honest. Vulcan guarantees pay-outs of all winnings. Being part of a large network of clubs, we are known to be a stable and reliable company.

| Gaming Clubs | Gaming Machines |
|---|---|
| 10 | 305 |



designed by actis® wunderman

© 2011 Ritzio. All Rights Reserved.



deutsch

search

site map

- Our company
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- Gaming Venues
  Germany ItalyCroatiaRomaniaBelarus
- Press Centre
  NewsPress Kit
- Contact us

# Gaming Venues / Romania

## • overview

Ritzio entered the Romanian market in 2005. Today the Group is one of the largest gaming operators in the country. It operates 43 gaming clubs and 1,869 machines nationwide.

## brands and activities

"Million" - an international chain of gaming clubs. "Millions" are designed for modern city dwellers who seek an exciting player experience and positive emotions. Well positioned, the chain continues to gain popularity among local clients and is further strengthening its market position.

Fortuna Palace, a large gaming property located in the heart of Bucharest, Romania. This new 1600-square-meter venue with its mix of 114 state-of-the-art gaming machines and three electronic roulettes has become Ritzio's largest gaming venue in the country. The club's interior boasts an elegant classical design that combines a European casino atmosphere with an urban spirit. The main gaming floor also features a VIP gaming club and a European cuisine restaurant.

| Gaming Clubs | Gaming Machines |
|---|---|
| 43 | 1,869 |

## • Locations

Bucuresti, Brancoveanu, 2
Bucuresti, OctavianGoga, 24
Bucuresti, Decebal, 24
Bucuresti, Nicolae Balcescu, 3-5
Bucuresti, Aerogarii, 2-8
Bucuresti, Floreasca, 246 B
Bucuresti, Stefancelmare, 12
Bucuresti, Calea 13 Septembrie, 117
Bucuresti, Stefan cel Mare, 240
Bucuresti, Crangasi, 29
Bucuresti, 1 decembrie 1918, 39-41
Bucuresti, Mihai Bravu, 192

Brasov, Nicolae Balcescu, 68
Bacau, Calea Republicii, 181
Bacau, MihaiViteazu, 2-4
Iasi, Tudor Vladimirescu
Iasi, Anastasie Panu, 31
Piatra Neamt, Decebal, 3
Baia Mare, Republicii, 14A
Sibiu, Soseaua Sibiului, 5
Braila, Calea Calarasilor, 66
Braila, Eminescu, 59
Buzau, Unirii, 232
Constanta, 1 Decembrie 1918
Constanta, Soveja
Focsani, Calea Moldovei, 32
Focsani, Unirii, 65
Ploiesti, Republicii, 17-25-1
Pitesti, Maior Santu, D2
Targoviste, Independentei, O2
Craiova, Calea Bucuresti, 18
Craiova, Calea Bucuresti, 80
Craiova, Ion Maiorescu, 3
Craiova, Piata Garii
Ramnicu Valcea, Regina Maria, 4
Targu Jiu, Eroilor, 6
Arad, Revolutiei, 83
Caransebes, MihaiViteazul
Lugoj, Mocioni, 7
Timisoara, Piata Marasti, 1-2



designed by actis® wunderman

© 2011 Ritzio. All Rights Reserved.



deutsch

search

site map

- Our company
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- Gaming Venues
  Germany ItalyCroatiaRomaniaBelarus
- Press Centre
  NewsPress Kit
- Contact us

# Gaming Venues / Croatia

## • overview

Since 2008 Ritzio has acquired 27 gaming arcades in Croatia. The Group's primary focus in Croatia is to pursue and develop the small and medium-size club segment within the 'convenient gaming' market. Balanced local gaming legislation and favorable market conditions have given Ritzio the opportunity to reach its goal within a short period of time.
http://www.ritzio.hr/

## brands and activities

Ritzio's gaming properties are located in ten cities, including the country's capital, Zagreb. The company rebranded the acquired clubs into a Croatian version of the company's key brand 'Volcano' – a popular multinational gaming chain - which employs principles of quality mass service and consistent branding.

