# EXHIBIT A
# PART 2













