# EXHIBIT A
# PART 3













| | | |
|---|---|---|
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Sheriff's Life | Russian Myth | Diamond Dr... NEW |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Little Green Man | Wheels of Fire | Happy Holiday |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| demobee JACKPOT | Hot Vegas JACKPOT | Dark Side |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Reef Treasures | Diamond Dreams De... | FunZoo |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Samurai | Pretty Hous... JACKPOT | Pirates NEW |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Vikings' Exp... JACKPOT | Arabian Nights | Bon Voyage JACKPOT |
| PLAY DEMO | PLAY DEMO | PLAY DEMO |
| Chicago | Tropicana | |
| PLAY DEMO | PLAY DEMO | |

**POPULAR GAME ROOM**

24/7 SUPPORT















Copyright 2009 - 2016, the gaming club "Volcano" slot machines online - All rights reserved. "Volcano" is a registered trademark. Software developed by AceKing Holding Ltd. We are ready to answer your questions by phone: + 7-499-999-1234, + 38-044-594-6939, you can also take the help of online.

