# EXHIBIT A
# PART 4



















TIME LOTTERY WIN

Пароль

☑ I accept the terms and conditions
☑ Remember me

**Sign up**

Login with:

I am already registered  Login

Общий призовой фонд
**780 000 РУБ**

Период проведения
23/03/2015 to 04/03/2015

**WINNERS**

Completed

‹ 1 2 3 4 **5** ›

## BASIC RULES OF LOTTERY GAME CLUB VOLCANO:



ЛОТЕРЕЯ
«УРОЖАЙНЫЙ СЕНТЯБРЬ»

**PARTICIPATE**

① To take part in the lottery, it is necessary in the period of its implementation to make bets on the amount equal to the ticket price or more. Bids are accepted in slot machines participating in the lottery.

② For example, a ticket costs 500 rubles. Bids may be different amounts, but the ticket is charged on the total amount of rates of 500 rubles, for example, 230+ 270 rubles. Sum all player bets made during the game on different machines.

③ Important: do not participate in the lottery all the slots. List of slot machines lottery participants will be further specified in the description of the lottery.

④ The amount received by you tickets and all information about the lottery (prizes, prizes size, time before the draw) will be displayed in the section Lottery, as well as on your profile. Thus, you will see how many bets you need to do before the next ticket.

⑤ A player can receive an unlimited number of tickets.

⑥ At the end of the online lottery draw results are displayed. Winners will be notified by e-mail.

⑦ Participation in the lottery, you consent to the disclosure of your nickname or conducting interviews in the case of your victory.

⑧ The organizers of the lottery shall have the right not to conduct any written negotiations and not to maintain contacts with other participants in the lottery except as provided in these conditions.

⑨ One casino player has the right to create only one account to play for real money. In case of violation of the rules of the casino has the right to block all existing user accounts without the right to unlock and declare all lottery tickets according to the accounts below. For safety reasons, the organizers may at any time ask the lottery participant to provide the documents required for identification of the account. Disclaimer Player entail his suspension and will deprive the right to receive a prize.

⑩ By participating in the lottery casino Volcano, you automatically agree to the terms and conditions of its realization.



ИГРАТЬ | БОНУСЫ | БАЛЛЫ | КАССА | НОВОСТИ | ПОМОЩЬ







In the drawing of the jackpot games are involved:

 Marco Polo
 Bon Voyage
 Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| funner_qu ** | Petite jackpot | 828999 | 06.19.2016 2:39 |
| kjk ** | "Hot" Jackpot | 890811 | 06.15.2016 5:41 |
| zib ** | Fruit jackpot | 862402 | 04.06.2016 7:50 |
| Baf ** | Male jackpot | 1144956 | 05.31.2016 7:23 |
| GLOBUSX ** | Petite jackpot | 833660 | 22.05.2016 23:44 |
| ** Nevez | Traveller Jackpot | 1028397 | 05.08.2016 19:37 |
| djonat ** | "Hot" Jackpot | 890022 | 03.05.2016 14:50 |
| GoBl ** | Petite jackpot | 831018 | 25.04.2016 20:50 |
| NyaIII ** | Male jackpot | 1143216 | 04.23.2016 2:21 |
| Rak ** | Fruit jackpot | 862632 | 19.04.2016 13:02 |
| Micah ** | Petite jackpot | 832729 | 29.03.2016 17:55 |

< 1 **2** 3 ... 8 >




In the drawing of the jackpot games are involved:



Marco Polo      Bon Voyage      Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| Frank_Bru ** | Traveller Jackpot | 1026740 | 03.26.2016 10:40 |
| Evgeha_Basaly ** | "Hot" Jackpot | 890227 | 21.03.2016 23:59 |
| Ran ** | Male jackpot | 1144258 | 15.03.2016 21:20 |
| LadyS ** | Fruit jackpot | 862580 | 04.03.2016 18:15 |
| Scyt ** | Petite jackpot | 830229 | 03.02.2016 15:00 |
| Mast ** | Traveller Jackpot | 1027575 | 02.12.2016 1:42 |
| Katie ** | "Hot" Jackpot | 890133 | 02.08.2016 9:08 |
| Maga_Ado ** | Male jackpot | 1144100 | 02.06.2016 16:18 |
| Dila ** | Petite jackpot | 832804 | 02.04.2016 12:05 |
| ShpilG ** | Fruit jackpot | 862668 | 01.18.2016 23:27 |
| $ H @ dOW1 ** | NEW YEAR'S JACKPOT | 3011785 | 01.11.2016 22:28 |

