# United States District Court
# Western District of Washington

Mandzela Zhocelin-Patrick a/k/a Mandzela Zhoselin-Patrick

Plaintiff(s)

v.

Ritzio Purchase Limited

Defendant(s)

Case Number: 2:17-CV-0002

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Matthew Shayefar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mandzela Zhocelin-Patrick a/k/a Mandzela Zhoselin-Patrick

The particular need for my appearance and participation is:

As lead counsel, having represented the party in the dispute prior in the UDRP proceeding that preceded the filing of the Complaint in this matter.

I, Matthew Shayefar understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/3/17      Signature of Applicant: s/ Matthew Shayefar

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Matthew Shayefar |
| Law Firm Name: | Boston Law Group, PC |
| Street Address 1: | 825 Beacon Street |
| Address Line 2: | Suite 20 |
| City: | Newton |
| State: | Massachusetts |
| Zip: | 02459 |
| Phone Number w/ Area Code: | 617-928-1806 |
| Bar #: | 685927 |
| State: | Massachusetts |
| Primary E-mail Address: | matt@bostonlawgroup.com |
| Secondary E-mail Address: | |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Matthew Shayefar is unable to be present upon any date assigned by the court.

Date: 1/3/17   Signature of Local Counsel: s/ Philip P Mann

| | |
|---|---|
| Local Counsel's Name: | Philip P Mann |
| Bar #: | 28860 |
| Law Firm Name: | Mann Law Group |
| Street Address 1: | 1218 3rd Avenue |
| Address Line 2: | Suite 1809 |
| City: | Seattle |
| State: | WA |
| Zip: | 98101 |
| Phone Number w/ Area Code Example: 999-999-9999 | 206-436-0900 |