AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ritzio Purchase Limited__
was received by me on *(date)* __June 26, 2017__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ms. Eresmi Aristodemou__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Ritzio Purchase Limited__
on *(date)* __June 27, 2017__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __210.00__ for travel and $ __1285.00__ for services, for a total of $ __1495.00__ .

I declare under penalty of perjury that this information is true.

Date: __June 29, 2017__

_____
Server's signature

__Leonis Georgiou__
Printed name and title

Process Service Network
21218 Merridy Street
Chatsworth, CA 91311

_____
Server's address

Additional information regarding attempted service, etc:

Ms. Eresmi Aristodemou is designated by the Agent for Service to accept service on behalf of the Defendant.
The service address is Costas Indianos + Co., Drigorou Street 4, Kermia Building, 6th Floor, office 601, P.C. 1097, Nicosia, Cyprus.