HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK,<br><br>an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RITZIO PURCHASE LIMITED,<br><br>a Cyprus company,<br><br>Defendant. | Case No.:<br>2:17-cv-00002-RAJ<br><br>**PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT RITZIO PURCHASE LIMITED**<br><br>NOTE ON MOTION CALENDAR:<br>July 20, 2017 |

Pursuant to Rule 55(a) of the Federal Rules of civil Procedure and Local CR Rule 55(a), Plaintiff Mandzela Zhocelin-Patrick hereby moves the Court for entry of default against Defendant Ritzio Purchase Limited.  Despite having been served with the Complaint on this matter on June 27, 2017, Defendant has failed to make any contact with Plaintiff's counsel and has failed to file or serve an answer or any other response to the Complaint as of the date hereof,

Motion for Default Against
Ritzio Purchase Limited
Page 1

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800

1  which is more than 21 days since the date of service.  This Motion is further based upon the

2  following:

3      1.    Defendant Ritzio Purchase Limited is, upon information and belief, a Cyprus

4  company with Corporate ID 144533 and a business address of Diagorou Street 4, Kermia

5  Building, 6th Floor, Office 601, P.C. 1097 in Nicosia, Cyprus.  *See* Declaration of Matthew

6  Shayefar ["Shayefar Decl."], filed herewith, ¶ 2.

7      2.    Plaintiffs' counsel transmitted a copy of the Summons, Complaint, Civil Cover

8  Sheet, Exhibits and this Court's Standing Order to Process Server Network LLC for service on

9  Defendant at the above referenced address.  Shayefar Decl., ¶ 3.

10     3.    On June 27, 2017, Process Server Network LLC had the documents served on

11 Defendant's designated agent to accept service of process at the above referenced address.

12 Shayefar Decl., <u>Exhibit 1</u>.

13     4.    Accordingly, Defendant's answer to the Complaint was due on July 18, 2017.

14 Fed. R. Civ. P. 12(a)(1).

15     5.    Since this matter was filed and since Defendant was served, Plaintiff's counsel

16 has not been contacted by Defendant nor anyone purporting to represent Defendant in this

17 matter.  Shayefar Decl., ¶ 5.

18     6.    To date, Defendant has not filed an answer to the Complaint or any other response

19 to the Complaint.  Shayefar Decl., ¶ 6.

20 Because Defendant has not answered the Complaint, Plaintiff is entitled to a default

21 entered against Defendant in this matter.  Accordingly, Plaintiff respectfully requests that the

22 Court enter default against Defendant Ritzio Purchase Limited.  A Proposed Order is submitted

23 herewith.

Motion for Default Against  
Ritzio Purchase Limited  
**Page 2**

Boston Law Group PC  
825 Beacon St Ste 20, Newton, MA 02459  
617-928-1800

Respectfully Submitted this 20th day of July, 2017.

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:	(617) 928-1800
Fax:	(617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Philip P Mann
Philip P Mann (WSBA# 28860)
Mann Law Group
1218 3rd Avenue, Suite 1809
Seattle, Washington 98101-3060
Tel:	(206) 436-0900
Fax:	(866) 341-5140
phil@mannlawgroup.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

Executed July 20, 2017                         /s/ Matthew Shayefar
                                              Matthew Shayefar

Motion for Default Against
Ritzio Purchase Limited
**Page 3**

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800