HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RITZIO PURCHASE LIMITED, a Cyprus company,<br><br>Defendant. | Case No.:<br>2:17-cv-00002-RAJ<br><br>**SHAYEFAR DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AGAINST RITZIO PURCHASE LIMITED** |

I, Matthew Shayefar, declare and state as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida. I am *pro hac vice* counsel of record to Plaintiff in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.   Based on my research and documents I have seen, Defendant Ritzio Purchase Limited is, I believe, a Cyprus company with Corporate ID 144533 and a business address of Diagorou Street 4, Kermia Building, 6th Floor, Office 601, P.C. 1097 in Nicosia, Cyprus.

3.   I transmitted a copy of the Summons, Complaint, Civil Cover Sheet, Exhibits and this Court's Standing Order in the above captioned matter to Process Server Network LLC for service on Defendant at the above referenced address.

4.   Process Server Network LLC returned to me a Proof of Summons, a true and correct copy of which I attach hereto as <u>Exhibit 1</u> and which I have filed in the above captioned case.

5.   Since this matter was filed and since Defendant was served, I have not been contacted by Defendant nor anyone purporting to represent Defendant in this matter, nor have any other of the counsel for Plaintiff in this matter.

6.   To date, Defendant has not filed an answer to the Complaint or any other response to the Complaint.

I declare under the penalty of perjury that the foregoing facts are true and correct.

Dated: July 20, 2017

_____
Matthew Shayefar, Esq.

Shayefar Declaration in Support of
Motion for Default
**Page 2**

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800

# Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ritzio Purchase Limited**

was received by me on *(date)* **June 26, 2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ms. Eresmi Aristodemou**, who is designated by law to accept service of process on behalf of *(name of organization)* **Ritzio Purchase Limited** on *(date)* **June 27, 2017** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **210.00** for travel and $ **1285.00** for services, for a total of $ **1495.00**.

I declare under penalty of perjury that this information is true.

Date: **June 29, 2017**

*Server's signature*

**Leonis Georgiou**
*Printed name and title*

Process Service Network
21218 Merridy Street
Chatsworth, CA 91311

*Server's address*

Additional information regarding attempted service, etc:

Ms. Eresmi Aristodemou is designated by the Agent for Service to accept service on behalf of the Defendant.
The service address is Costas Indianos + Co., Drigorov Street 4, Kermia Building, 6th Floor, office 601, P.C. 1097, Nicosia, Cyprus.