HON. RICHARD A. JONES

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RITZIO PURCHASE LIMITED, a Cyprus company,<br><br>Defendant. | Case No.:<br>2:17-cv-00002-RAJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT RITZIO PURCHASE LIMITED** |

This Court, having considered Plaintiff Mandzela Zhocelin-Patrick's Motion for Default Against Defendant Ritzio Purchase Limited, the other documents as filed in this matter, and otherwise being fully informed, holds that it is hereby:

ORDERED AND ADJUDGED that Plaintiff Mandzela Zhocelin-Patrick's Motion for Default Against Defendant Ritzio Purchase Limited is GRANTED and default is entered against Defendant Ritzio Purchase Limited.

Proposed Order of Default
Page 1

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800

DONE AND ORDERED in Chambers this ___ day of _____, 2017.

_____
THE HON. RICHARD A. JONES
United States District Court

Presented by:

Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:  (617) 928-1800
Fax:  (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Philip P Mann (WSBA# 28860)
Mann Law Group
1218 3rd Avenue, Suite 1809
Seattle, Washington 98101-3060
Tel:  (206) 436-0900
Fax:  (866) 341-5140
phil@mannlawgroup.com

*Attorneys for Plaintiff*