HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK,<br><br>Plaintiff,<br><br>v.<br><br>RITZIO PURCHASE LIMITED,<br><br>Defendant. | Case No.: 2:17-cv-00002-RAJ<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT RITZIO PURCHASE LIMITED |

This Court, having considered Plaintiff Mandzela Zhocelin-Patrick's Motion for Default Against Defendant Ritzio Purchase Limited, the other documents as filed in this matter, and otherwise being fully informed, holds that it is hereby:

ORDERED that Plaintiff Mandzela Zhocelin-Patrick's Motion for Default Against Defendant Ritzio Purchase Limited (Dkt. #11) is GRANTED and default is entered against Defendant Ritzio Purchase Limited.

DATED this 21st day of July, 2017.

WILLIAM M. McCOOL,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

ORDER OF DEFAULT - 1

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800