The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK, an Individual,<br><br>        Plaintiff,<br><br> v.<br><br>RITZIO PURCHASE LIMITED, a Cyprus company,<br><br>        Defendant. | No. 2:17-cv-00002<br><br>NOTICE OF APPEARANCE |

TO:  CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Douglas A. Grady hereby enters this Notice of Appearance as an attorney in the above-entitled action for Defendant, RITZIO PURCHASE LIMITED, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at the address stated below.

DATED this 11th day of August, 2017.

        FOSTER PEPPER PLLC

        */s/ Douglas A. Grady*
        Douglas A. Grady, WSBA #36100
        1111 Third Avenue, Suite 3000
        Seattle, WA 98101
        Telephone: (206) 447-4400
        Fax: (206) 447-9700
        Email: douglas.grady@foster.com;
        *Attorneys for Defendant*

NOTICE OF APPEARANCE - 1
Case No. 2:17-cv-00002 RAJ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51627375.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Douglas A. Grady*
Douglas A. Grady

NOTICE OF APPEARANCE - 2
Case No. 2:17-cv-00002

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51627375.1