The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK an Individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RITZIO PURCHASE LIMITED, a Cyprus company,<br><br>　　　　　　　　　Defendant. | No. 2:17-cv-00002 RAJ<br><br>**NOTICE OF INTENT** TO FILE A MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT |

Defendant Ritzio Purchase Limited ("Ritzo"), respectfully provides notice to the Clerk and Plaintiff that Ritzio intends to file a Motion to Set Aside the Clerk's Entry of Default entered in this case on July 21, 2017 (Dkt. # 12).

Ritzio's Seattle-based attorney continues to prepare the appropriate papers, but the combination of disparate time zones, significant language barriers, and an extraordinarily large fact record (the Complaint and related Exhibits (Dkt. # 1) are 751 pages in length) have meant that a substantive response is taking extra-ordinary time to prepare.

NOTICE OF INTENT TO FILE A MOTION TO SET ASIDE
CLERK'S ENTRY OF DEFAULT - 1
Case No. 2:17-cv-00002 RAJ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51632443.1

1    DATED this 31st day of August, 2017.

2                                          FOSTER PEPPER PLLC

3                                          */s/ Douglas A. Grady*
4                                          Douglas A. Grady, WSBA #36100
     1111 Third Avenue, Suite 3000
5                                          Seattle, WA 98101
     Telephone: (206) 447-4400
6                                          Fax: (206) 447-9700
     Email: douglas.grady@foster.com;
7                                          *Attorney for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF INTENT TO FILE A MOTION TO SET ASIDE
CLERK'S ENTRY OF DEFAULT - 2
Case No. 2:17-cv-00002 RAJ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51632443.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Douglas A. Grady*

NOTICE OF INTENT TO FILE A MOTION TO SET ASIDE
CLERK'S ENTRY OF DEFAULT - 3
Case No. 2:17-cv-00002 RAJ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51632443.1