The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANDZELA ZHOCELIN-PATRICK
an Individual,

                Plaintiff,

   v.

RITZIO PURCHASE LIMITED,
a Cyprus company,

                Defendant.

No. 2:17-cv-00002

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

NOTED FOR: October 6, 2017

**ORDER**

Before this Court is Defendant Ritzio Purchase Limited's Motion to set aside this Court's July 21, 2017 entry of default ("Motion"). Having considered the Motion, the Plaintiff's Opposition and any Reply to the Opposition, and all pleadings and files herein, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Court direct the clerk to VACATE the Court's July 21, 2017 Order entering default against Defendant (Dkt. # 12).

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT - 1
Case No. 2:17-cv-00002 RAJ

51636945.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

Executed this ___ day of _____, 2017.

_____<br>The Honorable Richard A. Jones

PRESENTED BY:

FOSTER PEPPER PLLC

*s/Douglas A. Grady*
Douglas A. Grady, WSBA #36100
  douglas.grady@foster.com
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

*Attorney for Defendant*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT - 2
Case No. 2:17-cv-00002 RAJ

51636945.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      *s/Douglas A. Grady*
      Douglas A. Grady

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT - 3
Case No. 2:17-cv-00002

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51636945.1