HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK,

an Individual,

   Plaintiff,

v.

RITZIO PURCHASE LIMITED,

a Cyprus company,

   Defendant.

Case No.:
2:17-cv-00002-RAJ

**STIPULATION RENOTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Note on Motion Calendar:
 [October 27, 2017]

## I.    STIPULATION

Plaintiff Mandzela Zhocelin-Patrick and Defendant Ritzio Purchase Limited, by and through their undersigned counsel, hereby stipulate and agree to renote Defendants' Motion to Set Aside Clerk's Entry of Default from October 6, 2017 to October 27, 2017, which shall thereby extend the time for Plaintiff to respond to Defendants' Motion to Set Aside Clerk's Entry of Default to October 23, 2017.

Stipulated and presented this 28th day of September, 2017.

| | |
|---|---|
| /s/ Matthew Shayefar | /s/ Douglas A. Grady |
| Matthew Shayefar (*pro hac vice*) | Douglas A. Grady (WSBA #36100) |
| Valentin Gurvits (*pro hac vice*) | Foster Pepper PLLC |
| Boston Law Group, PC | 111 Third Avenue, Suite 3000 |
| 825 Beacon Street, Suite 20 | Seattle, Washington 98101 |
| Newton Centre, Massachusetts 02459 | Tel:   (206) 447-4400 |
| Tel:   (617) 928-1800 | Fax:   (206) 447-9700 |
| Fax:   (617) 928-1802 | douglas.grady@foster.com |
| matt@bostonlawgroup.com | |
| vgurvits@bostonlawgroup.com | *Attorney for Defendant* |

/s/ Philip P Mann
Philip P Mann (WSBA# 28860)
Mann Law Group
1218 3rd Avenue, Suite 1809
Seattle, Washington 98101-3060
Tel:   (206) 436-0900
Fax:   (866) 341-5140
phil@mannlawgroup.com

*Attorneys for Plaintiff*

## II.   ORDER

It is so ordered.

_____
HON. RICHARD A. JONES