DECLARATION OF NELSON TUCKER

I, Nelson Tucker, declare under penalty of perjury of the laws of the United States of America, that the following is true and correct and that I could competently testify, if called, as follows:

1. I am the CEO of Process Service Network LLC, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of an international service of process firm since 1978. I supervise all international service of process assignments that come into our office. I have authored four (4) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 33 years. I am fully familiar with the requirements for service of process in Cyprus. I am an Associate Member of the American Bar Association, Section of International Law, Steering Committee for 2013-2014. I regularly teach MCLE courses for various Bar Associations. I am a qualified expert witness on international service of process.

2. On April 19, 2017, I forwarded a service request to our process server in Cyprus for informal service related to the case entitled, *Zhocelin-Patrick v. Ritzio Purchase Limited,* Civil Action No. 17-cv-00002-RAJ. The defendant to be served was Ritzio Purchase Limited at Daigorou Street 4, Kermia Building, 6th Floor, Office 601, P.C. 1097, Nicosia, Cyprus. The documents were in English Greek. The service was assigned

to my firm by Matthew Shayefar of the Boston Law Group, PC.
The file was large with 771 pages.

3. The service was assigned to Dr. Pavlos Kourtellos, a
Cyprus attorney, who was to arrange for local service.
I made email inquiries as to the status of the service on May
9, 2017, June 13, 2017, and June 14, 2017 (Exhibit "A").
There has been no response. In addition, I left four (4)
phone messages for him at +357-25-745575.  The only response
that I received was a voicemail from a female who identified
herself as Dr. Kourtellos' wife stating that he was out-of-
the country until at least June 20, 2017 and she did not have
any information on the status of the service.

4. I am continuing my efforts to obtain a status of the
service and obtain a proof of service.

5. All declarations made herein are based upon my direct
knowledge of the facts stated.  Any statements that may be deemed
as hearsay should not affect those statements and declarations
that are not deemed as hearsay.

 I declare and can competently testify, under penalty of perjury
of the laws of the United States of America, that the foregoing
is true and correct.  Executed on June 14, 2017, at Chatsworth,
California.

_____
Nelson Tucker

---

**nelson@processnet1.com**

**From:** nelson@processnet1.com
**Sent:** Tuesday, May 9, 2017 3:58 PM
**To:** 'Dr. Pavlos Kourtellos'
**Subject:** Status request on Ritzio Purchase Limited

Dear Dr. Kourtellos,

Please advise if the documents for Ritzio Purchase Limited  in Nicosia have been delivered.

Thank you.

Kind regards,

Nelson

Nelson Tucker, CEO
Process Service Network, LLC
21218 Merridy Street
Chatsworth, CA 91311

800-417-7623

www.processnet1.com

Serving the legal profession since 1978
Associate Member American Bar Association (ABA) and Los Angeles County Bar Association (non-attorney)
Qualified Expert Witness – Service of Process
Offices in 7 countries – Main office in California – Service anywhere in the world

Exhibit "A"

1

**nelson@processnet1.com**

| | |
|---|---|
| **From:** | nelson@processnet1.com |
| **Sent:** | Tuesday, June 13, 2017 10:31 AM |
| **To:** | 'pnk@kourtelaw.com' |
| **Subject:** | Process service on Ritzio Purchase Limited |

Dear Dr. Kourtellos,

Our client urgently needs to know if the documents for Ritzio Purchase Limited in Nicosia have been delivered.

Thank you.

Kind regards,

Nelson

Nelson Tucker
CEO
Process Service Network, LLC
21218 Merridy Street
Chatsworth, CA 91311

800-417-7623

www.processnet1.com

Serving the legal profession since 1978
Associate Member American Bar Association (ABA) and Los Angeles County Bar Association (non-attorney)
Qualified Expert Witness-Service of Process
Offices in 7 countries – Main office in California – Service and investigations anywhere in the world

Case 2:17-cv-00002-RAJ   Document 18-2   Filed 10/23/17   Page 5 of 5



(http://www.kourtelaw.com)



 ## Contacts

 ## Get in touch

P. N. Kourtellos & Associates LLC

64, Agias Fylaxeos, Aristodemou Building,

Office 302, 3025 Limassol, Cyprus

Telephone:  +357 25 745575

Fax:          +357 25 745525

E-mail:        info@kourtelaw.com

(mailto:info@kourtelaw.com)

Nelson Tucker

nelson@processnet1.com

Telephone

74V6

74V6

Dear Dr. Kourtellos,

In April 2017 we sent you a process service to be delivered to Ritzio Purchase Limited in Nicosia.  Can you please provide a status update?

Thank you.

Kind regards,

Nelson Tucker, CEO

Submit

P. N. KOURTELLOS & ASSOCIATES LLC (c) 2014 | WEBSITE BY TOTALCY.COM (http://www.totalcy.com/)
TERMS OF USE (http://kourtelaw.com/?page_id=3400) – KNOW YOUR CLIENT POLICY (http://kourtelaw.com/?page_id=3403)– FEES POLICY (http://kourtelaw.com/?page_id=3407)

(http://www.kourtelaw.com/?page_id=3364)      (http://www.kourtelaw.com/?page_id=3736&lang=ru)