HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> RITZIO PURCHASE LIMITED, a Cyprus company, <br><br> Defendant. | Case No.: <br> 2:17-cv-00002-RAJ <br><br><br> **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 44(a)(1)(A)(i)** |

Plaintiff Mandzela Zhocelin-Patrick, by and through his undersigned counsel, hereby provides notice pursuant to Federal Rule of Civil Procedure 44(a)(1)(A)(i) that he is dismissing without prejudice this action without court order and before the opposing party has served either an answer or a motion for summary judgment.

Notice of Dismissal Pursuant to
F.R.C.P. 44(a)(1)(A)(i)
**Page 1**

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800

Respectfully submitted this 6th day of February, 2018.

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Philip P Mann
Philip P Mann (WSBA# 28860)
Mann Law Group
1218 3rd Avenue, Suite 1809
Seattle, Washington 98101-3060
Tel:   (206) 436-0900
Fax:   (866) 341-5140
phil@mannlawgroup.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that, on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

Executed February 6, 2018.                     /s/ Matthew Shayefar
                                                Matthew Shayefar

Notice of Dismissal Pursuant to
F.R.C.P. 44(a)(1)(A)(i)
**Page 2**

**Boston Law Group PC**
825 Beacon St Ste 20, Newton, MA 02459
617-928-1800