HON. RICHARD A. JONES

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MANDZELA ZHOCELIN-PATRICK a/k/a MANDZELA ZHOSELIN-PATRICK, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RITZIO PURCHASE LIMITED, a Cyprus company,<br><br>Defendant. | Case No.: 2:17-cv-00002-RAJ<br><br>**[PROPOSED] ORDER DISMISSING ACTION** |

This Court, having considered Plaintiff Mandzela Zhocelin-Patrick's Notice of Dismissal Pursuant to Fed. R. Civ. P. 44(a)(1)(A)(i), and otherwise being fully informed, holds that it is hereby:

ORDERED AND ADJUDGED that this action is hereby dismissed without prejudice.

DONE AND ORDERED in Chambers this ___ day of _____, 2018.

_____
THE HON. RICHARD A. JONES
United States District Court

Presented by:
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:  (617) 928-1800
Fax:  (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Philip P Mann (WSBA# 28860)
Mann Law Group
1218 3rd Avenue, Suite 1809
Seattle, Washington 98101-3060
Tel:  (206) 436-0900
Fax:  (866) 341-5140
phil@mannlawgroup.com

*Attorneys for Plaintiff*