| Gaming Clubs | Gaming Machines |
|---|---|
| 27 | 818 |

## • Locations

Dubrovnik, Nikole Tesle 2
Dubrovnik, Kralja Tomislava 7
Dakovo, Bana Jelacica 14
Mali Losinj, Zagrebacka 3
Biograd, Setaliste kneza Branimira 14a
Knin, Trg Oluje 3
Vodice, Dulcin 40
Hvar, Fabrika 5
Makarska, Kralja Tomislava 18
Omis, Drazoevica 14
Split, Dubrovacka 1
Split, Domovinskog rata 23
Split Kneza, Domagoja bb
Split, Dubrovacka 12

Trogir, Kneza Trpimira 2
Ivanec, M.Maleza 9
Zadar, Obala Kneza Branimira 9
Zagreb, I.B.Mazuranic 54
Zagreb, Masiceva 3a



designed by actis®wunderman

© 2011 Ritzio. All Rights Reserved.



deutsch

search

site map

- Our company
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- Gaming Venues
  Germany ItalyCroatiaRomaniaBelarus
- Press Centre
  NewsPress Kit
- Contact us

# Gaming Venues / Belarus

## • overview

Ritzio International entered the Belarusian market in 2007. Due to the company's intensive expansion and vast experience in international operations, today Ritzio has 29 gaming clubs and 1,029 machines in the country.

## brands and activities

The Vulcan chain of gaming clubs located the country's urban areas. The network is designed, equipped and managed in strict accordance with Ritzio's requirements, those including comfortable and fresh interiors, modern machines and a selection of quality entertainment services.

| Gaming Clubs | Gaming Machines |
|---|---|
| 29 | 1029 |

## • Locations

Борисов, ул.Гагарина, 58б-8
Борисов, пр. Революции, 43А-1
Барановичи, ул.Фроленкова, 42-2
Гомель, ул. Киселева, д.3
Гродно, ул.Антонова, 9-3
Гродно, пр-т. Клецкова, д.3Б-3
Гродно, ул.Советская, 25
Жодино, пр-т Мира, 19А,
Лида, ул. Советская, 11а
Могилев, пер.Пожарный, д.9
Могилев, ул. Первомайская, 29
Мозырь, ул. Рыжкова, 8а  247760
Молодечно, ул. Притыцкого, 21-1
Минск, пр.Независимости, 58-8
Минск, ул.Хоружей В.З., д.20
Минск, ул.Одинцова Л.Е., 19В
Минск, ул.Притыцкого С.О., 42А-1

Минск, ул.Долгобродская, 53
Минск, ул.Чкалова, 12-2
Пинск, ул. Ленина, 8
Светлогорск, ул. Ленина, 19А
Солигорск, ул.Железнодорожная, д.21
Слоним, ул.Красноармейская,8А-2



designed by actis®wunderman
© 2011 Ritzio. All Rights Reserved.

**Hotels, Restaurants and Leisure**
**Company Overview of Ritzio Entertainment Group**

August 08, 2016 9:29 AM ET

| Snapshot | People |
|----------|--------|

## Company Overview

Ritzio Entertainment Group operates in the entertainment and recreation industries in eastern Europe. The company also involves in restaurants and real-estate management businesses. It operates various chains of gaming clubs, casinos, bars, night clubs, restaurants, sports betting outlets, and entertainment parks under Ritzio brand. The company has operations in Russia, Ukraine, Kazakhstan, Latvia, Lithuania, Estonia, Romania, Peru, Bolivia, and Mexico. It operates approximately 1,000 gaming clubs, 40,000 slots, 7 casinos, and 2 entertainment centers. The company was founded in 1992 and is based in Moscow, Russia.

71 bldg1 Bakuninskaya str
Moscow, 105082
Russia

**Phone:** 7 495 933 7496
**Fax:** 7 495 933 7303
**www.ritzio.com**

Founded in **1992**

## Key Executives For Ritzio Entertainment Group

**Mr. Dmitry Gimmelberg**
Vice President of Finance and Vice President of Business Development

**Mr. Gennady Sokolov**
General Manager of Germany

**Ms. Veronika Nechina**
General Manager of Italy

Compensation as of Fiscal Year 2016.