&lt; 1 2 **3** 4 … 8 &gt;

In the drawing of the jackpot games are involved:



Marco Polo   Bon Voyage   Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| Rom ** | Petite jackpot | 829932 | 01.08.2016 9:10 |
| Henry_Ga ** | Traveller Jackpot | 1026653 | 30.12.2015 16:44 |
| Kela ** | Male jackpot | 1144303 | 12.30.2015 11:17 |
| Fai ** | "Hot" Jackpot | 892184 | 27.12.2015 18:16 |
| Sadi ** | Petite jackpot | 832881 | 12.12.2015 6:15 |
| sovesem ** | Fruit jackpot | 865565 | 04.12.2015 4:39 |
| xiPo ** | Male jackpot | 1151521 | 22.11.2015 6:15 |
| Yac ** | Traveller Jackpot | 1034737 | 11.17.2015 7:46 |
| myC ** | "Hot" Jackpot | 895251 | 11.15.2015 3:25 |
| Skotin ** | Petite jackpot | 836533 | 11.15.2015 3:20 |
| MEDV ** | Fruit jackpot | 863358 | 10.19.2015 9:52 |



1  2  3  4  5  …  8



ИГРАТЬ   БОНУСЫ   БАЛЛЫ   КАССА   НОВОСТИ   ПОМОЩЬ

In the drawing of the jackpot games are involved:



Marco Polo | Bon Voyage | Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
| --- | --- | --- | --- |
| Sesk_Torr ** | Petite jackpot | 839512 | 10.19.2015 00:25 |
| InFe ** | Male jackpot | 1145276 | 10.15.2015 1:14 |
| Anxo ** | The total jackpot | 8879202 | 14.10.2015 15:58 |
| Hampt ** | Traveller Jackpot | 1030529 | 10.04.2015 22:48 |
| (Nikol ** | "Hot" Jackpot | 893022 | 03.10.2015 12:34 |
| Temi ** | Petite jackpot | 831775 | 21.09.2015 21:30 |
| Nestor_Rodrig ** | Male jackpot | 1151772 | 06.09.2015 20:12 |
| tsunam ** | Fruit jackpot | 860681 | 03.09.2015 15:04 |
| Skario ** | Petite jackpot | 836403 | 25.08.2015 18:35 |
| Yumer ** | Traveller Jackpot | 1026563 | 22.08.2015 13:50 |
| Sha ** | "Hot" Jackpot | 887644 | 21.08.2015 21:43 |

< 1 … 4 **5** 6 7 8 >



In the drawing of the jackpot games are involved:

| | | |
|---|---|---|
| Marco Polo | Bon Voyage | Columbus Deluxe |

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| Kela ** | Male jackpot | 1140477 | 30.07.2015 15:11 |
| Kaiii ** | Petite jackpot | 824347 | 29.07.2015 15:41 |
| Nick_Jac ** | Fruit jackpot | 867464 | 19.07.2015 20:17 |
| kukun ** | "Hot" Jackpot | 897170 | 07.10.2015 6:52 |
| Christopher_Franc ** | Traveller Jackpot | 1032539 | 07.10.2015 4:53 |
| Mortarion ** | The total jackpot | 5068879 | 02.07.2015 19:07 |
| Sunk ** | Petite jackpot | 837237 | 02.07.2015 12:46 |
| Kai ** | Male jackpot | 1152285 | 06.22.2015 10:09 |
| Keldr ** | Petite jackpot | 730682 | 05.06.2015 9:51 |
| Czar_Mart ** | Fruit jackpot | 865391 | 04.06.2015 1:29 |
| Maeth ** | "Hot" Jackpot | 892928 | 28.05.2015 16:00 |

< 1 ... 5 **6** 7 8 >

In the drawing of the jackpot games are involved:



Marco Polo     Bon Voyage     Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| Messi ** | Traveller Jackpot | 1030097 | 27.05.2015 19:55 |
| Sralk ** | Male jackpot | 1147176 | 05.15.2015 5:07 |
| Kazant ** | Petite jackpot | 831818 | 05.09.2015 6:56 |
| Machin ** | Fruit jackpot | 869335 | 04.19.2015 6:41 |
| Sea ** | "Hot" Jackpot | 897183 | 04.16.2015 1:08 |
| aim3t ** | Traveller Jackpot | 1034690 | 04.14.2015 10:57 |
| Jeffrey_Cardo ** | Petite jackpot | 835849 | 04.12.2015 4:01 |
| Atr ** | Male jackpot | 1153387 | 04.07.2015 00:05 |
| San ** | Petite jackpot | 835937 | 03.16.2015 1:06 |
| Schlitz ** | Fruit jackpot | 868356 | 03.04.2015 11:53 |
| _Dre ** | "Hot" Jackpot | 898069 | 03.04.2015 10:16 |