## Similar Private Companies By Industry

| Company Name | Region |
|--------------|--------|
| Aleksandrovsky Park Hotel | Europe |
| Alex Fitness Ltd. | Europe |
| AMAKS Hotels&Resorts | Europe |
| Anex tour, OOO | Europe |
| Arkadiy Novikov Restaurants Ltd. | Europe |

## Recent Private Companies Transactions

| Type Date | Target |
|-----------|--------|
| No transactions available in the past 12 months. | |

**Request Profile Update**

# From Around the Web

## Amerikanen woedend: Iraakees wint "hun" loterij

theLotter.com

## 5 Star Luxury Hotels For Under 99€

VeryChic.com

**I Speak 10 Languages. Here Are The 7 Reasons Why.**
Babbel

**Are you a strategic thinker? Test your skills with millions of addicted players!**
Sparta Online Game

**The 19 Richest Men in the World**
PressroomVIP

**No Restrictive Contracts. Just a Better Mobile Phone**
OnePlus





The Gaming-Hospitality Industry's
Talent Acquisition Resource

User Log In Below:
For Employers
For Job Seekers

Home    Job Search    Job Seekers    Employers    Our Clients    Alliances    Career Resources    Company

## zio Ghana Limited



**Ritzio Ghana Limited** is a subsidiary of Ritzio international a multinational gaming operator. Ritzio Entertainment Group operates in the entertainment and recreation industries in Ghana. Ritzio Entertainment Group operates various chains of gaming clubs and casinos, bars, night clubs, restaurants, sports betting outlets, and entertainment parks under Ritzio brand.

Ritzio has operations in Russia, Ukraine, Kazakhstan, Latvia, Lithuania, Estonia, Romania, Peru, Bolivia, and Mexico. It operates approximately 1,000 gaming clubs, 40,000 slots, 7 casinos, and 2 entertainment centers. In Ghana Ritzio has about 21 slot houses currently running.

**To visit Ritzio Ghana Limited's featured jobs on Casino Careers please click here.**

Casino Careers          Employers          Job Seekers          Job Categories            

Copyright © 1998 - 2016 Casino Careers, LLC. All rights reserved.
Reproduction in whole or in part without permission is prohibited.







## Ritzio International — Issuer card

### General information

| | |
|---|---|
| Company | Ritzio International |
| Full company name | Ritzio International Limited |
| List of affiliated companies | IS Voulkan, Voulkan Finance, Voulkan (Ritzio Group), Ritzio Central Region |
| Country | Russia |
| Web | http://www.ritzio.com/russian |
| Type of legal entity | Not specified |
| Industry | Other sectors |
| Code | RitzioInternational |

### News

**08/06/2009** Ritzio International fails to pay coupon
**07/31/2009** Moody's withdraws rating Ritzio International's ratings
**07/02/2007** Moody's reviews Ritzio Entertainment Group for downgrade
**07/02/2007** Moody's assigns B3 CFR to Ritzio International Limited
**10/09/2006** Ritzio Ratings Not Immediately Affected By Russia's New Legislative Proposal On Gaming
**05/17/2006** Vympelcom Finance paid off debut issue of bonds for 3 bn rub.
**12/16/2005** S&P Rates Russian Gaming Group Ritzio 'B'; Outlk Stbl

### Issuer credit rating

Registration required. Please log in or fill in the registration form.

| | | | |
|---|---|---|---|
| Moody's Investors Service | *** | LT- foreign currency | *** |
| Standard & Poor's | *** | Foreign Currency LT | *** |
| Standard & Poor's | *** | Local Currency LT | *** |
| Standard & Poor's | *** | LT National Scale (Russia) | *** |

issuer credit rating

### Bond issues

Ritzio International, 10% 27jul2010, USD - International bonds (redemption default)
Ritzio Central Region, 12.5% 23mar2009, USD - International bonds (redeemed)
Voulkan (Ritzio Group), 12% 10jan2007, USD - International bonds (redeemed)
Voulkan (Ritzio Group), 12.75% 23dec2005, USD - International bonds (redeemed)
Voulkan Finance, 01 - Domestic bonds (cancelled)

all issues









### News
» Market News
» Research
» Indices

### Issues
» Simple Search
» Bond Calendar

### Bond Quotes
» OTC, Exchanges
» Market Participants' Quotes
» Bond Calculator

### Cbonds Group Projects:
Loans.Cbonds.Info - Loans.Cbonds, a premier source of information about and the CIS region (in Russian and English)
Review.Cbonds.Info - Cbonds Review, an analytical monthly magazine cov fixed income markets in Russia and the CIS (in Russian)