‹ 1 … 6 **7** 8 ›

ИГРАТЬ   БОНУСЫ   БАЛЛЫ   КАССА   НОВОСТИ   ПОМОЩЬ



In the drawing of the jackpot games are involved:

Marco Polo | Bon Voyage | Columbus Deluxe

## LIST OF WINNERS

| Player | The name of the jackpot | Winning, rub | date |
|---|---|---|---|
| Penelo ** | Traveller Jackpot | 961554 | 02.03.2015 1:59 |
| Crea ** | Male jackpot | 1151198 | 02.27.2015 19:03 |
| Pafnytran_Pafnyt ** | Petite jackpot | 836479 | 16.02.2015 22:11 |
| AHT ** | Delicious jackpot | 1912950 | 01.12.2015 12:00 |
| =|True ** | Male jackpot | 1418861 | 01.08.2015 7:32 |
| ALI ** | "Hot" Jackpot | 2494428 | 01.05.2015 12:00 |
| Leon_Vost ** | Fruit jackpot | 2170616 | 12.30.2014 3:53 |
| iri ** | Male jackpot | 1419418 | 12.22.2014 9:46 |
| Artem_Kornil ** | Fruit jackpot | 2093949 | 09.12.2014 00:00 |
| Execut ** | Male jackpot | 1412482 | 12.05.2014 12:00 |
| Agony_C ** | Traveller Jackpot | 88843 | 25.11.2014 9:00 |



&lt; 1 ... 6 7 **8** &gt;




ИГРАТЬ | БОНУСЫ | БАЛЛЫ | КАССА | НОВОСТИ | ПОМОЩЬ



| | | | |
|---|---|---|---|
| From 500 to 999 rubles | 200% | From 1000 to 1998 rubles | 45 |
| From 1000 to 1999 rubles | 250% | From 2500 to 4997.5 rubles | 45 |
| From 2000 to 9999 rubles | 300% | From 6000 to 29997 rubles | 45 |
| From 10000 to 19999 rubles | 350% | From 35000 to 69996.5 rubles | 45 |
| From 20000 to 39999 rubles | 400% | From 80,000 to 159,996 rubles | 45 |



## BONUS FOR ANY DEPOSIT

You have already rated our slot machines? You want to play? Remember each subsequent replenishment also gives the opportunity to receive a bonus.

### CONDITIONS OF THE BONUS:

 refill your account for the amount of 100 rubles

| Deposit | bonus | The amount of bonus | Wager |
|---|---|---|---|
| From 100 to 499 rubles | 100% | From 100 to 499 rubles | 45 |
| From 500 to 999 rubles | 120% | From 600 to 1198.8 rubles | 45 |
| From 1000 to 1999 rubles | 150% | From 1500 to 2998.5 rubles | 45 |
| From 2000 to 4999 rubles | 200% | From 4000 to 9998 rubles | 45 |
| From 5000 to 9999 rubles | 250% | From 12500 to 24997.5 rubles | 45 |
| From 10,000 to 40,000 rubles | 270% | From 27,000 to 108,000 rubles | 45 |



## COUPONS

Using a coupon, you can increase your deposit several times.
Enter the promotion code in the activation of the line when replenishing the deposit online gaming club and get a bonus. Sign up online and get coupons in the mail, or sign up for our group VKontakte and the first to learn about new coupons. Please note, the validity of the coupon is limited. Use the coupon can be for 2-3 days.

An important condition for receiving the bonus coupon is to make the minimum amount specified in the coupon.

### CONDITIONS OF THE BONUS:

 receive a coupon

 replenish the deposit for the amount specified in the coupon

 when funding the account enter the promo code Coupon



## BONUS FOR FRIEND

Play with friends more fun and more profitable! For every friend you refer in a one-time gift to you will be credited with the bonus wager wagering 45. The size of the bonus will be equal to the sum of the first deposit made by your friend for a game. The bonus for a player registered on the website at least 30 days.

### CONDITIONS OF THE BONUS:

 invite a friend

 Visiting the player must replenish your account


24/7 SUPPORT