Cbonds international

Cbonds-Contact.Ru - Cbonds-Contact, a business social network for CIS fi

Investfunds.Ru - A unique portal on the stock market and other instrumen (in Russian)

PREQVECA.ru - IPO, private equity and venture capital (in Russian)

Cbonds.Congress.Com - Cbonds Congress, international financial conferen Europe (in Russian and English)

Mergers.ru - M&A in Russia

**We accept:**

  

Copyright (c) 2004 CbondS

Advertising | Contact us | User Agreement



[deutsch](#)

search

[site map](#)

- [Our company](#)
- [Gaming Venues](#)
- [Press Centre](#)
  [News](#)[Press Kit](#)
- [Contact us](#)

# Our company / Social Responsibility

- Since 2005 Ritzio has been providing active support to the Paralympic movement and sportsmen with disabilities. A long-term partnership between Ritzio and the Russian Paralympic Committee began with the company's sponsorship of the Russian national team at the 2006 Winter Paralympic Games in Turin.

  In early 2007 Ritzio International President Oleg Boyko became the head of the Paralympic Movement Development Commission within the Russian Paralympic Committee.
  At the same time he established the **Paralympic Sports Foundation (Parasport)**, a non-profit charitable foundation organized to support training and competition for athletes with disabilities.

- Parasport serves as a long-term source of financial assistance to athletes with physical and sensory impairments. The foundation, both in its role as a founding sponsor of the Paralympic Movement and through a variety of other fund-raising initiatives:

  - supports paralympic athletes in their participation in sports and social activities
  - provides financial support directly to promising athletes
  - stimulates public policy discussion and promotes sports among disabled individuals and groups
  - helps to enact measures to advance the prominence of paralympic sports in the country

  Go to the Parasport website [www.parasport.ru](http://www.parasport.ru)



© 2011 Ritzio. All Rights Reserved.



deutsch

search

site map

- **Our company**
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- **Gaming Venues**
- **Press Centre**
- **Contact us**

# Press Centre / news

## Ritzio's President Receives Charity Award

06 February 2009

- Ritzio International announces that the company's President, Oleg Boyko, was granted a special award in recognition of his diverse charity practices and the company's outstanding efforts in corporate social responsibilities. The Heart Award was presented at the annual International Gaming Awards ceremony in London, England on January 26th at the Millennium Gloucester Hotel.

  "The IGA's Heart Award recognises individuals from the Gaming/Leisure Industry that take time to help others without any recognition or reward for themselves, as examples to others to also involve themselves in helping their fellow humans", commented Colin Thompson, the Co-Founder of the International Gaming Awards (IGA). "The IGA strongly felt after hearing that Mr. Oleg Boyko had spent much of his time and effort in helping others strive to achieve their goals in the face of the their own disabilities. That the IGA should recognize Mr Boyko's great compassion and care for others".

- As one of the largest international gaming companies in the world, Ritzio has a long-term commitment to corporate social responsibility. Since 2005 the company and its President, Oleg Boyko, have been actively supporting Paralympic sports by providing sufficient funding and charitable programs to several National Paralympic Committees and countries, and individual Paralympic athletes. In 2007 Oleg Boyko initiated a launch of International Parasport Foundation to support and promote Paralympic movement internationally. Ritzio's engagement in a children cancer fundraising programme "Billion in small notes" and placement of donation boxes in Vulcan gaming clubs encourages gaming clubs visitors to contribute to treatment of sick children.



[back](#)

designed by actis°wunderman

© 2011 Ritzio. All Rights Reserved.